UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 2 2 2007
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| VS. | ) CRIMINAL ACTION NO. |
| | ) 3:04-CR-240(07)-G |
| MUFID ABDULQADER, | ) ECF |
| Defendant. | ) |

## VERDICT

WE, THE JURY, IN THE ABOVE ENTITLED AND NUMBERED CASE FIND:

The defendant, Mufid Abdulqader, __Not Guilty__ of the
("GUILTY" or "NOT GUILTY")

charge that he conspired to provide material support and resources to a Designated Foreign Terrorist Organization, as alleged in Count One of the indictment.

- 96 -

The defendant, Mufid Abdulqader, __Not Guilty__ of the
("GUILTY" or "NOT GUILTY")
charge that he provided or attempted to provide material support and resources to a Designated Foreign Terrorist Organization, as alleged in Count Two of the indictment.

The defendant, Mufid Abdulqader, __Not Guilty__ of the
("GUILTY" or "NOT GUILTY")
charge that he provided or attempted to provide material support and resources to a Designated Foreign Terrorist Organization, as alleged in Count Three of the indictment.

The defendant, Mufid Abdulqader, __Not Guilty__ of the
("GUILTY" or "NOT GUILTY")
charge that he provided or attempted to provide material support and resources to a Designated Foreign Terrorist Organization, as alleged in Count Four of the indictment.

The defendant, Mufid Abdulqader, __*Not Guilty*__ of the
("GUILTY" or "NOT GUILTY")
charge that he provided or attempted to provide material support and resources to a Designated Foreign Terrorist Organization, as alleged in Count Five of the indictment.

The defendant, Mufid Abdulqader, __*Not Guilty*__ of the
("GUILTY" or "NOT GUILTY")
charge that he provided or attempted to provide material support and resources to a Designated Foreign Terrorist Organization, as alleged in Count Six of the indictment.

The defendant, Mufid Abdulqader, __*Not Guilty*__ of the
("GUILTY" or "NOT GUILTY")
charge that he provided or attempted to provide material support and resources to a Designated Foreign Terrorist Organization, as alleged in Count Seven of the indictment.

The defendant, Mufid Abdulqader, __*Not Guilty*__ of the
("GUILTY" or "NOT GUILTY")
charge that he provided or attempted to provide material support and resources to a Designated Foreign Terrorist Organization, as alleged in Count Eight of the indictment.

The defendant, Mufid Abdulqader, __*Not Guilty*__ of the
("GUILTY" or "NOT GUILTY")

charge that he provided or attempted to provide material support and resources to a Designated Foreign Terrorist Organization, as alleged in Count Nine of the indictment.

The defendant, Mufid Abdulqader, __*Not Guilty*__ of the
("GUILTY" or "NOT GUILTY")

charge that he provided or attempted to provide material support and resources to a Designated Foreign Terrorist Organization, as alleged in Count Ten of the indictment.

The defendant, Mufid Abdulqader, __*Not Guilty*__ of the
("GUILTY" or "NOT GUILTY")

charge that he conspired to provide funds, goods and services to a Specially Designated Terrorist, as alleged in Count Eleven of the indictment.

The defendant, Mufid Abdulqader, __*Not Guilty*__ of the
("GUILTY" or "NOT GUILTY")

charge that he provided funds, goods and services to a Specially Designated Terrorist, as alleged in Count Twelve of the indictment.

The defendant, Mufid Abdulqader, __Not Guilty__ of the
("GUILTY" or "NOT GUILTY")

charge that he provided funds, goods and services to a Specially Designated Terrorist, as alleged in Count Thirteen of the indictment.

The defendant, Mufid Abdulqader, __Not Guilty__ of the
("GUILTY" or "NOT GUILTY")

charge that he provided funds, goods and services to a Specially Designated Terrorist, as alleged in Count Fourteen of the indictment.

The defendant, Mufid Abdulqader, __Not Guilty__ of the
("GUILTY" or "NOT GUILTY")

charge that he provided funds, goods and services to a Specially Designated Terrorist, as alleged in Count Fifteen of the indictment.

The defendant, Mufid Abdulqader, __Not Guilty__ of the
("GUILTY" or "NOT GUILTY")

charge that he provided funds, goods and services to a Specially Designated Terrorist, as alleged in Count Sixteen of the indictment.

The defendant, Mufid Abdulqader, __Not Guilty__ of the
("GUILTY" or "NOT GUILTY")

charge that he provided funds, goods and services to a Specially Designated Terrorist, as alleged in Count Seventeen of the indictment.

The defendant, Mufid Abdulqader, __Not Guilty__ of the
("GUILTY" or "NOT GUILTY")

charge that he provided funds, goods and services to a Specially Designated Terrorist, as alleged in Count Eighteen of the indictment.

The defendant, Mufid Abdulqader, __Not Guilty__ of the
("GUILTY" or "NOT GUILTY")

charge that he provided funds, goods and services to a Specially Designated Terrorist, as alleged in Count Nineteen of the indictment.

The defendant, Mufid Abdulqader, __Not Guilty__ of the
("GUILTY" or "NOT GUILTY")

charge that he provided funds, goods and services to a Specially Designated Terrorist, as alleged in Count Twenty of the indictment.

The defendant, Mufid Abdulqader, __Not Guilty__ of the
("GUILTY" or "NOT GUILTY")

charge that he provided funds, goods and services to a Specially Designated Terrorist, as alleged in Count Twenty-One of the indictment.

The defendant, Mufid Abdulqader, __Not Guilty__ of the
("GUILTY" or "NOT GUILTY")

charge that he conspired to commit money laundering, as alleged in Count Twenty-Two of the indictment.

The defendant, Mufid Abdulqader, __Not Guilty__ of the
("GUILTY" or "NOT GUILTY")

charge that he committed money laundering, as alleged in Count Twenty-Three of the indictment.

The defendant, Mufid Abdulqader, __Not Guilty__ of the
("GUILTY" or "NOT GUILTY")

charge that he committed money laundering, as alleged in Count Twenty-Four of the indictment.

The defendant, Mufid Abdulqader, ___Not Guilty___ of the
("GUILTY" or "NOT GUILTY")

charge that he committed money laundering, as alleged in Count Twenty-Five of the indictment.

The defendant, Mufid Abdulqader, ___Not Guilty___ of the
("GUILTY" or "NOT GUILTY")

charge that he committed money laundering, as alleged in Count Twenty-Six of the indictment.

The defendant, Mufid Abdulqader, ___Not Guilty___ of the
("GUILTY" or "NOT GUILTY")

charge that he committed money laundering, as alleged in Count Twenty-Seven of the indictment.

The defendant, Mufid Abdulqader, ___Not Guilty___ of the
("GUILTY" or "NOT GUILTY")

charge that he committed money laundering, as alleged in Count Twenty-Eight of the indictment.

The defendant, Mufid Abdulqader, __Not Guilty__ of the
("GUILTY" or "NOT GUILTY")

charge that he committed money laundering, as alleged in Count Twenty-Nine of the indictment.

The defendant, Mufid Abdulqader, __Not Guilty__ of the
("GUILTY" or "NOT GUILTY")

charge that he committed money laundering, as alleged in Count Thirty of the indictment.

The defendant, Mufid Abdulqader, __Not Guilty__ of the
("GUILTY" or "NOT GUILTY")

charge that he committed money laundering, as alleged in Count Thirty-One of the indictment.

The defendant, Mufid Abdulqader, __Not Guilty__ of the
("GUILTY" or "NOT GUILTY")

charge that he committed money laundering, as alleged in Count Thirty-Two of the indictment.

September ___, 2007.
October 1, 2007

**REDACTED**

FOREPERSON

- 104 -