# Appendix A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CR No. 3:04-CR-240-G |
| | § | |
| HOLY LAND FOUNDATION | § | |
| FOR RELIEF AND DEVELOPMENT | § | |
| also known as the "HLF"(1) | § | |
| SHUKRI ABU BAKER (2) | § | |
| MOHAMED EL-MEZAIN (3) | § | |
| GHASSAN ELASHI (4) | § | |
| MUFID ABDULQADAR (7) | § | |
| ABUDULRAHAM ODEH (8) | § | |

## DECLARATION OF INGRID MATTSON

I, Ingrid Mattson, hereby declare as follows:

1.       I am the President of the Islamic Society of North America ("ISNA"). I submit this declaration in support of ISNA's motion, filed in the above-captioned case, for equitable relief from the government's public identification of ISNA as an "unindicted co-conspirator."

2.       I am a resident of West Hartford, Connecticut. I earned my Ph.D. in Islamic Studies from the University of Chicago in 1999. I received my bachelor's degree in 1987 from the University of Waterloo, Canada, with joint honors in Philosophy and Fine Arts.

3.       I was elected President of ISNA in 2006. Before my election, I served as ISNA's Vice President from 2001-2006. In addition to my role as President of ISNA, I am a Professor of Islamic Studies and the Director of Islamic Chaplaincy at the Macdonald Center for Islamic Studies and Christian-Muslim Relations at Hartford Seminary in Hartford, Connecticut. I have also lectured at Osgoode Law School in Toronto, Canada, and the University of Chicago. The courses I have taught include: Early Islamic Culture; Islamic Civilizations; Contemporary

Islamic Ethics; Islamic Ritual and Family Law; The Life of the Prophet Muhammad; Early

Islamic History; The Qur'an and its Place in Muslim Society; Introduction to Hadith Literature;

Readings in Arabic Texts; Readings in Islamic Theology; The Spirituality of Muslim Women;

and Building Abrahamic Partnerships.

4.      I am the author of numerous articles on religion and on the role of Muslims in America,

including: *How Muslims Use Islamic Paradigms to Define America, in* Religion and

Immigration: Christian, Jewish and Muslim Experiences in the United States (John L. Esposito,

Yvonne Y. Haddad and Jane I. Smith eds., 2003); *Stopping Oppression: an Islamic Obligation,*

*in* September 11: Historical, Theological and Social Perspectives (Ian Markham and Ibrahim

Abu-Rabi' eds., 2002); *Forgiveness and Enemies – Qur'an 60:7-9, in* Peace Skills (Leaders

Guide)(Alice Frazer Evans and Robert Evans with Ronald S. Kraybill eds., 2001).  Most

recently, I authored a book entitled, *The Story of the Qur'an: Its History and Place in Muslim*

*Life* (Blackwell-Wiley, 2007).

5.      I serve on the Board of Directors for the Nawawi Foundation in Chicago, Illinois (an

organization that supports the development of American Muslims' cultural identity) and hold

professional membership in the Middle East Studies Association, the American Academy of

Religion, and the Middle East Medievalists.  In 2006, I was recognized by the State Department

as one of ten internationally influential Muslim women leaders.  Also in 2006, Newsweek

identified me in its year-end issue as a "Newsmaker of the Coming Year."  Sarah Childress,

*Ingrid Mattson; Islam: Raised Catholic, This Muslim Professor is Bringing the Moderate*

*Viewpoint to the World*, Newsweek, Dec. 25, 2006 (attached hereto as exhibit A).  Most recently,

I have been made a member of the World Economic Forum's Global Agenda Council on the

Islam-West Dialogue.

## ISNA

6.     ISNA was founded in 1981, as an independent, non-profit membership organization by Muslims in North America.  Its mission is to provide an open, pluralistic platform for presenting Islam, supporting American Muslim communities, developing educational, social and outreach programs and fostering good relations with other religious communities, and civic and service organizations.  ISNA has represents approximately 100,000 Muslims in North America, the majority of whom are in the United States.

7.     ISNA endeavors to be an exemplary and unifying North American Islamic organization that contributes to the betterment of the Muslim community and society at large.  It is committed to freedom, eradicating prejudice, and creating a society in which Muslims can live peacefully and prosper alongside other Americans from all walks of life and from diverse traditions and faiths.

8.     Central to its focus on community, ISNA actively works to support interfaith dialogue through outreach and programs.  ISNA's Office for Interfaith and Community Alliances partners with various entities and other ISNA departments to strengthen local communities and serve all Americans.  ISNA works to break down barriers of mistrust and misunderstanding, and to form genuine partnerships of faith and ethics, through joint programming with other mainstream religious organizations and social policy groups such as the National Council of Churches; the United States Conference of Catholic Bishops; the Union for Reform Judaism; the National Jewish Center for Learning and Leadership; the Religious Action Center for Reform Judaism; the Alliance for Middle East Peace; the Children's Defense Fund National Peace Foundation; the National Religious Coalition Against Torture; and, the Save Darfur Coalition.

Declaration of Ingrid Mattson, Page 3 of 11

9.      In addition to its interfaith work, ISNA serves as an educational resource to its members and the broader community.  Through hosting conventions and regional conferences, ISNA brings together people of different backgrounds to share ideas, create alliances, and network with each other.  ISNA's Annual Convention is the largest Muslim convention in North America.  It attracts tens of thousands of attendees including individuals, families, government agencies, businesses, non-profit organizations and people of other faiths.

10.     ISNA also operates programs to educate Muslim youth and others about Islam and to train them to become leaders in their communities.  These programs include leadership seminars on issues ranging from cross-cultural communication to conflict prevention and resolution.  In a partnership with the National Peace Foundation, ISNA also runs annually a three-week cultural exchange program for scholars, for which it received U.S. State Department funding in 2006 and 2007.

11.     Over the years, ISNA has developed close working relationships with various agencies of the federal and state governments to combat injustice and discrimination, and to facilitate effective law-enforcement that takes into account the strengths and needs of the American Muslim community.  For example, ISNA works frequently with the Department of Homeland Security to provide a platform for outreach to the Muslim community.  In addition, ISNA has facilitated dialogue between the Federal Bureau of Investigation ("FBI") (and other law enforcement agencies) and Muslim leaders across the country.  Since 2003, ISNA has worked with the White House's Office of Faith Based and Community Initiatives both by participating in, and helping to identify other Muslim leaders to participate in, its Compassion Forum and other regional events.

## The Government's Actions

12.     The government filed a pre-trial brief in the Holy Land Foundation ("HLF") case on May 29, 2007.  In an attachment to the publicly-available brief, the government charged ISNA with membership in the Muslim Brotherhood and officially listed ISNA as an "unindicted co-conspirator and/or joint venturer."

13.     The government's designation of ISNA as a criminal conspirator stunned me and the other members of ISNA's leadership because, until that point, the government had assured ISNA that it did not suspect the organization of criminal wrongdoing.  During the government's investigation of the HLF defendants, the government told ISNA that it was not a subject or a target either in the HLF case or in any other prosecution.

## ISNA's Attempts to Clear Its Name

14.     After I learned that the government had identified ISNA as an unindicted co-conspirator, I asked Daniel S. Reinberg, ISNA's attorney at Foley & Lardner LLP, to contact James Jacks, the lead prosecutor in the case.  Mr. Jacks informed Mr. Reinberg that the government's conduct was merely a "legal tactic" to address evidentiary issues and it was not intended to imply that ISNA was part of a criminal conspiracy or that it had criminal intent.  In an e-mail dated July 17, 2007, to Mr. Reinberg, Mr. Jacks specifically apologized for the harm that the government's actions had caused.

15.     Through Mr. Reinberg, ISNA asked Mr. Jacks to file a pleading with the Court to amend the government's pre-trial brief to state clearly that neither ISNA nor any of its directors, officers, or employees (1) conspired with any of the Holy Land Foundation defendants or anyone else to violate the laws of the United States, (2) facilitated the violation of any laws, (3) engaged in any unlawful behavior, or (4) otherwise acted with criminal intent.  Mr. Jacks stated that he

was not opposed to filing the amendment but that he needed to consult with colleagues first.

16.     On July 13, 2007, Mr. Jacks stated that he would file the amendment as requested.

17.     On July 25, 2007, Mr. Jacks apologized for not having filed the amendment and invited ISNA's counsel to propose a draft.  Mr. Reinberg provided the requested draft.  Despite repeated requests by Mr. Reinberg, however, the government has not filed the pleading that it earlier agreed to file.

18.     I understand from the American Civil Liberties Union, which represents ISNA in connection with ISNA's motion for equitable relief, that Mr. Reinberg will file a declaration with this Court relating his discussions with Mr. Jacks and attaching relevant exhibits.

<u>The Harm Caused to ISNA by the Government's Actions</u>

19.     Although ISNA is an open and transparent membership organization, the government's public designation of it as an unindicted co-conspirator has severely injured ISNA's name and reputation and impeded its ability to fulfill its mission.

20.     The government's public naming of ISNA has been reported in articles and op-eds in media outlets across the country.  *See, e.g.*, Rod Dreher, Op-Ed, *The Muslim Brotherhood is Here*, Pittsburgh Trib. Rev., Sept. 16, 2007; Rod Dreher, Op-Ed, *A Nation Asleep*, Dallas Morning News, Oct. 28, 2007; Cal Thomas, *A New Fifth Column?*, Fort Worth Star-Telegram, Oct. 26, 2007; Peter Whoriskey, *Lawyers for Islamic Charity Urge Jurors to Ignore Politics*, Wash. Post, Sep. 19, 2007; Robert Barnes, *Case Against Islamic Charity Opens*, Wash. Post, Jul. 25, 2007; Greg Krikorian, *Terrorism Trial Begins This Week for Islamic Charity; Its Officials Will Get Their First Chance to Dispute that it Aided Hamas*, L.A. Times, Jul. 23, 2007. (Articles attached hereto as exhibit B.)  Media outlets such as the *Wall Street Journal* and the *Washington Times* publish op-eds that further the misperception that ISNA is a supporter of terrorism based

Declaration of Ingrid Mattson, Page 6 of 11

on the government's identification of it as an un-indicted co-conspirator. *See, e.g.,* Bret

Stephens, Op-Ed, *Homeland Security Newspeak*, Wall St. J., May 27, 2008 (criticizing

Homeland Security Secretary Michael Chertoff's attendance of an event at which I was present

and at which Mr. Chertoff was a guest of honor because "[f]or the record, the ISNA was named

an unindicted co-conspirator" with HLF which is "alleged to have had ties with Hamas"); Diana

West, Op-Ed, *Ramadan Revisionism*, Wash. Times, Oct. 5, 2007 (stating that the Department of

Justice "officially labeled" ISNA as part of a "movement aiming to establish a global Islamic

empire."). (Articles attached hereto as exhibit C.); Rod Dreher, Op-Ed, *The Muslim Brotherhood*

*is Here*, Pittsburgh Trib. Rev., Sept. 16, 2007 (asserting ISNA is part of an effort to "wage jihad

against America by nonviolent means"). (Article included in exhibit B.)

21.     A variety of blogs and digital media sources also carry articles and op-eds that propagate

the government's wrongful designation and further besmirch ISNA's name and reputation. A

number of the references to ISNA in blogs and other digital media discuss the government's

naming of ISNA as if it conclusively establishes that ISNA supports terrorism. *See, e.g.,*

William Mayer and Beila Rabinowitz, *Justice Department to Co-Sponsor Event with ISNA*

*Unindicted Co-Conspirator in Terror Funding Case*, MilitantIslamMonitor.org, Aug. 28, 2007;

Steven Emerson, *ISNA's Lies Unchallenged Again*, CounterterrorismBlog.org, Aug. 11, 2007.

(posts attached hereto as exhibit D.)

22.     As a result of the government's designation of ISNA as a criminal conspirator, some of

ISNA's interfaith partner organizations have come under criticism for their work with ISNA.

*See, e.g.,* Isi Leibler, *On Dialogue Between Jews and Muslims*, Jerusalem Post, Dec. 31, 2007

(criticizing Rabbi Eric Yoffie, President of the Union for Reform Judaism, for interfaith dialogue

with ISNA because ISNA has been named an unindicted co-conspirator); Adam Dickter, *A*

*CAIR-Free Coalition*, N.Y. Jewish Week, Apr. 2, 2008 (discussing interfaith relations and stating that ISNA carries "baggage" because the government has named it an "alleged co-conspirator" and member of the Muslim Brotherhood); Editorial, *Who Stands for Nothing*, Chicago Jewish Star, Sep. 14, 2007. (Articles attached hereto as exhibit E.)

23.      Historically, ISNA has always maintained an open, collaborative relationship with government at all levels and our work with federal, state, and local government is essential to our mission. Since being publicly named an unindicted co-conspirator, however, ISNA's work has been substantially hampered. For example, shortly after the government filed its pre-trial brief in this case, the Department of Justice rescinded an invitation to ISNA's Vice President, Imam Mohamed Magid, to speak at an event entitled "Securing America: Law Enforcement Partnerships with American Muslim, Arab, Middle Eastern and South Asian Communities." I learned from a *Newsweek* article published later that the Department of Justice was concerned it would create embarrassment for the Attorney General to be at an event with an ISNA representative. *See* Michael Isikoff and Mark Hosenball, *An Unwelcome Guest*, Newsweek, Nov. 29, 2007 (attached hereto as exhibit F). Just a few weeks ago, the State Department came under fire for a grant to ISNA and the National Peace Foundation to support scholarly and cultural exchanges with other countries. *See, e.g.*, Erick Stakelbeck, *State Dept. Awards Grant to Group with Possible Ties to Terrorist Fundraisers*, CBNNews.com, May 1, 2008 ("On its face, this sounds like a program that could have some merit. So what's the problem? Well, ISNA has been accused of having ties to terrorism," referring to the HLF case); Beila Rabinowitz and William Mayer, *State Department Funding ISNA's Propagation of Islam Via Citizen Exchange Program*, MilitantIslamMonitor.org, Apr. 25, 2008. (Posts attached hereto as exhibit G.)

24.     ISNA's long-standing relationships with law-enforcement agencies have also now come under attack. ISNA has for years partnered with, and provided cultural and religious training to, entities like the FBI. ISNA's goal is to help law enforcement agencies do their work with the greater effectiveness that comes from an understanding of, and sensitivity to, the American Muslim community. Since the government listed ISNA as an unindicted co-conspirator, however, its work with agencies like the FBI has been criticized and the FBI itself has come under pressure to stop working with ISNA. *See* Bill Gertz, *FBI Reaching Out to Jihadist-Linked Group*, Wash. Times, Sep. 28, 2007 (attached hereto as exhibit H).

25.     Because of the unindicted co-conspirator designation, government agencies' participation in ISNA's Annual Convention, the largest gathering of American Muslims in this country, is now deeply controversial. Tens of thousands of American Muslims attend the ISNA Annual Convention. The event has traditionally been integral to the education and outreach efforts of the Department of Justice's Civil Rights and Voting Rights Divisions, the FBI, the Department of Defense and the State Department. Representatives of these government agencies have told ISNA they see its Annual Convention as a critical opportunity for engagement with the American Muslim community and a means to reinforce the message that the government sees American Muslims as an indelible part of this country's social and civil fabric. In August 2007, however, after the government's wrongful designation of ISNA, members of Congress and media commentators criticized government agencies for sponsoring events at ISNA's 2007 Annual Convention. *See* Neil MacFarquhar, *Abandon Stereotypes, Muslims in America Say*, N.Y. Times. Sep. 4, 2007; Audrey Hudson, *Republicans Slam Islamic Society Convention*, Wash. Times, Aug. 31, 2007; *Hannity & Colmes: Justice Department Linked to Questionable Group* (Fox Television Broadcast, Aug. 29, 2007); Frank J. Gaffney, Jr., *Connecting the Dots*, Wash.

Times, Aug. 28, 2007. *See also* Audrey Hudson, *Bill Would Cut Justice Aid to Suspect Groups; Centers on Islamic Society of North America*, Wash. Times, Oct. 11, 2007 (Justice Department spokesman defending participation in ISNA Annual Convention, "[t]he department's goal in these efforts was to educate the public about how the department works to protect religious freedom, voting rights, economic opportunity and many other rights.") (Articles attached hereto as exhibit I.)

26.     The government's conduct in publicly labeling ISNA an unindicted co-conspirator has caused severe harm to ISNA's name, reputation and mission.  ISNA has repeatedly asked the government voluntarily to remove ISNA's name from the unindicted co-conspirator list in this case, to no avail.  Although it agreed almost a year ago to amend its pre-trial brief to remove ISNA's name, the government has failed to take any action to correct the record or to remedy the injury that its actions have caused.  ISNA continues to suffer as a result of the injuries the government has caused.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: June 17, 2008

_____

**Ingrid Mattson**

# Appendix A

## Exhibit A

1 of 1 DOCUMENT

Newsweek

December 25, 2006
U.S. Edition

# Ingrid Mattson;
# Islam: Raised Catholic, this Muslim professor is bringing the moderate viewpoint to the world.

**BYLINE:** By Sarah Childress

**SECTION:** WHO'S NEXT 2007; Pg. 71

**LENGTH:** 547 words

Ingrid Mattson can tell that nobody likes to sit next to her on airplanes anymore. Ever since she converted to Islam two decades ago, Mattson, a 43-year-old white Canadian, has been learning what it means to be part of a mistrusted minority. But the recently elected president of the Islamic Society of North America doesn't mind when people speak to her in an extra-loud voice, or stare as she walks by. "It helps me understand what so many other Muslims and visible minorities go through," she says. "I have the advantage of not having grown up with that ... so I have a certain confidence."

She's going to need it. Mattson is the first woman, the first nonimmigrant and the first Muslim convert to be elected to head the largest Islamic group for social outreach and education in North America. Her election comes at a critical time in the history of Islam. As violent extremists threaten to obliterate the voice of moderate Islam worldwide, Muslims in Western countries, isolated by rising discrimination, struggle to find their place. Such challenges would be daunting for any leader, let alone someone relatively new to the faith. But Mattson, a professor at Hartford Seminary in Connecticut who is fluent in Arabic, sees herself as uniquely positioned to change the way the world views Muslims--and how they view themselves.

Raised a Roman Catholic, Mattson grew up attending daily mass. "I had the simple, naive piety of a child," she recalls. But as a teenager, she realized she no longer believed in the God they talked about in church. "My older brother, said, 'Look at it pragmatically. It's only one hour a week. If it's true, then you're set, and if not, you've only wasted one hour a week.' I said, 'No, thanks.' It wasn't something I could be wishy-washy about." She abandoned religion, she thought, for good.

But just a few years later, Mattson became fascinated by the generosity and dignity she saw in some Muslim friends, even as they faced prejudice. "They had a sense of balance," she says, that encouraged her to study the Qur'an. The first time she prayed the salat --the ritual prayer of bowing and prostration--she was stunned to feel the closeness with God that she'd lost as a teenager. He was no longer in the Church, but he was everywhere else, she says--in nature, art and the welcoming faces of other Muslims. At 23, she embraced the faith, and began to wear the higab, covering all but her face and hands in public.

Mattson--now raising two teenage kids with her husband, Amer--has become an ambassador for Islam in the West, preaching tolerance and understanding. She founded a Muslim chaplaincy program at Hartford--the only one in North America--that trains students to represent their faith and minister in places like hospitals, colleges, prisons and the military. Within the Muslim community, Mattson aims to form locally elected councils to give worshipers more control over who preaches in their mosques and help keep out extremists. She's also encouraging mosques to hire more female imams and pushing the women in her classes to be more assertive. "I can be very mean," says the petite, mild-mannered Mattson. "Sometimes I'll ask them to repeat themselves three times--until their voice is loud enough." Mattson's betting that people will listen.

**LOAD-DATE:** December 27, 2006

**LANGUAGE:** ENGLISH

Case 3:04-cr-00240   Document 1062-2   Filed 06/18/08   Page 15 of 121   PageID 14712

**GRAPHIC:** Ingrid Mattson

**PUBLICATION-TYPE:** Magazine

Copyright 2006 Newsweek
All Rights Reserved

# Appendix A

Exhibit B

3 of 58 DOCUMENTS

Pittsburgh Tribune Review

September 16, 2007 Sunday

# The Muslim Brotherhood is here

**BYLINE:** Rod Dreher

**LENGTH:** 682 words

"Our strategy is this," President Bush said last month. "We will fight them over there so we do not have to face them in the United States of America."

He was talking about jihadists, of course. And Bush is behind the curve. The president apparently missed the smoking-gun 1991 document his own Justice Department introduced into evidence at the Holy Land Foundation trial in Dallas. The FBI captured it in a raid on a Muslim suspect's home in Virginia.

This "explanatory memorandum," as it's titled, outlines the "strategic goal" for the North American operation of the extremist Muslim Brotherhood (Ikhwan). Here's the key paragraph:

"The process of settlement (of Islam in the United States) is a 'Civilization-Jihadist' process with all the word means. The Ikhwan must understand that all their work in America is a kind of grand Jihad in eliminating and destroying the Western civilization from within and 'sabotaging' their miserable house by their hands and the hands of the believers so that it is eliminated and God's religion is made victorious over all religions. Without this level of understanding, we are not up to this challenge and have not prepared ourselves for Jihad yet. It is a Muslim's destiny to perform Jihad and work wherever he is and wherever he lands until the final hour comes, and there is no escape from that destiny except for those who choose to slack."

The entire 18-page platform outlines a plan for the long haul. It prescribes the Muslim Brotherhood's comprehensive plan to set down roots in civil society. It begins by both founding and taking control of American Muslim organizations, for the sake of unifying and educating the U.S. Muslim community -- this to prepare it for the establishment of a global Islamic state governed by sharia.

It sounds like a conspiracy theory out of a bad Hollywood movie -- but it's real. Husain Haqqani, head of Boston University's Center for International Relations and a former Islamic radical, confirms that the Brotherhood "has run most significant Muslim organizations in the U.S." as part of the plan outlined in the strategy paper.

The HLF trial is exposing for the first time how the international Muslim Brotherhood -- whose Palestinian division is Hamas -- operates as a self-conscious revolutionary vanguard in the United States. The court documents indicate that many leading Muslim-American organizations -- including the Council on American-Islamic Relations, the Islamic Society of North America (ISNA) and the Muslim American Society -- are an integral part of the Brotherhood's efforts to wage jihad against America by nonviolent means.

High-profile organizations with roots explicitly in the Muslim Brotherhood have successfully established themselves in a paramount position to define Islam in America according to a radical politicized model. And they've done so without the American public having the slightest idea about their real agenda.

Indeed, the Bush administration is unwittingly helping the Islamist cause by including their leaders in public events, thus conferring on them legitimacy. On Labor Day weekend, the same Department of Justice that's presenting evidence of the ISNA's involvement with radical Islam at the Dallas trial sponsored a booth at ISNA's national convention in suburban Chicago.

As long as they commit no crimes, CAIR, ISNA and the other Brotherhood-related groups have the right to advocate for their beliefs. But they don't have the right to escape critical scrutiny and they deserve informed opposition. Courageous

Appendix 0017

Muslims like Dr. Zuhdi Jasser of the American Islamic Forum for Democracy are sounding the alarm about radical Islam's stealth takeover of U.S. Muslim institutions. Why are the news media ignoring this? Fear of being called Islamophobic?

This must stop. Six years after Sept. 11, we're still asleep. Islamic radicals have declared war on us -- and some are fighting here in what looks like a fifth column. Read their strategy document. It's there in black and white, for those with eyes to see.

Rod Dreher is a Dallas Morning News editorial columnist.

**LOAD-DATE:** September 16, 2007

**LANGUAGE:** ENGLISH

**PUBLICATION-TYPE:** Newspaper

Copyright 2007 Tribune Review Publishing Company
All Rights Reserved

Appendix 0018

1 of 1 DOCUMENT

# DallasNews.com
### THE DALLAS MORNING NEWS

October 28, 2007 Sunday
FIRST EDITION

## A nation asleep Holy Land Foundation trial was a disaster, but it did reveal a dangerous and covert Islamist agenda behind some Muslim organizations, says ROD DREHER

**BYLINE:** ROD DREHER

**SECTION:** POINTS; ROD DREHER; Pg. 5P

**LENGTH:** 1046 words

What an embarrassment the Holy Land Foundation mistrial was. Yes, it was a disappointment for us who wanted to see that Hamas-loving bunch convicted. But no matter which side you were on, the jury's deadlock and post-trial revelations of utter cluelessness made our system look shabby and pathetic.

Trial observers had noted all along that some jury members appeared to be as glazed and placid as a box of Krispy Kremes. At least one repeatedly dozed off. After the trial ended, frustrated juror William Neal, who voted to acquit the defendants, revealed that only a handful bothered to discuss the evidence in deliberations, and that one clod spent her time snacking and napping, as if, in Mr. Neal's words, "this was her vacation."

Think about that. The U.S. government's signature terrorist financing trial - the culmination of 15 years of investigation - depended on people like that woman. The defendants' freedom and their families' welfare depended on people like her. Like I said, an embarrassment.

But the trial - which, don't forget, did not produce an exoneration for most defendants - was by no means a wash. Despite the absence of verdict, what emerged was highly valuable and deeply damaging evidence that the radical Muslim Brotherhood is the guiding light behind the U.S. Muslim community's leadership. It is impossible for any intellectually responsible person to regard as positive or even benign organizations like the Council on American-Islamic Relations, Islamic Society of North America, Islamic Circle of North America, Muslim American Society or others who presume to speak on behalf of all American Muslims.

As Douglas Farah, the former Washington Post reporter who now works as a counterterrorism consultant for the nonprofit Nine Eleven Finding Answers Foundation, put it after the Holy Land verdict, the evidence shows "definitive proof that CAIR, ISNA, ICNA and all the Muslim Brotherhood groups in this country came here with a markedly different purpose from what they claim, and they have gone through decades of deceit to conceal their true identities and purposes."

(For an eye-opening look at government evidence from the Holy Land trial, including the infamous Muslim Brotherhood "general strategic memo" outlining the organization's strategy to use front groups to wage a "civilization-jihad" against the West, see www.nefa foundation.org/hlfdocs.html).

But don't take it from an infidel. Earlier this month in Washington, a handful of prominent Muslims gathered to explain to an American audience why the Muslim Brotherhood was a clear and present danger both to American Muslims and the nation. Naser Khader, a Muslim parliamentarian from Denmark living under death threat for speaking out against Islamic radicals, even called U.S. government officials "useful idiots" for continuing to succor extremists.

The Muslim Brotherhood, founded in Egypt in 1928 and dedicated to promoting a worldwide Islamic state, now exists in at least 70 nations. Boston University professor Husain Haqqani told the conference that the Brotherhood established itself

Appendix 0019

in the U.S. when Muslims began coming here in significant numbers to work and study in the 1950s and 1960s. Those immigrants needed mosques and other services. The Brotherhood saw an opportunity - as did the Saudis, who funded its missionary work in America.

One of the most important things the Brotherhood did back then, Mr. Haqqani explained, was translate key radical Islamic texts into a wide range of languages and make them available to mosques and Islamic centers across America. When the foreignness of American life understandably prompted ordinary Muslims to reconnect with their faith, the version of Islam on offer at local Islamic institutions was a radical one.

Moreover, Brotherhood members came together in those early days and founded the core of what would evolve into the major U.S. Muslim organizations. The Brotherhood has long pursued a strategy of realizing its radical goals not through violence but through participation in civil society - a "march through the institutions" approach to Islamic revolution. Today, Mr. Haqqani said, most American mosques and Muslim organizations are controlled by the well-financed Brotherhood, which is in a position to define Islam in this country - and to marginalize Muslims who dissent.

All of this is taking place in full view of an uncritical and incurious government, academia and news media, said the scholar, all of whom effectively accept the Brotherhood's highly politicized version of Islam as normative. American naiveté even led the government to bring radical Islamic leaders to this country on a speaking tour in the 1970s, thinking anybody who was anti-communist was America's friend. These leaders actually exhorted American Muslims to prepare themselves for the coming conflict between the decadent West and Islam - right under our noses, on the taxpayers' dime.

Turkish-born Zeyno Baran, a Hudson Institute scholar who advises the Pentagon and other federal agencies, called the Brotherhood affiliates "a fifth column of activists working to undermine the foundation of America." Ms. Baran, a Muslim who defends democratic secularism, blasted the U.S. government for working with CAIR, ISNA and the rest, saying official recognition legitimizes these groups among the wider Muslim community.

One cost of the American mainstream's refusal to call out these front groups, she warned, is giving carte blanche to Islamists who want to quietly radicalize all American Muslims, starting with students. If we want to avoid the kind of social conflict tearing up Britain, Ms. Baran said, we must wake up and challenge these closet Islamists publicly and not fall for their rhetoric of victimization.

This nation is at the beginning of a long and complicated struggle with the Islamic radical enemy. We will make fewer mistakes if we have clarity about the true nature of the threat - and know who our real allies are.

Well-informed Muslims like Husain Haqqani, Zeyno Baran and Naser Khader are taking enormous risks to warn the West. We would do well to listen to them - and to heed the larger lesson of the aborted Holy Land trial.

Rod Dreher is a Dallas Morning News editorial columnist. His e-mail address is rdreher@dallasnews.com

**LOAD-DATE:** October 28, 2007

**LANGUAGE:** ENGLISH

**GRAPHIC:** PHOTO(S): (The Associated Press) Supporters lift Abdulrahman Odeh in front of the federal courthouse after a mistrial was declared in Holy Land Foundation trial.

**PUBLICATION-TYPE:** Newspaper

Copyright 2007 THE DALLAS MORNING NEWS

Appendix 0020

2 of 2 DOCUMENTS

# Star-Telegram

**Found on DFW●com**

Fort Worth Star-Telegram (Texas)

October 26, 2007 Friday

## A new fifth column?

**BYLINE:** Cal Thomas, Tribune Media Services

**SECTION:** B; Pg. 11

**LENGTH:** 697 words

A federal judge in Dallas declared a mistrial in the case of the Holy Land Foundation for Relief and Development (HLF) when a jury was unable to reach a verdict on 197 counts brought by the government that accused the Muslim charity of funding terrorism.

A hung jury, however, is not an acquittal, and even if the Holy Land Foundation eventually is acquitted (the government has indicated it will retry the case), it doesn't necessarily mean that the accused is innocent. (Think O.J. Simpson's murder trial.)

From the rapid construction of mosques and Islamic schools across the country -- many of which are financed by Saudi Arabia -- to the use of front organizations as conduits to channel money to terrorist groups abroad, a "fifth column" has been opened in the United States.

For those unfamiliar with the term "fifth column," it usually refers to a group of people who are assumed to have loyalties to countries other than their own, or who support some other nation in war efforts against the country they live in.

Despite the hung jury, a lot of useful information came out at the trial that people with terrorist intent would just as soon have remained hidden. Moving under the radar and hiding your real intentions is essential for fifth-column members.

Among the evidence revealed in court is the connection of the Holy Land Foundation and a number of other Islamic groups -- such as the Council on American-Islamic Relations, the Islamic Society of North America and the Islamic Circle of North America -- to the radical Muslim Brotherhood organization. Read a thoroughly researched and documented essay at the Web site www.nefafoundation.org/hlfdocs.html.

The Holy Land Foundation is not an unfairly persecuted charity. Although it exhibits some charitable work as window dressing, evidence presented at the trial shows its connections with known terrorist groups.

Although scores of examples from the government's case show what we face, I offer just one found in a recent Nine/Eleven Finding Answers Foundation report:

"On Aug. 16, 2007, a Miami jury convicted Adham Hassoun, Jose Padilla and Kifah Jayyousi of conspiring to provide material support to terrorists. A Department of Justice press release announcing the initial indictment against Hassoun, a Palestinian national living in Florida, stated, 'As part of the conspiracy, Hassoun allegedly wrote a series of checks over several years -- from 1994 to late 2001 -- to unindicted coconspirators and organizations, including the Holy Land Foundation and the Global Relief Foundation, to be used to support violent jihad.' Further, Raed Awad, HLF's Florida representative and fund raiser, served as the Imam at Jose Padilla's mosque."

There is much more, including this from the government's case: "HLF is also mentioned in The 9/11 Commission Report in connection with the investigation of Anwar Aulaqi, an Imam in San Diego and Falls Church who allegedly had a 'close relationship' with hijackers Nawaf al-Hazmi and Khalid al-Mihdhar. Investigators probing Aulaqi prior to 9-11 learned

Appendix 0021

that he 'knew individuals from the Holy Land Foundation and others involved in raising money for the Palestinian terrorist group Hamas.'"

That the government was unable to convince a jury of this is either the fault of the prosecutors or the blindness of the jurors. I suspect that it is the latter. Americans are extremely reluctant to brand a class of people and put them in categories. Our enemies know this.

In a related matter, the U.S. Commission on International Religious Freedom has recommended that an Islamic school in northern Virginia that is supported by the Saudi government be closed until it can be determined whether the school promotes radical Islam.

The commission has criticized what it calls a lack of religious freedom in Saudi society and the promotion of religious extremism in Saudi schools. Officials at the Virginia school say the textbooks used to teach hate but no longer do. They refuse to provide the "new" textbooks for examination.

The government should retry the Holy Land Foundation case and hope for a better jury and a better outcome.

Cal Thomas writes for Tribune Media Services. CalThomas@tribune.com

**LOAD-DATE:** October 26, 2007

**LANGUAGE:** ENGLISH

**PUBLICATION-TYPE:** Newspaper

Copyright 2007 Fort Worth Star-Telegram
All Rights Reserved

Appendix 0022

**washingtonpost.com**

# Lawyers for Islamic Charity Urge Jurors to Ignore Politics

Advertisement

Palestinian Conflict Looms Over Trial of Group's Leaders

By Peter Whoriskey
Washington Post Staff Writer
Wednesday, September 19, 2007; A12

DALLAS, Sept. 18 -- The leaders of what was once the nation's largest Islamic charity did sometimes sympathize with the anger, and even the actions, of extremists.

In one wiretapped call played at their trial here, one of the men describes a suicide bombing near Tel Aviv as a "beautiful operation." The group also invited guest speakers identified by prosecutors as leaders of the militant Palestinian group Hamas to appear at fundraisers.

But as the two-month terrorism-financing trial of the five officials of the Holy Land Foundation for Relief and Development drew to a close here Tuesday, defense attorneys accused the government of trying to obtain a conviction based on the men's political sympathies rather than on any evidence of crimes.

"Association, association, association -- that's what the government wants you to convict them on," defense attorney Joshua L. Dratel said to jurors in closing arguments.

The trial of the five men, who are accused of sending more than $12 million overseas to charity organizations controlled by Hamas, is viewed as a test of the Bush administration's anti-terrorism policies. The defendants face counts of conspiracy to provide material support to a terrorist organization, providing material support to a terrorist organization, conspiracy to launder money and other charges.

The aggressive efforts against the Holy Land Foundation began in December 2001, three months after the Sept. 11 attacks, when President Bush froze its assets.

But some Muslim advocates have criticized the prosecution of the Holy Land officials as an act of bias against Muslims and Palestinians in the United States. More than 300 individuals and organizations, some of them high-profile groups such as the Islamic Society of North America and the Council on American-Islamic Relations (CAIR), have been named as unindicted co-conspirators in the case.

CAIR petitioned the court to be removed from the list of unindicted co-conspirators. The judge has not ruled on that request.

While both sides have warned jurors that they need not decide who is right and who is wrong in the Israeli-Palestinian divide in order to reach a verdict, the trial has been fraught with that conflict's tensions.

The central issue at trial is whether the Palestinian charities funded by the Holy Land Foundation were, in fact, controlled by Hamas, as Assistant U.S. Attorney Barry Jonas asserted in closing arguments. The United States designated Hamas a terrorist group in 1995.

Appendix 0023

They were "designed to win the hearts and minds of the people" for Hamas and "targeted" money for the families of militants who were killed, he said.

One of the most important government witnesses to support this contention was an officer with Shin Bet, Israel's domestic security agency.

Identified only as "Avi," he testified that Holy Land had been part of an international fundraising network for Hamas and that the Palestinian charities, or "zakat committees," that Holy Land contributed to were part of the Hamas organization.

A lawyer in Shin Bet's counterterrorism section, "Avi" testified that most of Hamas's money "is coming from outside the territories [the West Bank and Gaza], from nongovernmental organizations overseas," particularly the United States, Europe, the Gulf countries and North Africa.

But defense attorneys have suggested that as an Israeli he was politically biased and simply wrong to depict the charities in the case as controlled by Hamas. They noted that the "zakat committees" in the case have not been designated by the United States as terrorist organizations.

Moreover, they suggested that the government had relied too heavily on "Avi" and Israeli intelligence to make the case, effectively prosecuting Palestinians based on Israeli grievances.

"That's really where this all comes from," defense attorney Nancy Hollander said in closing arguments.

Much of the evidence at trial has revolved around photographs, wiretaps and videos depicting Holy Land Foundation events.

One video shows a fundraiser in which a skit is performed: An actor said to be depicting Hamas throttles another actor depicting an Israeli.

But the defense has supplied its own set of images to bolster its argument that the Holy Land Foundation was a legitimate charity.

A United Nations document indicates that food assistance declined in the West Bank after Holy Land was closed in 2001. Pictures show the Holy Land Foundation providing relief not just in the West Bank but in Egypt and Jordan.

"You don't go to all these far-flung places as a ruse," defense attorney Greg Westfall told jurors. The foundation, he said, really was in the "helping-people business."

View all comments that have been posted about this article.

---

**Post a Comment**

View all comments that have been posted about this article.

---

Appendix 0024

# washingtonpost.com

## Case Against Islamic Charity Opens

Advertisement

Now-Shuttered Organization Funneled Money to Militants, Prosecutors Say

By Robert Barnes
Washington Post Staff Writer
Wednesday, July 25, 2007; A06

Federal prosecutors opened their case yesterday against what was once the nation's largest Islamic charity, arguing in a Dallas courtroom that the organization funneled at least $12 million to Palestinian militants.

The Texas-based Holy Land Foundation was shut down by President Bush three months after the Sept. 11, 2001, attacks. It is accused of knowing that the money it sent to charities in the Middle East benefited Hamas, the militant Palestinian group officially designated as a terrorist organization by the U.S. government. Administration officials say the trial is an important battle in the fight to cut off funding to terrorists.

But the case is also drawing intense scrutiny in the American Muslim community because of a listing of 300 individuals and groups named in the indictment as unindicted co-conspirators, including established organizations such as the Council on American-Islamic Relations.

Parvez Ahmed, chairman of CAIR's national board, called the unusual list a "broad smear" and added, "We're being accused of something, but what we're being accused of, I don't know."

Prosecutors told jurors yesterday that the foundation and five organizers -- all but one are U.S. citizens -- sent at least $12 million to "zakat" committees controlled by Hamas. Zakat is a required form of the charitable giving that is one of the pillars of Islam.

The indictment charges that the foundation in part directed the money to take care of the families of suicide bombers, an action to "effectively reward past, and encourage future, suicide bombings and terrorist activities."

Assistant U.S. Attorney James Jacks said the 14-year investigation of the group revealed defendants phoning one another to describe Hamas suicide bombing attacks as "beautiful operations." He said the foundation and defendants shared Hamas's goal of the destruction of Israel. One of the men participated in a skit at a fundraiser that purported to show a Palestinian killing an Israeli, he said.

The organization's leaders lied about their real purpose "because to tell the truth would reveal what they were all about -- the destruction of the state of Israel and replacing it with a Palestinian Islamic state," Jacks said, the Associated Press reported.

But defense attorney Nancy Hollander said the foundation and the men on trial did nothing more than contribute money to charities, none of which are marked as terrorist organizations by the U.S. government.

"Holy Land had nothing to do with politics," said Hollander, the AP reported. "Its focus was on children in need." Hollander represents Shukri Abu Baker, who is on trial along with Mohammed El-Mezain, Mufid Abdulqader, Ghassan Elashi and Abdulraham Odeh.

Appendix 0025

Prosecutors have told the court it will take at least three months to present the complicated case. It relies on a mountain of documents, years of intercepted phone conversations, information from Israeli intelligence agencies and disputed transcripts that contain conversations translated from Arabic to Hebrew to English.

Judge A. Joe Fish has said he will allow two Israeli agents to testify in a closed courtroom with their identities concealed.

"It's an extremely important case for the government to win," said Dennis M. Lormel, a former Justice Department official who created the FBI's Terrorist Financing Operations Section. But he added that it is also "a very complex case, and a difficult case to bring."

The government has had mixed success in such prosecutions. A jury in Illinois acquitted a defendant accused of funneling money to militants overseas, and a Florida college professor who had long been a target of federal prosecutors was found not guilty of terrorism-related charges.

But a Georgia imam pleaded guilty last fall to supporting Hamas with donations passed through the Holy Land Foundation; Mohamed Shorbagi is on the witness list in the Dallas case. And one of the Holy Land defendants has already been convicted on separate charges of supplying computers to Syria and Libya.

Even without convictions, Lormel said, the government's actions have had a "chilling effect" on the kind of contributions that he believes are going to aid Hamas and others. "In the long run, the government has taken major steps in stopping the flow of money to terrorists," he said.

Lormel said he could not speculate on prosecutors' reasons for the list of unindicted co-conspirators and acknowledged that it has resulted in accusations that "the Islamic community is being picked on." But he said Muslim leaders do a "disservice" to their community to not acknowledge the Holy Land Foundation's ties to Hamas.

Muneer Fareed, secretary general of the Islamic Society of North America, said his organization's inclusion on the list of 300 unindicted co-conspirators is "perplexing and somewhat disappointing" and said it harms the goal of ensuring that charitable giving goes to the right organizations.

"How do we build trust and work with law enforcement when there is this cloud hanging over our heads?" he asked.

CAIR's Ahmed added, "What is the crime?" He said the foundation's contributions "went to charities -- all approved charities -- and at least one of them has received aid from the U.S. government."

The ACLU and some nonprofit organizations have objected to what they called in a June letter "the Department of Treasury's continued unfounded allegation that charities are a 'significant source of alleged terrorist activities.' "

But the Bush administration moved yesterday against two other charities -- the Martyrs Foundation and Goodwill Charitable Organization of Dearborn, Mich. -- for allegedly providing support to the terrorist group Hezbollah.

"We will not allow organizations that support terrorism to raise money in the United States," said Stuart Levey, the Treasury Department's undersecretary for terrorism and financial intelligence.

Appendix 0026

*Research editor Alice Crites contributed to this report.*

<u>View all comments</u> that have been posted about this article.

---

**Post a Comment**

<u>**View all comments**</u> that have been posted about this article.

---

Comments that include profanity or personal attacks or other inappropriate comments or material will be removed from the site. Additionally, entries that are unsigned or contain "signatures" by someone other than the actual author will be removed. Finally, we will take steps to block users who violate any of our posting standards, terms of use or privacy policies or any other policies governing this site. Please review the <u>full rules</u> governing commentaries and discussions. You are fully responsible for the content that you post.

© 2007 The Washington Post Company

Ads by Google

**Anti-Bush Stickers & Gear**
Jan 20 2009 -- The End of an Error Cheney-Satan '08, Impeach Bush, etc
www.cafepress.com/beatbushgear

**Jesus was political**
Explore this provocative view in Practicing the Politics of Jesus
www.CascadiaPublishingHouse.com

**The Peacemaking Remnant**
Provocative book available now from the Adventist Peace Fellowship
www.adventistpeace.org

Appendix 0027

1 of 1 DOCUMENT

Los Angeles Times

July 23, 2007 Monday
Home Edition

# THE NATION;
# Terrorism trial begins this week for Islamic charity;
# Its officials will get their first chance to dispute that it aided Hamas.

**BYLINE:** Greg Krikorian, Times Staff Writer

**SECTION:** MAIN NEWS; National Desk; Part A; Pg. 12

**LENGTH:** 1054 words

**DATELINE:** DALLAS

Nearly six years after it shut down the nation's largest Islamic charity for alleged ties to terrorism, the U.S. government begins the high-stakes prosecution this week of five top officials of the Holy Land Foundation, accused of funneling money to Palestinian militants.

In a 2001 Rose Garden appearance shortly after Sept. 11, President Bush said the charity was among those that "do business with terror."

Holy Land officials denied claims that the charity sent funds to Hamas, and tried unsuccessfully to force the U.S. to prove it in court. Ironically, the criminal case gives the charity officials -- all but one of whom are U.S. citizens -- their first chance to dispute specific allegations that they supported the terrorist group.

But the trial, with opening arguments scheduled for Tuesday, also turns a political spotlight on the Justice Department, which has had spotty success winning convictions when charging Americans with providing material support to terrorists. This case, shrouded in secrecy and heavily dependent on testimony from foreign agents, comes loaded with unique legal challenges.

The government's case has drawn special attention from inside and outside the U.S. Muslim community for an indictment that also lists about 300 individuals and groups as unindicted co-conspirators -- among them long-established and U.S.-based organizations engaged in traditional lobbying efforts.

Ibrahim Hooper, a spokesman for the Washington-based Council on American Islamic Relations, one of the groups listed as an unindicted co-conspirator, accused prosecutors of using smears and "McCarthyite tactics." He called it an "attempt to marginalize and disenfranchise mainstream Muslim groups."

In response to a similar listing of the 44-year-old Islamic Society of North America, based in Indiana, President Ingrid Mattson issued a statement saying: "ISNA is not now, and never has been, involved in any covert or illegal activity, and has never supported any terrorist organizations."

Government prosecutors, like defense attorneys, have declined comment about the case outside the courtroom of U.S. District Judge A. Joe Fish.

However, one former federal prosecutor who is not involved in the Texas case expressed surprise at the sweeping use of unindicted co-conspirators. Adam Braun, who recently left the U.S. attorney's office in Los Angeles for private practice, said, "It seems like the government is painting with a pretty broad brush."

He said office policy was to avoid "sullying someone's reputation unnecessarily" -- generally limiting use of named co-

Appendix 0028

conspirators unless there is proof of wrongdoing.

Three other federal prosecutors contacted by The Times were critical of the tactic, calling it "improper" and "unfair." None would discuss it on the record, because they still work for the Justice Department.

From its founding in Southern California to the December 2001 morning when its four U.S. offices were closed down, records and interviews show, the Holy Land Foundation for Relief and Development raised more than $57 million in donations. More than half the money went to Gaza and the West Bank, according to foundation officials. The rest went to refugees in Lebanon and Jordan and the victims of calamities including the war in Kosovo, according to Holy Land officials.

But in first closing the foundation and now prosecuting its leaders, the U.S. government has long alleged that Holy Land's real aim was something sinister.

The government's first action in 2001 was an administrative order freezing, and later seizing, the charity's funds. Holy Land tried to reverse the order, petitioning a succession of courts to intervene and permit it to challenge the government's claims. The appeals failed.

The indictment accuses Holy Land officials of supporting Hamas by sending money, goods and services through a network of so-called zakat committees, or local charities, and other organizations controlled by Hamas.

According to federal court records in Dallas, the U.S. government has collected more than 1 million pages of documents and thousands of hours of wiretaps in the Holy Land case. The documents include an FBI report that alleges years of connections between Holy Land officials and Hamas.

But attorneys for Holy Land and the defendants have repeatedly challenged the reliability of the evidence and the government's handling of the case.

In court papers, defense attorneys have argued that the zakat committees allegedly controlled by Hamas have never been identified by the U.S. government as supporting terrorism or banned from receiving donations.

Attorneys also noted that one allegedly suspect organization overseas received U.S. government aid.

Long ago, attorneys also challenged the accuracy of the FBI memo, whose principal author was a veteran agent banned from appearing before the nation's top-secret court on surveillance after judges found that he filed inaccurate affidavits.

Court papers show that the Justice Department's case also relies heavily on Israeli intelligence. Potentially complicating the case, two foreign agents expected to testify against the accused charity officials have demanded to do so anonymously for Israeli security reasons.

Legal experts have cautioned that U.S. prosecutors could face difficulties over these and other differences, including varying standards used in Israel and the U.S. for criminal investigations and gathering evidence.

Defense attorneys also have pointed out striking discrepancies between an official summary and the verbatim transcript of an FBI-wiretapped conversation in 1996 involving Holy Land officials. The summary attributes inflammatory, anti-Semitic comments to Holy Land officials that are not found in a 13-page transcript of the recorded conversation.

The discrepancy echoed earlier defense arguments that the government had repeatedly relied on inaccurate translations or outright misrepresentations to go after Holy Land.

In the disputed FBI memo, for example, one office manager for the foundation was purported to have told Israeli authorities that charitable funds were "channeled to Hamas."

But defense attorneys told the court that the translation from Arabic to Hebrew to English distorted the official's original statement, and that he actually said, "We have no connection to Hamas."

greg.krikorian@latimes.com

**LOAD-DATE:** July 23, 2007

Appendix 0029

**LANGUAGE:** ENGLISH

**PUBLICATION-TYPE:** Newspaper

Copyright 2007 Los Angeles Times
All Rights Reserved

# Appendix A

## Exhibit C



**THE WALL STREET JOURNAL.**
O N L I N E

**May 27, 2008**

**GLOBAL VIEW**
**By BRET STEPHENS**

# Homeland Security Newspeak

*May 27, 2008; Page A19*

The Department of Homeland Security thinks it's a bad idea to use the word "liberty" when describing America's foreign policy goals. Nor does it much like the terms "Islamist" and "jihadist." Heaven forbid the federal government cause needless offense in the current war against, well, whoever.

**DOW JONES REPRINTS**

(R) This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit: www.djreprints.com.

• See a sample reprint in PDF format.
• Order a reprint of this article now.

Such are the recommendations on "Terminology to Define Terrorists," a nine-page, "Official Use Only" memo issued in January by Homeland Security's Office for Civil Rights and Civil Liberties. It purports to represent the suggestions of a "wide variety" of unnamed American Muslim leaders consulted on the subject. And while it is not a statement of official policy, it neatly captures the sophisticated government thinking about its rhetorical strategies for what used to be called the "Global War on Terror."



George Orwell
Corbis

Now, thanks to the DHS brain trust, we are offered a "Global Struggle for Security and Progress." Perhaps with further moral and intellectual refinement, we can someday embark on a General Effort Against Negativity and Ungoodness.

In "1984," George Orwell famously created Newspeak, "the only language in the world whose vocabulary gets smaller every year." How things haven't changed. The Homeland Security memo[1] begins by declaring that "Words matter," whereupon it proceeds to suggest that some words matter so much it's best not to use them at all. Instead, the memo proposes a "strategic terminology" to dictate the utterances of public officials regarding the so-called Global Struggle.

In the new dispensation, much of which has reportedly been adopted by the State Department, using the word *Islamic* is out because it potentially "[concedes] the terrorists' claims that they are legitimate adherents of Islam." Use of the word *jihad* is said to "glamorize terrorism." *Islamist* – a neutral and broadly accepted term for those who espouse Islam as a political system – is frowned upon because "the general public . . . may not appreciate the academic distinction between Islamism and Islam." Using the word *Salafism*, the religious variant of Islam espoused by al Qaeda, may have the unfortunate effect of demonizing those Salafists who aren't violent. The term *moderate Muslims* may include those who aren't religiously observant, and thus offend those

Appendix 0032

Muslims who are. "Mainstream Muslim" is supposedly better.

In its most eye-catching recommendation (which goes strangely unmentioned in an Associated Press story about the memo), the DHS authors explain their preference for the word "progress" over "liberty."

"The struggle is for 'progress,' over which no nation has a monopoly," reads the memo. "The experts we consulted debated the word 'liberty,' but rejected it because many around the world would discount the term as a buzzword for American hegemony. But all people want to support 'progress,' which emphasizes that there is a path for building strong families and prosperity among the current dislocations of globalization and change. And progress is precisely what the terrorists oppose through their violent tactics and through their efforts to impose a totalitarian world view."

It seems to have escaped the authors' notice that the most formidable totalitarian movement of the 20th century – communism – was, by its own lights, "progressive." It seems to have escaped their notice that the essence of a totalitarian system is the denial of liberty (often in the name of progress). It seems to have escaped their notice that "progress" is a word that signifies nothing. Exactly what is one progressing *to*?

It also seems to have escaped their notice that Muslims themselves might aspire to live in conditions of political, economic and social liberty, U.S. "hegemony" notwithstanding. As for defining the current struggle as one for "security," it might be observed that dictatorial regimes often have solid track records as crime fighters: Mussolini crushed the mafia.

The inanity here is so mind-boggling that it seems almost deliberate, and causes one to wonder just which "American Muslim leaders" the U.S. government is consulting. Last October, Homeland Security Secretary Michael Chertoff was a guest of honor at a Ramadan event at which, according to one participant, he was publicly thanked by the president of the Islamic Society of North America for "keeping the doors open so we can advise you on how to engage the Muslim world."

For the record, the ISNA was named an unindicted co-conspirator in the case of the Holy Land Foundation, a U.S.-based charity alleged to have had ties with Hamas. Imagine if the Kennedy administration had consulted with the Workers World Party on strategies to contain the Soviet Union, and you get a sense of what Homeland Security is doing today.

No doubt the government really does need better terminology to describe the war we're in, which is against violent Islamic extremists and every regime, warlord, charity, school or imam supporting them. No doubt, too, we need the support of every Muslim we can rally to our side. Those many millions who do not shrink from the word "liberty" might just fit the bill.

**Write to** bstephens@wsj.com[2]

*See all of today's editorials and op-eds, plus video commentary, on* Opinion Journal[3].

*And add your comments to the* Opinion Journal forum[4].

**URL for this article:**
http://online.wsj.com/article/SB121184599077421311.html

**Hyperlinks in this Article:**

Appendix 0033

**(1)** http://online.wsj.com/public/resources/documents/gloview.pdf
**(2)** mailto: bstephens@wsj.com
**(3)** http://online.wsj.com/opinion
**(4)** http://forums.wsj.com/viewtopic.php? t=2681

**Copyright 2008 Dow Jones & Company, Inc. All Rights Reserved**

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our **Subscriber Agreement** and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit **www.djreprints.com**.

**RELATED ARTICLES FROM ACROSS THE WEB**

**More related content**     *Powered by Sphere* 

Appendix 0034

1 of 1 DOCUMENT

The Washington Times

October 5, 2007 Friday

# Ramadan revisionism;
# Who's checking at the White House?

**BYLINE:** By Diana West, THE WASHINGTON TIMES

**SECTION:** OPED; A19

**LENGTH:** 772 words

I wasn't going to write about Ramadan in official Washington this fall season not again. But I just can't resist.

First, there are all the holiday trappings of this by-now annual column such seasonal staples as my all-time favorite "war on terror" quotation from Abu Qatada, the al Qaeda-linked cleric. I just love to trot it out around Ramadan after President Bush has said something utterly ignorant about Islam meaning peace, or, addressing the Muslim pooh-bahs he always has in to the White House for a fast-breaking Iftar dinner, about how the jihadists have "twisted" Islam.

"I am astonished by President Bush when he claims there is nothing in the Koran that justifies jihad violence in the name of Islam," Abu Qatada said about six years ago. "Is he some kind of Islamic scholar? Has he ever actually read the Koran?" Ah, me. Good stuff.

Then there's the holiday excitement of combing through the White House Iftar dinner guest list looking for unindicted co-conspirators. Since I had to put this column together before White House Iftar 2007, I turned to White House Ramadans past, reading through the president's old speeches-2001 through 2006 to see if I'd missed anybody he'd singled out for a mention.

And I had. White House Ramadan is so much better than bingo. In 2003 and 2004, Mr. Bush asked Faizul Khan, who is affiliated with the Saudi-funded Islamic Center of Washington and serves on the board of directors of the Islamic Society of North America, to give the blessing. This year, the Justice Department officially labeled Islamic Society as a U.S. branch of the Muslim Brotherhood, the movement aiming to establish a global Islamic empire, and also as an unindicted co-conspirator in the Hamas fund-raising Holy Land Foundation trial still awaiting a verdict in Dallas.

Then again, maybe the Islamic Society score doesn't count in this holiday game since the official co-conspiratorialness of the group is practically brand new. Still, as Steven Emerson has pointed out, the Islamic Society has "never condemned terror groups like Hamas and Hezbollah by name," which really should have come under White House consideration, if, that is, anyone at the White House ever considered anything. Heaven knows it's hard enough finding good moderates these days. Look too closely and they might find a Shariah supporter. Shariah, of course, is Islamic law - wholly antithetical to Western-style liberty.

Take Talal Eid. In 2006, Mr. Eid gave the blessing at the White House Ramadan dinner, and this year Mr. Bush appointed him to the U.S. Commission on International Religious Freedom. As Robert Spencer has reported, Mr. Eid is a Wahhabi-trained imam certified by the anti-American Muslim World League who has actually called for the establishment of Shariah courts in the United States to regulate the family affairs of American Muslims.

Is a proponent of Shariah in the United States someone the leader of the Western world should be honoring? Hmmm. Let's ask Ayaan Hirsi Ali, the courageous former Muslim opponent of Shariah from the Netherlands whose collaborator, Theo van Gogh, was assassinated in 2004 for their film critique of the Islamic repression of women under Shariah.

Oops. I forgot. This very Ramadan week, Ms. Ali had to leave Washington and return to the Netherlands for security reasons. Too bad Mr. Bush "forgot" to invite her to the White House before she left - not to mention all the other brave critics of Islamic repression, including Bat Ye'or, Brigitte Gabriel, Nonie Darwish and Wafa Sultan.

Appendix 0035

But in these post-September 11 days, only supporters of Shariah get those coveted holiday invites. Take the ambassadors from the countries of the Organization of the Islamic Conference (OIC). The organization not only coddles terrorists and lobbies against freedom of speech at the highest diplomatic levels, but it also supports a code of human rights derived from Shariah, which, of course, denies human rights to women and non-Muslims.

These are the people who sup with the president every Ramadan, and, I imagine, chuckle discreetly through Mr. Bush's remarks, as in 2006, about Islam's "commitment to tolerance and religious freedom." How do you say "we sure pulled the camel wool over his eyes" in Arabic? Under Shariah, of course, there is no religious freedom.

But who's checking? No one at this White House. What about the next administration? I hereby pledge to vote for the presidential candidate who promises to stop submitting to Shariah suppers at Ramadan - even though that means I'll have to think of something else to write about.

* Diana West's column for The Washington Times appears on Fridays.

**LOAD-DATE:** October 5, 2007

**LANGUAGE:** ENGLISH

**PUBLICATION-TYPE:** Newspaper

Copyright 2007 The Washington Times LLC
All Rights Reserved

# Appendix A

## Exhibit D

*This item is available on the Militant Islam Monitor website, at*
*http://www.militantislammonitor.org/article/id/3135*

# Justice Department to co -sponsor event with ISNA unindicted co-conspirator in terror funding case

August 28, 2007

### Bush Administration's Coddling Of ISNA Continues Unabated

By William Mayer and Beila Rabinowitz

August 28, 2007 - San Francisco, CA - PipeLineNews.org - It's been nearly two years since Bush confidante and State Dept. PR "expert" Karen Hughes visited the ISNA national convention held in Chicago, hat in hand, dripping dhimmitude [see Letters From The Home Front War On Terror - The Bush Administration's Serious Missteps Regarding ISNA].

At the time it was suggested that Ms. Hughes' purpose at the event was "engagement," a tired phrase which characterizes a mindset actively promoted by Muslim radicals, in which they are transformed into an aggrieved entity, rather than being those in need of transformation [negating Hughes' claim of simple engagement, her office refused to disclose a transcript of her ISNA comments, believing it would prove that her presence there was anything but helpful].

This year the Justice Department is carrying on in Hughes' damaging tradition, spending an undisclosed amount in sponsorship fees to have a presence at the convention, ostensibly to provide information regarding Muslim civil rights, a contentious issue given the strategy employed by groups like ISNA and CAIR to brand any criticism of Islam or Muslims as Islamophobia, in an attempt to prevent the obvious link between a radical interpretation of the Quran and terrorism.

If anything, the decision by the Justice Department to sponsor a booth this year is all the more egregious, because now both ISNA and fellow travelers, CAIR have been named as unindicted co-conspirators in the largest terror prosecution in U.S. history, the Holy Land Foundation Hamas terror funding case, currently taking place in Dallas, TX.

As we noted in our above linked 2005 piece, ISNA is actively working with Saudi Wahhabists to control and radicalize U.S. mosques, the majority of which are part of the ISNA affiliated North American Islamic Trust, NAIT.

> *"ISNA is funded by the Saudis and is used by them - a tool to assert and maintain ideological control of the movement. While so engaged it spreads Wahhabism.*

> *In hearings before the Senate Subcommittee on Terrorism held October 14, 2003 J. Michael Waller an internationally renowned authority on terrorism declared that ISNA controls the ideological content of the majority [1,100 of 1,500] US mosques and that through its North American Islamic Trust [NAIT] owns or controls the physical assets of 75% of them.*

> *That is a stranglehold; call it religious monopolism.*

Appendix 0038

*The control mechanism used against those not in the fold is simple and direct - the Wahhabis employ physical violence, storming into moderate Islamic congregations, assaulting and otherwise intimidating them.*

*"The dissidents tried to drive out the worshipers...knocking over a pregnant woman who later miscarried...the "scuffle" was one in a dramatic series of struggles at mosques throughout the country between fundamentalist and moderate Muslims...part of a Saudi-financed missionary project to spread the kingdom's harsh and highly political version of Islam, known as Wahhabism.[source Saudi form of Islam wars with moderates, http://www.sptimes.com/2003/03/11/Worldandnation/Saudi_form_of_Islam_w.shtml, St. Petersburg Times, March 11, 2003]*

*ISNA has a myriad of associations which challenge its self-described moderation.*

*"...we found about a dozen charities, organizations or individuals under federal scrutiny for possible ties to terrorism that are linked in some way to ISNA - ties sources tell us have also placed ISNA under the federal microscope." [source Images In Conflict, http://www.wthr.com/Global/story.asp?S=1518794&nav=DqSHJ2nO, WTHR Indianapolis].*

While the Bush administration has an exemplary record of dealing with direct foreign terror threats such as al-Qaeda, it has spoken with a querulous, inconsistent voice here at home regarding the purveyors of the "soft jihad," the stealth campaign led by groups such as ISNA, ICNA, CAIR and others which seek to steadily advance shari'a.

Because of this policy the administration's actions have provided increased legitimacy to individuals and organizations which constitute serious national security threats.

Fortunately as the Washington Times notes, not everyone at Justice has been browbeaten into conformity on this matter, "There is outrage among lawyers that the Department of Justice is funding a group named as a co-conspirator in a terrorist financing case," said a Justice lawyer who spoke to The Washington Times on the condition of anonymity" [source, U.S. sponsors Islamic convention, By Audrey Hudson, August 27, 2007, http://washingtontimes.com/article/20070827/NATION/108270070/1001]

Because these lapses constitute an ongoing pattern, the administration must be called to account for continually falling victim to the rhetoric of bad players - with the soon to transpire Justice Department's ill advised visit to the ISNA convention, being only the most recent example. http://www.pipelinenews.org/index.cfm?page=isna82807%2Ehtm

*This item is available on the Militant Islam Monitor website, at http://www.militantislammonitor.org/article/id/3135*

Appendix 0039

Case 3:04-cr-00240   Document 1062-2   Filed 06/18/08   Page 40 of 121   PageID 14737

# ISNA's Lies Unchallenged Again

**by Steven Emerson**
*Counterterrorism Blog*
**August 11, 2007**

In an otherwise important article published by *Newsweek* this past Wednesday (*An Unwelcome Guest*), reporters Mike Isikoff and Mark Hosenball detailed a Department of Justice outreach event, cancelled at the last minute because of one of the invitees was a high ranking official with the Islamic Society of North America (ISNA) - a potentially embarrassing fact since ISNA was recently named as an un-indicted co-conspirator in the current trial against the Holy Land Foundation for Relief and Development (HLF) in Dallas.

The cancelled event was slated for the same day as President Bush's speech at the Islamic Center of Washington D.C., problematic in its own right for several reasons, as I reported at the time, including the presence of Ibrahim Hooper, spokesman for the Council on American-Islamic Relations (CAIR), also an un-indicted co-conspirator in the HLF case. Recent testimony and evidence in the HLF trial has conclusively linked CAIR's founders with HAMAS, and its American affiliate, the Palestine Committee of the Muslim Brotherhood.

But back to ISNA; *Newsweek* put a call into ISNA to ask about its status as un-indicted co-conspirators in the HLF trial, and this is the result:

> *In a brief telephone interview with NEWSWEEK Wednesday, Magid pointed a reporter to an e-mail statement saying that the ISNA was seeking an immediate retraction of the government's "unfounded allegations" in the Holy Land case. "ISNA is not now and has never been involved in any covert or illegal activity and has never supported any terrorist organizations," the statement read. "Rather, ISNA is an open and transparent membership organization that strives to be an exemplary and unifying Islamic organization ... **ISNA hereby reaffirms its unqualified condemnation of all acts of terrorism**." (emphasis added)*

Isikoff and Hosenball, however, let that statement go unchallenged. And this is the same *Newsweek* that, several months ago, uncritically reported that new ISNA President Ingrid Mattson was, "bringing the moderate viewpoint to the world."

Yet, as I recently reported here, ISNA's sympathy with terrorism, and individual terrorists, runs quite deep.

ISNA has never condemned terrorist groups like HAMAS or Hizballah by name. More notably, in June of 1997, two and a half years after HAMAS was officially designated as a terrorist organization by the United States government (and long after common sense and reality indicated as such), top HAMAS official Mousa Abu Marzook thanked ISNA (and several other U.S.-based Islamist and "civil rights" organizations), writing that ISNA supported him through his "ordeal" – Marzook had been detained at JFK airport in 1995 and arrested and the Israelis were seeking his extradition. Marzook wrote that ISNA's efforts had "consoled" him.

ISNA's magazine, *Islamic Horizons*, is a hotbed of pro-jihadist literature, and has long championed HAMAS and HAMAS officials, notably Mr. Marzook himself. In the November/December 1995 issue, almost a full year after HAMAS was officially designated by the U.S. government as a terrorist organization, *Islamic Horizons* published an article titled, "Muslim Leader Hostage to Israeli Interests."

Appendix 0040

That leader was Marzook, characterized by ISNA as:

> *[a] member of the political wing of Hamas, disliked by the Zionist entity for its Islamic orientation, continues to be held hostage in the U.S. at the whims of his Zionist accusers.*

And in the September/October 1997 issues, two and a half years after the designation of Hamas as a terrorist group, *Islamic Horizons* published an article describing Marzook as:

> *[j]ailed without trial in New York for months for alleged ties to organizations seeking Palestinian rights.*

The pro-Hamas rhetoric and apologia in *Islamic Horizons* is off the charts, yet ISNA continues to get a free pass as a "moderate" organization by much of the government and media, who have probably not bothered to pick up a copy of its magazine.

Additionally, evidence has been introduced during the HLF trial which further exposes ISNA's claim of "unqualified condemnation of all acts of terrorism" as lies, at the same time, undercutting HLF's innocent claims that the organization only assisted impoverished widows and orphans, and establish long-standing ISNA ties to HAMAS. Exhibits entered into evidence a few days ago at the HLF trial include an expense voucher from the North American Islamic Trust (NAIT), an ISNA subsidiary, made out for $10,000 in the name of Musa Abu Marzook, as well as a check drawn on a NAIT account in the same amount made out to Marzook. Another check for $10,000 on the same account was made out to Marzook's wife, Nadia Elashi. Another check for $30,000 was made out to the Islamic University of Gaza (and has Shukri Abu Baker/OLF written on the memo line), a school long known to be controlled by HAMAS, and which counted such notables as former HAMAS leader Dr. Abdel Aziz Rantissi and current HAMAS leader Dr. Mahmoud Al-Zahar as professors, and the recently deposed HAMAS Prime Minister Ismail Haniyeh is a former dean of the University.

Beyond the evidence in the HLF trial, ISNA counts among its former leadership such luminaries as convicted Palestinian Islamic Jihad (PIJ) operative Sami al-Arian. According to his own bio:

> **Dr. Al-Arian has also been an active community leader. He helped establish the largest grass roots organization in the U.S., the Islamic Society of North America (ISNA) in 1981,** *and its many affiliates such as the Muslim Arab Youth Association (1977), the Islamic Association for Palestine (1981), Islamic Committee for Palestine (I.C.P), Islamic Community of Tampa (1987) and Islamic Academy of Florida (1992).* (emphasis added)

ISNA also granted an official "Certificate of Affiliation" to al-Arian's "charity," the Islamic Concern Project (a.k.a. the Islamic Committee for Palestine/ICP).

Al-Arian was a frequent speaker at ISNA events, which have also hosted speakers such as Abdurrahman Alamoudi, currently serving a 23 year prison sentence for acting as a financial courier for a State sponsor of terrorism, having admitted his role participating in an Al Qaeda-inspired plot to assassinate the then-Crown Prince of Saudi Arabia and Mohammed Salah, recently convicted and sentenced for obstruction of justice related to lying about his HAMAS connections in a civil law suit against U.S.-based HAMAS front groups.

ISNA officials can say they "condemn acts of terrorism" all they want, but the evidence supporting their ties to, and true feelings about, terrorist groups like HAMAS and PIJ, is overwhelming. The Department of Justice has started to take note. One can only hope that other branches of the government and mainstream media will follow suit.

Appendix 0041

Case 3:04-cr-00240   Document 1062-2   Filed 06/18/08   Page 42 of 121   PageID 14739

Original item available at: *http://www.investigativeproject.org/article/357*

# Appendix A

## Exhibit E

1 of 1 DOCUMENT

The Jerusalem Post

January 1, 2008, Tuesday

# On dialogue between Jews and Muslims

**BYLINE:** Isi Leibler

**SECTION:** OPINION; Pg. 16

**LENGTH:** 1499 words

**HIGHLIGHT:** The writer is a former chairman of the Governing Board of the World Jewish Congress and a veteran international Jewish leader.

Dialogue with Muslims has become the flavor of the month and many Jewish organizations now compete with one another to create Muslim-Jewish talk-fests. Whereas such initiatives are helpful and certainly preferable to exchanging diatribes if the objective is primarily to ingratiate ourselves with Muslims and gain publicity the exercise becomes counterproductive.

The Jewish track record of dialogue with the Church illustrates that until Pope John XXIII's dramatic condemnation of anti-Semitism at the Second Vatican Council our efforts had little impact beyond reinforcing relationships with marginal Christian philo-Semites.

Meaningful dialogue requires that both parties agree in advance to accord mutual respect and genuinely commit to exploring deeper understandings. It also presupposes a willingness to indulge in honest and open discussion rather than mouthing platitudes or employing glib rhetoric to cover up differences. Above all it demands the involvement of responsible and sensitive Jewish representatives knowledgeable about Judaism and its place in the world at large.

THERE ARE circumstances in which dialogue must be avoided. For example if the Muslim group concerned refuses to condemn the anti-Semitic tirades emanating from Islamic quarters or even indirectly condones global terrorism and suicide bombings or promotes conspiracies such as implying that 9/11 was an Israeli plot. To share stages or collaborate with groups holding such views merely provides a platform for radicals to exploit dialogue as a vehicle to obtain respectability and cover up their extremism.

The problem we face with Islamic religious leaders is that while a number of their spokesmen under pressure do ritualistically condemn Islamic extremism many continue to express sympathy with the radicals or at best remain silent. The dominant Islamic voices being heard are apologists for violence terrorism and intolerance. If there are moderate Muslims they remain mainly in the closet or are sufficiently intimidated to avoid condemning the excesses of their jihadist kinsmen.

IN THIS environment it is contrary to our interests to continuously repeat the politically correct but utterly false mantra that Islam is a religion of peace. Whereas all three major monotheistic religions incorporate elements of militant piety and violence Islam with its unique jihadism today represents the most violent doctrine.

This is not to deny that given more enlightened religious leaders it could become moderate. But the export of Wahhabism from Saudi Arabia has led to the creation of new Islamic schools and the domination of existing institutions by a religious ideology which sanctifies violence. It is in these sources that martyrs (shahids) and suicide bombers were incubated and became such a dominant element in contemporary Islam.

Likewise we do ourselves a disservice if we support the false allegation that Islamophobia is rampant. While as Jews we abhor and oppose all forms of prejudice we must recognize that under the present circumstances it is a tribute to tolerance in Western countries that despite the violence and intimidation emanating from Muslims overt aggression or discrimination against them has been extremely limited.

Appendix 0044

In fact despite our abhorrence of bloodshed we Jews encounter far more violence than do Muslims - reflected in the simple fact that unlike synagogues mosques rarely require armed guards and that in Europe much of the violence directed against Jews emanates from Muslims.

We should therefore also strongly endorse the approach of those who refuse to be intimidated by Islamic bullying as exemplified in the vicious campaign against Danish cartoons of the prophet Mohammad or the obscene threats and violent attacks against any who question Islamic beliefs or behavior.

SOME JEWISH representatives also display an unfortunate penchant for demonstrating their liberal credentials by endorsing Muslim demands to outlaw security profiling. We would be well advised to remember that Jews represent the principal target for terrorists and it would therefore surely be bizarre for Jews to undermine security procedures which may largely ultimately directly impact against them.

It is simply a denial of reality to dismiss the ethnic profiles of Arab Muslims when 95% of acts of global terrorism emanate from this group.

Rabbi Eric Yoffie head of the Reform movement exemplifies well-meaning Jewish leaders falling into this trap. He recently publicly condemned profiling in an address to a questionable Islamic organization the Islamic Society of North America (ISNA) with whom he had recently launched a major interfaith dialogue. According to some American Jewish critics ISNA had allegedly previously backed terrorist groups and was named as an unindicated co- conspirator in a major trial against a Wahhabi oriented group (The Holy Land Foundation) illegally raising funds for Hamas. In addition the US Justice Department referred to the ISNA as an offshoot of the terrorist Muslim Brotherhood.

IN SIMILAR vein Rabbi Marc Schneier sponsor of the Foundation for Ethnic Understanding co-hosted a meeting of 12 imams and 12 rabbis at the Islamic Center in New York in conjunction with Imam Omar Abu Namous. In a previous joint meeting with Schneier's group Namous called for the substitution of Israel with a binational state and demanded that the Israelis apologize for their "crimes" to the Palestinians. To avoid a repetition Schneier and Namous agreed among themselves that Israel would be removed from the agenda.

This is a prime example of the damage incurred through interfaith dialogue with Muslims. If we bask in expressions of mutual love but fail to proclaim to our partners in dialogue that Israel is central to our Jewish identity we make a mockery of dialogue and effectively capitulate to the extremists.

Of course Muslims are entitled to criticize Israeli policies. But there must be understandings in advance that as distinct from genuine criticism efforts to delegitimize or demonize Israel make it impossible for us to share platforms with them. We must also insist that the condemnation of Muslim anti-Semitism be an agenda item in all such encounters.

NONE OF this detracts from our obligation to raise our voices against those who would condemn an entire religion because of the criminal behavior of its individuals. Alas it is galling that in the Muslim arena there are virtually no such condemnations when it comes to incitement against Israel the Jews or even America.

There are nevertheless genuine opportunities to conduct constructive dialogue with judiciously selected Muslim groups. For example the recent visits of Indian Muslims and Indonesian imams to Israel under the auspices of the American Jewish Committee represent the kind of positive dialogue that should be commended and encouraged.

Bottom line: Dialogue with Muslims becomes counterproductive when we grovel and demean ourselves order to curry favor. All that is achieved is a facade of goodwill which ultimately only strengthens extremists at the expense of the few genuine moderates within the Islamic community whom we are obliged to continue to seek out for their sake and ours.

\*\*\*\*\*\*\*\*\*\*

IN TODAY'S reply to an earlier piece of mine Seymour Reich does not enhance Prime Minister Ehud Olmert's standing by reproducing his June 2005 address to the Israel Policy Forum - probably the most abject speech ever made by an Israeli leader.

However by repeating Olmert's "We are tired of fighting tired of being courageous tired of winning tired of defeating our enemies Reich does underscore our obligation to avoid repeating the mistakes of the past, especially on the eve of the visit by President Bush. Olmert's speech also chillingly reminds us of the woefully misplaced delusions he was laboring under when he proclaimed that the unilateral retreat from Gaza would bring more security greater safety much more

Appendix 0045

prosperity and a lot of joy for all the people that live in the Middle East."

Reich also approvingly repeats Olmert's more recent lamentable repetition of Jimmy Carter's libel that Israel risked being compared to apartheid in South Africa, and his proclamation that unless Israel accepts his proposals to withdraw now to the '67 borders the State of Israel is finished.

Most Israelis eagerly anticipate the day when they are no longer obliged to rule over Arabs and would adamantly reject annexing the West Bank and Gaza. However that in no way justifies the Israel Policy Forum an American-based organization urging the US State Department to pressure Israel to undertake further unilateral withdrawals and make more concessions before such time as the terrorist militias are disbanded and there is an end to the incitement against Jews - an incitement that prevails no less under the jurisdiction of the PA our so-called peace partner than in Hamastan.

**LOAD-DATE:** January 3, 2008

**LANGUAGE:** ENGLISH

**GRAPHIC:** Photo: MUSLIMS AT prayer. Profiling may be a necessary evil to protect innocents. (Credit: Ap)

Copyright 2008 The Jerusalem Post

Appendix 0046

Blog • Podcast • About Jewish Week • Advertise • Subscribe • Contact us • Newsletter      Search:[          ] | Go |

www.thejewishweek.com                                    Monday, June 16, 2008 / 13 Sivan 5768



| |
News
New York
National
International
Israel
Short Takes
Briefs
Israel At 60
36 Under 36: TNW
Editorial & Opinion
The Arts
Jewish Life
Food
Travel
Calendars
Classifieds
Special Sections
Singles
Write On For Israel
Fresh Ink for Teens
Directories
Blogs
NY Resources
select below

Sign up for
TOMORROW'S NEWS
TODAY!


Home > News > New York

04/02/2008
✉ Email this Article   🖨 Print this Page

# A CAIR-Free Coalition

**As Jewish-Muslim ties grow, a major group's reputation makes for tense situation.**



*JCRC's Michael Miller: Says CAIR has failed to denounce suicide bombings in Israel.*

by Adam Dickter
Assistant Managing Editor

After Uria Ohana, an Israeli-born Lubavitcher chasid, was attacked recently in Brooklyn by teens who allegedly stole his kipa and shouted at him in Arabic, the local chapter of the Council on American-Islamic Relations denounced the crime in no uncertain terms.

"This act is not representative of our community," said Faiza Ali, the group's community affairs director at a press conference at Brooklyn's Borough Hall. "We stand in solidarity with the Jewish community. A bias attack on Jews is an attack on all people."

But when Ali approached Ohana afterward to personally express her concern, the scene was awkward.

"You can't on one hand condemn a hate crime attack and on the other hand legitimate terror attacks in other places in the world," said Ohana.

/>

It's a rap that members of CAIR frequently battle as they work to integrate themselves into

New York's diversity and tolerance scene, seeking a place among Jewish and other groups that frequently come together in the wake of a bias crime. And the incident points up just how fragile the coalition-building process is between Jews and Muslims, even at a



BUSINESS CLASS SPECIAL

Westchester Jewish Conference
Westchester's Jewish Community Relations Organization

Kosher Chefs Diet

Lose Weight By Eating!

How Great is that?

Healthy & Balanced Meals by Kosher Chefs Diet

ORDER NOW

www.KosherChefsDiet.com
Ads by Google

time of growing outreach between the groups.

Critics say CAIR has a blind spot, or worse, when it comes to condemning Palestinian violence against Israelis.

Anti-terror watchdogs note that last year a federal indictment against the Holy Land Foundation for Relief and Development alleging that the group was a fundraising front for Hamas terrorism named CAIR as an un-indicted co-conspirator. The case against the foundation ended in October with a mistrial; a new trial is pending.

Around the same time, the Anti-Defamation League announced that it was "deeply troubled" by CAIR's failure to address its past affiliation with the strongly anti-Israel Islamic Association for Palestine and to "unequivocally condemn terrorists by name."

An online report by ADL on CAIR says the group endorsed and participated in several rallies supporting Hezbollah and hosted a forum with professors Steven Walt and John Mearsheimer, authors of a controversial study and book claiming that the pro-Israel lobby drives U.S. foreign policy.

Last week's Brooklyn press conference marked the first time staff of the ADL and Jewish Community Relations Council appeared alongside a CAIR representative.

"This was a We Are All Brooklyn event," said JCRC Executive Vice President Michael Miller, referring to a diversity coalition that includes his organization and several others, but not CAIR. "The JCRC does not work cooperatively with CAIR but in this instance the We Are All Brooklyn leadership wanted them to speak."

After 9/11, as Muslim community organizations began to complain of increasing bias incidents, racial profiling and cases of unwarranted surveillance and prosecution, such groups have increasingly worked to increase their ties with Jewish organizations and others that battle intolerance.

Those efforts have bloomed into relationships between JCRC and the Council of Peoples Organizations, a South Asian immigrant group, and between the Foundation for Ethnic Understanding and the Islamic Society of North America (ISNA) and the Muslim Public Affairs Committee (MPAC).

But CAIR remains a hot-button name. In 2002, when Mayor Michael Bloomberg appointed a lawyer, Omar Mohammedi, to the city's Human Rights Commission, Jewish activists campaigned unsuccessfully to have the appointment rescinded because of Mohammedi's ties to CAIR, for whom he is general counsel. Minnesota Rep. Keith Ellison, the only Muslim elected to Congress, also came under some criticism during his 2006 race for speaking at a CAIR event and for taking contributions from CAIR members, including founder Nihad Awad.

"There have been many attempts to encourage [CAIR] to speak out when suicide bombers target innocent men, women and children in Israel," said Miller. "They have not done so, and as such JCRC will not work with them."

In an e-mail message, CAIR's Faiza Ali said her group "works closely with interfaith partners, including members of the Jewish community across the country to help enhance the understanding of Islam and build coalitions of mutual understanding and tolerance by focusing issues of universal concern." She included statements by CAIR denouncing anti-Semitic acts and praise from a Pennsylvania rabbi.

As to the condemnation of terrorism in Israel, she said "Unfortunately, all parties in the Middle East conflict have committed violence against civilians. We unequivocally condemn all these actions."

The group's Web site contains a list of terror acts the group says it condemned, including the March, 2002 Passover seder bombing in Netanya, and similar attacks in Jerusalem, Haifa and Gaza, as well as the 2006 attack on a Seattle Jewish Center.

Following the 2004 beheading of an American Jewish civilian contractor in Iraq, which was videotaped and released to U.S. news agencies, CAIR started an online petition called "Not In The Name of Islam," which declared that "no injustice done to Muslims can ever justify the massacre of innocent people, and no act of terror will ever serve the cause of Islam."

However, the group has not posted the names of signatories, ostensibly because of technical problems and to avoid hateful messages, a spokesman told the Washington

Appendix 0048

Post. The group has also denounced the Holocaust denial conference convened in Tehran by Iranian President Mahmoud Ahmadinejad.

Efforts to forge ahead in Muslim-Jewish ties while rejecting CAIR are reminiscent of the organized Jewish community working to further black-Jewish relations while sidestepping the Rev. Al Sharpton, a prominent African-American leader, who is seen by most Jewish organizations as having been divisive in the past.

Rev. Sharpton has long rejected that label, making several efforts to reach out to the Jewish community while refusing to apologize for past statements and actions during the 1991 Crown Heights riots and the deadly protests at a Jewish-owned store in Harlem five years later.

Rabbi Marc Schneier, co-founder and president of the Foundation for Ethnic Understanding, said CAIR officials have expressed a desire to work with his group as it prepares for a major Muslim-Jewish initiative.

"We are producing public service announcements featuring rabbis and imams speaking out against anti-Semitism and Islamophobia," said the rabbi. "Many groups within the American Muslim community are reaching out to us." He noted that MPAC cosponsored a summit of 12 imams and 12 rabbis last November and that it was working on a national "twinning" day to pair synagogues and mosques across the country.

As for CAIR, the rabbi said, "I don't know enough about them. We are very careful in terms of due diligence."

But the tangled-web nature of Muslim-Jewish ties may be evident in the fact that one of Rabbi Schneier's partners carries baggage similar to that of CAIR. The Islamic Society of North America was also named in the federal action against the Holy Land Foundation, as a member of the U.S. Muslim Brotherhood, an alleged co-conspirator.

But Rabbi Schneier said ISNA "has been working very closely with the Union for Reform Judaism and just completed a landmark curriculum in Muslim-Jewish relations. When the secretary general of ISNA, Sayid Sayid, spoke at our summit in November he could not have been more gracious. They feel strongly it is time to move forward."

Police have charged 18-year-old Ali Hussein of Queens in the attack on Ohana, an assistant rabbi currently living in Wellesley, Mass. Two other suspects in the attack were being sought.

Hussein was struck by a car while fleeing Ohana who chased him after his kipa was grabbed, authorities said. Ohana says the youths chanted "Allahu Akhbar," or God is great, when they accosted him outside a subway station in Park Slope, Brooklyn. Hussein faces charges of aggravated harassment as a bias crime as well as larceny.

Of his giving chase to his attacker, Ohana told The Jewish Week "all I could think about was getting my yarmulke back." He said he intended to press for the strictest prosecution of the suspects.

The We Are All Brooklyn Coalition, together with JCRC, is to hold a community conference to prevent hate crimes Wednesday, April 9, at Brooklyn College.

Back to top

Site Map   •   Terms of Use   •   Jewish Week Wireless

© 2000 - 2008 The Jewish Week, Inc. All rights reserved. Please refer to the legal notice for other important information.

Appendix 0049

1 of 2 DOCUMENTS

Chicago Jewish Star

September 14, 2007 - September 27, 2007

# "Who Stands for Nothing"

**SECTION:** EDITORIAL; Pg. 4 Vol. 17 No. 403 ISSN: 1054-1365

**LENGTH:** 806 words

## ABSTRACT

Turning to her Jewish listeners, she challenged them to "raise your expectations" of Muslims. Pluralism was fine but not relativism, she said, because the relativist is one "who stands for nothing". The relativist is one who, in the name of tolerance, refuses to challenge fundamentalism and extremism (Jewish Star, June 22, 2007).

"I'm having difficulty getting the message to liberals" about the anti-individualist and anti-women nature of Islam, she said, "and that has to do with people who are opposed to the Bush administration but at the same time don't realize that Islam is a doctrine" (Jewish Star, July 27, 2007).

He spoke of "a huge and profound ignorance about Islam" among "all Americans". But - oddly enough for one who proclaimed "We know, nothing of Islam - nothing" - he called on Muslims in his audience to tell Americans that their religion is "far removed ... from the perverse distortions of the terrorists" (if we're so ignorant, one wonders, how would he know that they're "perverse distortions"?).

## FULL TEXT

Rabbi Yoffie refuses to challenge Muslims with tough questions

RABBI ERIC H. YOFFIE, THE PRESIDENT of the Union for Reform Judaism, spoke at the Islamic Society of North America's (ISNA) Aug. 31 meeting in Chicago. His speech brought to mind the insights of Irshad Manji and Ayaan Hirsi Ali, two well-known Muslim authors.

Indeed, without being aware of what Muslims like them have to say, it is difficult to understand the mentality of a Rabbi Yoffie.

Manji is a self-described "reform-minded Muslim." Speaking to a mainly Jewish audience in Northbrook recently, she rejected excuses for extremism from her fellow Muslims and called on them to revive an Islamic tradition of questioning.

Turning to her Jewish listeners, she challenged them to "raise your expectations" of Muslims. Pluralism was fine but not relativism, she said, because the relativist is one "who stands for nothing". The relativist is one who, in the name of tolerance, refuses to challenge fundamentalism and extremism (Jewish Star, June 22, 2007).

Ayaan Hirsi Ali, the defender of women's 'rights in Islamic societies, also warned against the Rabbi Yoffies of this world.

"I'm having difficulty getting the message to liberals" about the anti-individualist and anti-women nature of Islam, she said, "and that has to do with people who are opposed to the Bush administration but at the same time don't realize that Islam is a doctrine" (Jewish Star, July 27, 2007).

SPEAKING IN ROSEMONT, RABBI YOFFIE sometimes sounded like a spokesman for the ACLU ("The time has come to end racial profiling"), sometimes like a confirmed secularist (condemning Christian Europe), and at other times like one eager to even old scores (with Pat Robertson and Dennis Prager, among others).

Appendix 0050

He spoke of "a huge and profound ignorance about Islam" among "all Americans". But - oddly enough for one who proclaimed "We know, nothing of Islam - nothing" - he called on Muslims in his audience to tell Americans that their religion is "far removed ... from the perverse distortions of the terrorists" (if we're so ignorant, one wonders, how would he know that they're "perverse distortions"?).

Rabbi Yoffie's approach - unlike that of Irshad Manji - was to demand nothing of his Muslim audience. Instead, he focussed on the explaining which non-Muslims have to make to our "brothers and sisters".

In dialogue with Muslims, Jews need to "discuss and confront extremism in our [Jewish] midst," he said. "As a Jew I know that our sacred texts, including the Hebrew Bible, are filled with contradictory propositions, and these include passages that appear to promote violence and thus offend our ethical sensibilities."

Rabbi Yoffie's approach - unlike that of Hirsi Ali - is to pretend that the abuse of women is a Western phenomenon, and has nothing to do with Islam (and therefore need not be mentioned).

Thus, in dialogue with Muslims., Rabbi Yoffie says, we Americans must condemn those in Europe who forbid a woman from "wearing a headscarf to a public school ... what an abomination!"

RABBI YOFFIE HAS LONG AGO LOST credibility among American Jews. During the intifada in 2001, he cancelled his movement's trips to Israel. In 2002, he pleaded (unsuccessfully) to open a dialogue with Crown Prince Abdullah, the anti-Israel, anti-Semitic leader of Saudi Arabia On 9/11 in 2006, his colleague Rabbi David Saperstein delivered a similar exculpating speech to the Arab American Institute (Jewish Star, Sept 15, 2006).

Now he has spoken to the Wahhabiist ISNA, an unindicted co-conspirator in the Holy Land Foundation terrorism case underway. The U.S. has labelled ISNA a branch of the Muslim Brotherhood.

Too bad that this man continues to go about in the name of tolerance, refusing to challenge fundamentalism while standing for nothing which benefits Jews or Americans.

**LOAD-DATE:** October 22, 2007

**LANGUAGE:** ENGLISH

**ACC-NO:** 58616

**DOCUMENT-TYPE:** Editorial

**PUBLICATION-TYPE:** Newspaper

**JOURNAL-CODE:** CJSR

Copyright 2007 ProQuest Information and Learning
All Rights Reserved
Copyright 2007 Chicago Jewish Star

# Appendix A

## Exhibit F

Case 3:04-cr-00240   Document 1062-2   Filed 06/18/08   Page 53 of 121   PageID 14750

# Newsweek

# An Unwelcome Guest

**Rather than facing possible embarrassment over an invited guest with admittedly loose ties to a terrorism case, the Justice Department cancelled a Muslim-outreach event featuring the attorney general.**

**Michael Isikoff and Mark Hosenball**
NEWSWEEK WEB EXCLUSIVE
Updated: 12:58 PM ET Nov 29, 2007

The Justice Department this summer abruptly cancelled a high-profile "Muslim outreach" event featuring Attorney General Alberto Gonzales after discovering that one of the invited guests was an officer of an organization just named as an "unindicted co-conspirator" in a major terrorism case.

The scheduled event was slated to take place in the main department auditorium known as the Great Hall of Justice on June 27--with Gonzales billed as the keynote speaker. The program was titled "Securing America: Law Enforcement Partnerships with American Muslim, Arab, Middle Eastern and South Asian Communities," according to the official invitation, which went out to scores of groups and individuals last spring.

But after the invites went out, aides to Gonzales suddenly became alarmed that it could create a new embarrassment for the embattled attorney general. The reason: one of the featured speakers was a prominent Northern Virginia imam who serves as vice president of the Islamic Society of North America (ISNA), which had just been branded by federal prosecutors in court papers as a U.S. branch of the Muslim Brotherhood--the international movement, based in Egypt, dedicated to the creation of a worldwide Islamic caliphate. ISNA, which has not been charged with any crime, was among more than a hundred organizations and individuals who were listed in late May as "unindicted co-conspirators" in the prosecution of the Holy Land Foundation--the Texas-based group now on trial in Dallas for allegedly conspiring to funnel funds to the Palestinian terrorist group Hamas.

The discovery created tensions among officials of the department's civil-rights division (which organized the event) and the criminal division's counterterrorism section (which is overseeing the prosecution). It prompted Justice officials to hastily "postpone" the event, calling up and e-mailing the invited guests in early June and informing them that the attorney general had a "scheduling conflict."

"There was some concern in DOJ over this," said one of the senior officials. "The political math was that this could lead to stories about the attorney general sitting down with bad guys and that was going to become an embarrassment."

"It is not unusual for tentatively scheduled DOJ events to be postponed due to any number of reasons," said Brian Roehrkasse, the Justice Department's chief of public affairs, when asked about the cancellation. He pointed out that Gonzales was on a nationwide speaking tour that week and did not return until the evening of the day the event was scheduled. A Justice official (who asked not to be identified talking about upcoming scheduling issues) said the department was planning "a couple of similar events" for later in the year, but declined to say "who will or won't be invited."

Appendix 0053

Case 3:04-cr-00240   Document 1062-2   Filed 06/18/08   Page 54 of 121   PageID 14751

The snafus over the June 27 event was fraught with ironies and illustrates both the jitteriness at Justice over Gonzales's political standing as well as the pitfalls that sometimes plague the department's Muslim outreach programs. Most law-enforcement officials consider those programs, designed to foster better cooperation with the Muslim-American community, to be critical efforts to identify and prosecute terrorists inside the country.

The very same day as the postponed Justice event, for example, President Bush conducted a similar Muslim outreach event, giving a major speech at the rededication of the Islamic Center in Washington. In the address, the president announced the administration's plans to appoint a special envoy to the Organization of the Islamic Conference--the first time the U.S. government has ever done so. Among the invited guests at that event was Northern Virginia imam Mohamed Magid, the vice president of ISNA, and the very same official whose scheduled presence at the Justice event triggered concerns that it could cause problems for Gonzales. Also invited to the Islamic Center event--and cleared by the White House for attendance--was Ibrahim Hooper, communications director for the Council on American Islamic Relations (CAIR), another organization recently branded by prosecutors as a Muslim Brotherhood affiliate and named to the unindicted co-conspirator list in the Holy Land case.

In fact, Justice officials readily acknowledge they have no evidence that Magid is linked to terrorism or committed any crime--and one senior official pointed out that the Sudanese-born imam did not even become an officer of ISNA until last year, well after the events at issue in the Holy Land case. Although it has sometimes been derided by critics for promoting a conservative Wahabi brand of Islam, the Plainfield, Ind.-based ISNA describes itself as a nationwide group aimed at "supporting Muslim communities" and "fostering good relations with other religious communities."

In a brief telephone interview with NEWSWEEK Wednesday, Magid pointed a reporter to an e-mail statement saying that the ISNA was seeking an immediate retraction of the government's "unfounded allegations" in the Holy Land case. "ISNA is not now and has never been involved in any covert or illegal activity and has never supported any terrorist organizations," the statement read. "Rather, ISNA is an open and transparent membership organization that strives to be an exemplary and unifying Islamic organization … ISNA hereby reaffirms its unqualified condemnation of all acts of terrorism."

Hooper, the CAIR spokesman, also denounced the listing of his group as an "unindicted co-conspirator" of the Holy Land Foundation, calling it "completely unjustified." He added: "When you're named in this way, you have no legal recourse."

According to one senior law-enforcement official (who asked not to be named talking about an ongoing case), the listing of ISNA, CAIR and other groups as "unindicted co-conspirators" was largely a tactical move by the government. By listing the groups, the official said, it makes it easier for prosecutors to introduce documents, tapes and other evidence mentioning them and which relate to what the government charges is a wide-ranging conspiracy to raise money in the United States in support of Hamas. (Even though Hamas leaders last year won elections and now effectively run Gaza, the group remains a U.S.-designated terrorist organization.)

As outlined in recent court papers filed in the trial, prosecutors claim that the alleged conspiracy was run by a "significant" and "well-organized" Muslim Brotherhood infrastructure inside the United States that included a vast array of Muslim groups--such as CAIR and ISNA--that facilitated the Holy Land's activities even though the entities themselves did not directly commit any crimes. One apparent government goal in the trial (which is now under way) is to show the common Muslim Brotherhood roots of Holy Land and the other U.S. Muslim organizations--a potentially significant point to make to the jury, given the government's claim that Hamas itself is the "Palestinian branch of the Muslim Brotherhood." Holy Land lawyers are contesting all of the government's charges and claim that Holy Land and its officers were simply raising money for social-welfare programs to benefit Palestinians, not terrorism.

All this begs the question of whether the Brotherhood and its alleged affiliates are, or in any way should be, suspect. The Muslim Brotherhood's leadership in Egypt has officially renounced terrorism and violence, prompting some U.S. officials, especially in the State Department, to argue that the U.S. government should reconsider its longtime position of refusing to talk with members of the organization.

Appendix 0054

Case 3:04-cr-00240   Document 1062-2   Filed 06/18/08   Page 55 of 121   PageID 14752

But many law-enforcement and intelligence officials remain suspicious--and they are likely to find support for their view in the mother lode of documents now being introduced into evidence in the Holy Land case. One such document, a 1991 memorandum written by an apparent Muslim Brotherhood activist, is titled "Understanding the Role of the Muslim Brother in North America." It states: "The Ikhwan [Brothers] must understand that their work in America is a kind of grand jihad in eliminating and destroying the Western civilization from within and 'sabotaging' its miserable house by their hands and the hands of the believers so that it is eliminated and God's religion is made victorious over all other religions." In a recent blog post, terror researcher Douglas Farah (coauthor with Stephen Braun of the new book "Merchant of Death") called the document "the smoking gun ... on the Muslim Brotherhood's multifaceted plan to convert the United States to an Islamic nation."

Justice officials are not about to publicly endorse such a dark view of the Brotherhood--much less condemn all of the group's alleged affiliates in the United States. Indeed, they say their understanding of the web of relationships among U.S.-based groups linked to the Brotherhood is murky at best--and needs to be further investigated. That was one reason why they were concerned about the event with Gonzales at Justice even while others--including senior officials of the FBI--contend those investigations will never get anywhere without more effective "Muslim outreach."

*Terror Watch, written by Michael Isikoff and Mark Hosenball appears online weekly*

URL: http://www.newsweek.com/id/72876

© 2007

Appendix 0055

# Appendix A

Exhibit G

State Dept. Awards Grant to Group with Possible Ties to Terrorist Fundraisers - Stakelbe...    Page 1 of 3

Case 3:04-cr-00240    Document 1062-2    Filed 06/18/08    Page 57 of 121    PageID 14754

Prayer    Giving    Partners    About CBN    Contact / Help    Search [ ]  Go

Home    The 700 Club    CBNNews    Spiritual Life    Family    Health    Finance    Entertainment    TV Shows    WorldReach    ShopCBN

**GIVE TO CBN ▸▸**

CBN News Home
World
U.S.
Politics
Health & Science
CBN Newswatch
Christian World News
Mundo Cristiano
The 700 Club
CBN News Staff
Contact CBN News





**The Brody File**
Obama Advisor and Jesus
Video: Guilt by Association?

**Jerusalem Dateline**
The Latest Update on Ami
Ortiz

**Stakelbeck on Terror**
Taliban Taking Over Afghan
Villages?

**Boots on the Ground**
A Reader Question

**Hurd on the Web**
More Scientists Alarmed by
Solar Cycle 24

**China Connection**
If China Could Vote in the
Upcoming U.S. Elections

**Africa Matters**
Is Obama Good for Africa?

**Health-e-news**
Vitamin D Guidelines, Pills,
Liquids

**The WEBBlog**
Remembering My Great Uncle
on This Memorial Day

**Stakelbeck on Terror**

# State Dept. Awards Grant to Group with Possible Ties to Terrorist Fundraisers
May 1, 2008

Last year, the Islamic Society of North America--or ISNA--was named an unindicted co-conspirator in a federal terrorism case. Now the group is receiving a grant from the U.S. government.

The State Department grant will help fund ISNA's "Citizen Exchange Project." Sayyid M Syeed is National Director of ISNA's Office for Interfaith and Community Alliances. He tells CBN News that the program "seeks to build bridges and send multifaith parties--Christians, Jews and Muslims--to countries in the Middle East to explain pluralism in America and to fight stereotypes about America in the Middle East."

Syyeed says ISNA wants to bring respected Muslim scholars to the U.S.--they'll have American "host families" who they'll stay with during their visits. Syria, Saudi Arabia, Jordan, Egypt and Yemen are some of the countries involved in this cultural exchange, which is being co-sponsored by ISNA and the National Peace Foundation.

On its face, this sounds like a program that could have some merit. So what's the problem? Well, ISNA has been accused of having ties to terrorism. As I mentioned above, the group was named as an unindicted co-conspirator in the huge Holy Land Foundation/ Hamas terrorism funding case last year. This was the largest such case in U.S. history (watch my report on the HLF case here).

Federal prosecutors say the Holy Land Foundation--which advertised itself as an Islamic charitable organization--was actually a front for terrorist fundraising that funneled over $12 million to Hamas.

The HLF trial was declared a mistrial in October 2007. When we spoke yesterday, Syeed pointed out that ISNA was never formally indicted in the HLF case, and that the charges against the group were "thrown out." What he didn't mention is that the Department of Justice is actually planning to retry the case, as federal prosecutors still believe they have the goods on HLF. Regardless of the verdict, being named in a high-profile terrorism case is obviously a public relations nightmare for ISNA.

The chief reason the HLF trial was so damaging to ISNA--and why eyebrows have been raised about the State



**Erick Stakelbeck**
CBN News Terrorism Analyst

E-mail Erick

Subscribe [RSS]

ADD THIS BLOG TO MY
Technorati FAVORITES

**STAKELBECK ON TERROR**
**Main Page >>**

Appendix 0057

State Dept. Awards Grant to Group with Possible Ties to Terrorist Fundraisers - Stakelbe...    Page 2 of 3

Case 3:04-cr-00240    Document 1062-2    Filed 06/18/08    Page 58 of 121    PageID 14755

SUBSCRIPTIONS

CBN News Dispatch ✉
Daily e-mail updates

CBN News Feeds RSS

CBN News Podcasts 🎤

Department grant awarded to the group—is a key piece of evidence introduced by federal prosecutors in the case. It's a 1991 memorandum outlining the radical Muslim Brotherhood movement's blueprint for America (see a copy of the memorandum here. The English translation starts on page 15). Founded in Egypt in 1929, the Brotherhood created Hamas and served as an inspiration for Al-Qaeda. It's slogan: "Allah is our objective. The Prophet is our leader. Quran is our law. Jihad is our way. Dying in the way of Allah is our highest hope."

In that 1991 memo—authored by a Brotherhood member-- ISNA was identified as one of 29 American-Muslim groups that the Brotherhood should work with to help establish Islamic sharia law in the United States. Or as the memorandum puts it:

"The Ikhwan (Muslism Brothers) must understand that their work in America is a kind of grand Jihad in eliminating and destroying the Western civilization from within and 'sabotaging' its miserable house by their hands and the hands of the believers so that it is eliminated as God's religion is made victorious over all other religions..."

During our conversation, Syeed told me that ISNA is a moderate group whose "website, conferences, convention and speeches speak for themselves." The Bush administration seems to agree. In addition to the State Department grant, ISNA received  $50,000 in grants in 2003 and 2004 from the Department of Health and Human Services under the administration's faith-based initiative. The F.B.I. and Department of Justice have also reached out to ISNA. It's also one of the groups the U.S. Bureau of Prisons relies on to hire Muslim clerics for the federal prison system. And ISNA board member Muzammil Siddiqui personally presented President Bush with a Koran following the 9/11 attacks (see photo here).

State Department spokeswoman Nicole Thompson tells CBN News that she wasn't exactly familiar with the HLF case in which ISNA was named an unindicted co-conspirator. "The State Department sponsors a number of multifaith programs," she said. "If a group is found to be in violation of U.S. Law, then we wouldn't work with them."

What do you think?

Appendix 0058

State Dept. Awards Grant to Group with Possible Ties to Terrorist Fundraisers - Stakelbe...    Page 3 of 3

Case 3:04-cr-00240   Document 1062-2   Filed 06/18/08   Page 59 of 121   PageID 14756

**<< LATEST ENTRIES >>**

**Taliban Taking Over Afghan Villages?**
June 16, 2008

**State Dept. Will Not Close Controversial Virginia Islamic School**
June 13, 2008

**Virginia Islamic School Teaches It's OK to Kill Converts From Islam?**
June 12, 2008

**"Honour" Violence Comes to Sweden**
June 10, 2008

**9/11 Mastermind Says He Wants Death**
June 5, 2008

**STAKELBECK ON TERROR Main Page >>**

**CBN IS HERE FOR YOU!**
**Are you seeking answers in life? Are you hurting?**
**Are you facing a difficult situation?**

Find your way to peace with God
Send us your prayer request online
Call The 700 Club Prayer Counseling Center at **1 (800) 759-0700**, 24 hours a day.

A caring friend will be there to pray with you in your time of need.

The Christian Broadcasting Network, Inc. © 2008

*This item is available on the Militant Islam Monitor website, at*
*http://www.militantislammonitor.org/article/id/3442*

# State Department Funding ISNA's Propagation of Islam via citizen exchange program

April 25, 2008

**State Department Funding ISNA's Propagation Of Islam**

By Beila Rabinowitz and William Mayer

April 25, 2008 - San Francisco, CA - PipeLineNews.org - A grant made by the U.S. Dept. of State to the Islamic Society of North America [ISNA, an arm of the Muslim Brotherhood and named as an unindicted co-conspirator in the ongoing Holy Land Foundation terror funding prosecution, whose mission statement is "Allah is our objective. The Prophet is our leader. Qur'an is our law. Jihad is our way. Dying in the way of Allah is our highest hope"] and the left wing National Peace Foundation is being used to fund Islamic da'wa via a spurious "citizen exchange" program.

As the ISNA press release states:

> *"...This program brings young professionals from the Middle East, specifically from Egypt, Jordan, Syria, Saudi Arabia, Yemen, Qatar and the United Arab Emirates, to the United States...The goal of this project is to explore Islam, the functions of Islamic institutions in the United States, and the activities of interfaith work."*

As we have noted in previous pieces, for example Bush Administration Moves To Legitimize The Muslim Brotherhood?, there has been a move afoot, primarily originating within the State Dept., to recognize the Muslim Brotherhood as a moderate organization, an idea so spectacularly stupid it could only originate in Foggy Bottom.

It follows then that if the reputation of the Muslim Brotherhood, which created Hamas and is a constant specter in terror prosecutions, is on the verge of being whitewashed, then making nice with ISNA seems equally reasonable.

The ISNA press release stated that one of these State Dept. funded delegations met with Dr. Ali Goma, the Mufti of Egypt:

> *"...I think there were two events of the many, many that transformed us (the delegation as a whole). One was the meeting with the personal representative of the Dr. Ali Gomaa, the Mufti of Egypt..."*

Regarding suicide bombings, the supposedly moderate Ali Goma was quoted in a 2003 interview in Egypt's "Al-haqiqa" newspaper as defending this terror practice on religious grounds:

> *"...he is a Shahid [martyr], because Palestine is a special case and not the ordinary case existing in the world...This is because in Palestine there is an enemy that rules*

Appendix 0060

*the land. This rule is considered a crime by international conventions and resolutions. The world has let the Jews spread corruption throughout the land and they have succeeded in obtaining international legitimacy to territories that were conquered after 1967, Israel is a special case that does not exist [anywhere else] on the face of the earth. We are facing a criminal occupation that is the source of terror...The one who carries out Fedaii [martyrdom] operations against the Zionists and blows himself up is, without a doubt, a Shahid [martyr] because he is defending his homeland against the occupying enemy who is supported by superpowers such as the U.S. and Britain."*

Mindful that their warriors are being defeated on the ground in places like Iraq and Afghanistan, the Islamists continue to transition from violent to a stealth jihad mode, confident that they will triumph by following the Muslim Brotherhood's plan to use the West's freedoms to subvert it from within. Mindful of this sea-change in strategy, the Bush administration must become more aware of the cross purposes at which its State Department is operating and take the necessary action to immediately halt any further "citizen exchanges" organized by terror friendly groups such as the Islamic Society of North America.

Until this and similar matters are remedied, Ms. Rice's Dept. of State will continue be dysfunctional, a house divided against itself. http://www.pipelinenews.org/index.cfm?page=statedept4.25.08%2Ehtm

-----------------------------------------

MIM: ISNA webpages about the Citizen Exchange Project:

Citizen Exchange Project

Through a US State Department grant the Islamic Society of North America and the National Peace Foundation have co-sponsored a citizen exchange project between the United States and the Middle East. This program brings young professionals from the Middle East, specifically from Egypt, Jordan, Syria, Saudi Arabia, Yemen, Qatar and the United Arab Emirates, to the United States. The goal of this project is to explore Islam, the functions of Islamic institutions in the United States, and the activities of interfaith work. In return American professionals from the three Abrahamic faiths; Christianity, Judaism and Islam, will visit these countries in the Middle East to explore Islam and interfaith work as it is done in the respective countries. This program will run through 2009, with several upcoming exchanges in progress. For more information please call the interfaith office or e-mail amouttaki@isna.net

To view photos from the latest tour to Egypt click here.

To read an interview with Sahar Taman, Project Leader click here

Applications are currently being accepted for those participants from Jordan and Saudi Arabia who are interested in the citizen exchange to take place in July of 2008. The announcement for this exchange is below. Please be sure to share this information with any interested parties you may know in these countries.

Appendix 0061

Related Documents

- <u>United States Tour for Candidates from Middle East - English</u>
- <u>United States Tour for Candidates from Middle East - Arabic</u>

<u>http://www.isna.net/Interfaith/pages/Citizen-Exchange.aspx</u>

------------------

<u>http://www.isna.net/Interfaith/pages/IOICA-Staff.aspx</u>

About the IOICA

Through community outreach and interfaith programs, the ISNA Office for Interfaith and Community Alliances (IOICA) strengthens ties between ISNA and local grassroots organizations. The office also functions as an outreach resource for those engaged in politics and government. Such contacts allow ISNA to promote a positive image of Islam and Muslims to the nation's political leaders.

To strengthen local communities IOICA, in conjunction with ILDC and the Youth Department, organizes ISNA Days at mosques and community centers across the country. ISNA Day also includes keynote speeches, entertainment sessions, and fundraisers, all of which help connect ISNA to local Muslims. The fundraising programs, in particular, help finance ISNA's many programs.

To better serve all Americans, our office in Washington DC often engages in joint programs with other mainstream religious organizations such as the National Council of Churches, the United States Conference of Catholic Bishops, the National Jewish Center for Learning and Leadership, and the Religious Action Center for Reform Judaism. These inter-religious projects help break down barriers of mistrust and misunderstanding, and help form genuine partnerships of faith and ethics.

Shipping Address:
ISNA Office for Interfaith and Community Alliances(IOICA)
110 Maryland Avenue Ne, Suite # 304
Washington, DC 20002
<u>Map It</u> | <u>Get Directions</u>

| Name | Title / Department | Direct Line/Fax |
|---|---|---|
| | | (202)544-5656 |
| IOICA Office | | |
| | | (202)544-6636(fax) |
| <u>Sayyid M Syeed</u> | National Director, ISNA Office of Interfaith & Community Alliances | (202)544-6565 |
| | | (202)544-6636(fax) |
| <u>Mohamed El-sanousi</u> | Director, Community Outreach & Communications | (202)544-6767 |
| | | (202)544-6636(fax) |

Appendix 0062

| | | (202)544-5656 |
| Amanda Mouttaki | IOICA Administrative Assistant | |
| | | (202)544-6636(fax) |
| | IOICA, Muslim Christian | (202)544-8989 |
| Patricia Anton | Initiative on the Nuclear | |
| | weapons Danger | (202)544-6636(fax) |

*This item is available on the Militant Islam Monitor website, at*
*http://www.militantislammonitor.org/article/id/3442*

Appendix 0063

# Appendix A

## Exhibit H

1 of 1 DOCUMENT

The Washington Times

September 28, 2007 Friday

# FBI reaching out to jihadist-linked group

**BYLINE:** By Bill Gertz, THE WASHINGTON TIMES

**SECTION:** NATION; A03

**LENGTH:** 575 words

The FBI is cooperating with a U.S. Muslim group recently linked to global extremists and is asking the group to provide "cultural training" for its special agents, according to a Senate Judiciary Committee report.

The FBI's "Muslim outreach" community program included talks with the vice president of the Islamic Society of North America (ISNA) about cooperating with the FBI, according to a report recently made public that contains written answers to questions posed by committee members.

The FBI as of June was seeking ISNA's help to "schedule tours and cultural training for FBI [special agents] at the All Dulles Area Muslim Society Center, and to coordinate the introduction of the community executive seminar training program to the local organizations by the national leaders," the FBI stated in the report.

ISNA was recently identified as part of the Muslim Brotherhood organization in a document submitted into evidence at the federal terrorism trial of the Holy Land Foundation, a group facing charges of illegally funding the Hamas terrorist group.

Disclosure of the FBI link to ISNA comes amid congressional opposition to the Justice Department's participation in an ISNA conference held over Labor Day weekend. Two members of Congress urged the department in a letter not to attend the conference to avoid lending credibility to a group linked to extremists. The department ignored the request.

Reps. Peter Hoekstra, Michigan Republican, and Sue Myrick, North Carolina Republican, stated in a letter to the Justice Department that ISNA should not be legitimized by Justice's participation in the conference, because of ISNA's "extremist origins."

An FBI spokesman had no comment.

According to the 1991 Muslim Brotherhood document, ISNA is among 29 organizations in the Muslim Brotherhood, an international Sunni extremist group that supports global Islamist "jihad" but publicly says it opposes the use of violence.

The memo stated that the goal of the Muslim Brotherhood in organizing in North America is that its work is "a kind of grand jihad in eliminating and destroying the Western civilization from within, and 'sabotaging' its miserable house by their hands and the hands of believers so that it is eliminated and God's religion is made victorious over all other religions."

Suzanne Smith, an ISNA official, said the group opposes terrorism. She said she is not aware of the Holy Land Foundation trial document on the Muslim Brotherhood.

"We have spoken against any kind of terrorism, including Hamas," she said.

Steven Emerson, a domestic counterterrorism specialist, said the FBI held previous talks with ISNA Vice President Mohammad Magid, imam of the All Dulles Area Muslim Society, a Virginia mosque that has been linked to Islamist literature by the group Freedom House.

"The FBI leadership has been repeatedly warned about getting in bed with the Muslim Brotherhood, not only by outsiders but insiders as well," Mr. Emerson said. "But they persist in legitimizing branches of the Muslim Brotherhood."

Appendix 0065

Stephen Coughlin, a counterterrorism analyst on the Pentagon's Joint Staff, recently stated in a memorandum that the 1991 document identifies ISNA as an element of the Muslim Brotherhood.

U.S. government outreach efforts to such groups can undermine domestic counterterrorism efforts and "lead to potential for embarrassment for the [U.S. government] and legitimize threat organizations by providing them domestic sanctuary," he stated.

**LOAD-DATE:** September 28, 2007

**LANGUAGE:** ENGLISH

**PUBLICATION-TYPE:** Newspaper

Copyright 2007 The Washington Times LLC
All Rights Reserved

Appendix 0066

# Appendix A

Exhibit I

**The New York Times**
nytimes.com

PRINTER-FRIENDLY FORMAT
SPONSORED BY


September 4, 2007

# Abandon Stereotypes, Muslims in America Say

By NEIL MacFARQUHAR

ROSEMONT, Ill., Sept 3 — It is time for the United States to stop treating every American Muslim as somehow suspect, leaders of the faith said at their largest annual convention, which ended here on Monday.

Six years after the Sept. 11 attacks, Americans should distinguish between mainstream Muslims and the radical fringe, the leaders said.

"Muslim Americans feel an increasing level of tension and scrutiny in contemporary society," said Ingrid Mattson, president of the Islamic Society of North America, the largest Muslim organization in the United States and the convention organizer.

The image problems were among the topics most discussed by many of the 30,000 attendees. A fresh example cited was an open letter from two Republican House members, Peter Hoekstra of Michigan and Sue Myrick of North Carolina, that attacked the Justice Department for sending envoys to the convention because, the lawmakers said, the Islamic Society of North America was a group of "radical jihadists."

The lone Muslim in Congress, Representative Keith Ellison, Democrat of Minnesota, the keynote speaker here, dismissed the letter as ill informed and typical of bigoted attacks that other minorities have suffered.

Leaders of American Muslim organizations attribute the growing intolerance to three main factors: global terrorist attacks in the name of Islam, disappointing reports from the Iraq war and the agenda of some supporters of Israel who try taint Islam to undermine the Palestinians.

American Muslims say they expect the attacks to worsen in the presidential election and candidates to criticize Islam in an effort to prove that they are tough on terrorism.

Zaid Shakir, an African-American imam with rock star status among young Muslims, described how on a recent road trip from Michigan to Washington he heard comments on talk radio from people who were "making stuff up about Islam."

Among the most egregious, he said, was from a person in Kentucky who denounced the traditional short wood stick some Muslims use to clean their teeth, saying, "They are really sharpening up their teeth because they are planning to eat you, yes they are."

Representatives of at least eight federal departments and agencies attended the convention, their booths sandwiched among hundreds of others from bookstores, travel agencies, perfumeries, clothing designers and real estate developers.

Appendix 0068

Mark S. Ward, who runs programs in Asia and the Middle East for the Agency for International Development, said Washington had to compete for influence abroad with militant groups that are expert at delivering humanitarian services.

Mr. Ward said he hoped more American Muslim organizations would apply to help distribute overseas aid.

A few people approached the Federal Bureau of Investigation booth to voice dismay at its presence, said a recruiter, David Valle, but most expressed pleasant surprise.

"A lot of folks think we want to hire them to spy on their community, spy on their families," he said. "We want to dispel any myths they might have about the F.B.I."

The Justice Department responded to Mr. Hoekstra and Ms. Myrick's letter by noting that broad community contact in areas like voting rights was an important part of its mission.

That theme was echoed by Daniel W. Sutherland, chief officer for civil rights and liberties at the Homeland Security Department. Mr. Sutherland told a luncheon audience that the government needed to dispel prejudice and misconceptions to steer the public discussion about fighting terrorism to "a higher level."

Sometimes frustration with the government boiled over. At a seminar on charitable giving, Ihsan Haque of Akron, Ohio, asked a Treasury Department representative, Michael Rosen, how to avoid being prosecuted for donating to Muslim charities. When Mr. Rosen said the government did not have the resources to check the million or so charities in the United States, Mr. Haque shouted, "And I do?"

Muslim leaders described the government relationship toward Muslim organizations as contradictory. The government seeks to foster greater civic engagement, because a lack of engagement is widely considered a big cause of Muslim extremism in Europe. A Department of Homeland Security official moderated a panel on aiding engagement.

Muslim groups are often treated as suspect, speakers said. In a trial that started in July in Dallas, federal prosecutors named the Islamic Society of North America as part of an effort to raise money for groups the government considers terrorists, but did not charge it with wrongdoing.

The Justice Department has to decide on its law enforcement side what it considers a target, said Khurrum Wahid, a prominent Muslim defense lawyer.

"Are they going to continue to say that the higher degree of religiosity you have the higher likelihood that you are a threat, because that's the message they've sent," Mr. Wahid said.

Rabbi Eric H. Yoffie, president of the Union for Reform Judaism, denounced by name Christian fundamentalists like Pat Robertson and Franklin Graham, as well as Dennis Prager, a well-known radio host who is Jewish.

"The time has come to stand up to the opportunists, the media figures, the religious leaders and politicians who demonize Muslims and bash Islam, exploiting the fears of their fellow citizens for their own purposes," Rabbi Yoffie told the opening session.

Appendix 0069

Case 3:04-cr-00240   Document 1062-2   Filed 06/18/08   Page 70 of 121   PageID 14767

The Koran tells Muslims to abstain from drinking alcohol and to lower their gaze in modesty when meeting a member of the opposite sex, but some college-age Muslim men and women at the convention stayed up late into the night drinking, talking and getting to know one another.

"If you keep your gaze lowered all the time, you might just walk into a wall," said Hazem Talha, a high school senior from Atlanta who said he was here for the religious lectures.

Copyright 2007 The New York Times Company

Privacy Policy  |  Search  |  Corrections  |  RSS  |  First Look  |  Help  |  Contact Us  |  Work for Us  |  Site Map

1 of 1 DOCUMENT

The Washington Times

August 31, 2007 Friday

# Republicans slam Islamic Society convention

**BYLINE:** By Audrey Hudson, THE WASHINGTON TIMES

**SECTION:** NATION; A03

**LENGTH:** 608 words

Republican lawmakers are urging the Justice Department not to participate in a convention held by the Islamic Society of North America - a group named as an unindicted co-conspirator in an ongoing terrorism-financing case.

In a letter to Attorney General Alberto R. Gonzales, Reps. Peter Hoekstra of Michigan, ranking member of the House Permanent Select Committee on Intelligence, and Sue Myrick of North Carolina called the Justice Department's involvement a "grave mistake."

"In light of the threat that our nation ... is currently facing from radical jihadists, and because of the president's commitment to fighting the war on terror on all fronts, we believe it is a grave mistake to provide

legitimacy to an organization with extremist origins, leadership and a radical agenda," the lawmakers said

Rep. Peter T. King, New York Republican and ranking member of the House Homeland Security Committee, said he agrees that Justice officials should not attend the conference.

"It is absolute insanity for the federal government, especially the Department of Justice, to be giving any credibility at all to a group like the ISNA, which has such strong links to Islamic extremism," Mr. King said.

Justice Department spokesman Erik Ablin said in an e-mail that the department has "received the letter, and we will respond to Reps. Hoekstra and Myrick." He went on to note that the Civil Rights Division and other government agencies - including military recruiters - frequently attend the convention "as part of its outreach and education efforts."

Rank-and file lawyers within the Justice Department object to participating at the ISNA convention, fearing it will undermine the case against the Holy Land Foundation for Relief and Development.

According to an e-mail from Susana Lorenzo-Giguere, acting deputy chief of the Voting Rights Division, the plan to "co-sponsor an exhibit booth" will involve sending government lawyers to man it for the Labor Day weekend event in Illinois.

"This is an important outreach opportunity, and a chance to reach a community that is at once very much discriminated against, and very wary of the national government and its willingness to protect them," Mrs. Lorenzo-Giguere said in an e-mail obtained by The Washington Times.

Citing The Times, which broke the story on Monday, the lawmakers' letter said: "Establishing a partnership with ISNA is exactly the wrong approach at this critical juncture in history, setting a precedent that radical jihadists should be the conduit between the U.S. government and the American Muslim population, and we urge you to reconsider your decision to establish an official relationship with ISNA."

An ISNA spokesman is attending the conference and was not available yesterday for comment. Previously, he said the group welcomes any government agency that can provide information beneficial to the Muslim community.

According to the ISNA Web site, there are three levels of convention sponsorships that allow organizations to operate a

Appendix 0071

booth in the convention hall: diamond, ruby and pearl. The Justice Department has declined to reveal how much money will be spent to obtain a booth.

Sen. Tom Coburn, Oklahoma Republican and a member of the Senate Homeland Security Committee, said his staff is investigating government spending on conference-related activities.

"There are few internal fiscal or policy checks on conference spending to ensure tax dollars are not being wasted or being spent to promote agendas that run contrary to our national interests, such as the Justice Department sponsored event by an unindicted co-conspirator in an ongoing federal terrorist case," Mr. Coburn said.

**LOAD-DATE:** August 31, 2007

**LANGUAGE:** ENGLISH

**PUBLICATION-TYPE:** Newspaper

Copyright 2007 The Washington Times LLC
All Rights Reserved

2 of 8 DOCUMENTS

Fox News Network

August 29, 2007 Wednesday

**SHOW:** FOX HANNITY & COLMES 9:43 PM EST

# Justice Department Linked to Questionable Group

**BYLINE:** Sean Hannity, Alan Colmes

**GUESTS:** Steve Emerson

**SECTION:** NEWS; Domestic

**LENGTH:** 1176 words

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: (UNINTELLIGIBLE)

UNIDENTIFIED MALE: (UNINTELLIGIBLE)

UNIDENTIFIED MALE: (UNINTELLIGIBLE)

(END VIDEO CLIP)

HANNITY: That was video of a U.S. based Hamas rally from 1989. It was introduced at the Holy Land Foundation trial that is being held in Dallas. And now an unindicted co-conspirator in that case, the Islamic Society of North America, has actually teamed up with the Justice Department.

Now, the odd pairing has raised concerns among members of the Justice Department, who are worried about cosponsoring a convention with a group that may have ties to terrorism. Lawyers are outraged, and they fear it will undermine the ongoing federal case in Dallas.

Joining us now is the founder of the first counter-terrorism web site, InvestigativeProject.org, terrorism analyst Steve Emerson is back with us.

Steve, I really -- I know the government is inefficient. I know they spend our retirement money. I know they don't manage things very well, Medicare, Social Security.

But tell me that our Justice Department is not going to co-sponsor a convention with this group that is an unindicted co-conspirator in this terror case. Tell me this is false, the Washington Times got it wrong, Audrey Hudson got it wrong. Tell me it's wrong.

STEVE EMERSON, INVESTIGATIVEPROJECT.ORG: I wish I could tell you they got it wrong. But unfortunately, they got it right.

The Justice Department enlisted itself as a co-sponsor of the upcoming Islamic Society North America conference that is held -- that's going to be held this weekend.

It is an arm of the Muslim Brotherhood, as detailed and revealed by the Justice Department's own papers, and was listed as an unindicted co- conspirator. And its links to Hamas in the past have been absolutely unimpeachable.

Appendix 0073

The question is, why would justice do this? And my only response is two things. One is that there is tremendous naivete when a group says they're against terrorism. Somehow we just automatically believe them.

And two, they're people that have an ulterior agenda.

HANNITY: But now that we know and now that it has been exposed, and now that we know that, hey, if I was this unindicted co-conspirator group, and I was in this case in Texas, the first thing I would say is, "Even the U.S. government partners with us and sanctions us through this activity here."

Why don't they now admit they made a mistake and say, "Oops, sorry," and fix it?

EMERSON: Well, they've got 48 hours to do so. Letters were sent today by Congressman Pete Hoekstra and Sue Mirek (ph) to Attorney General Gonzales, deeply protesting this association and asking them to revoke its sponsorship of this event this weekend.

And I think -- I think you're 100 percent right, Sean. They will use it as a defense to underline the government's case.

HANNITY: But now they're one of 300 unindicted co-conspirators in this case. The group CAIR, which we have discussed at length on this program, is also one of them here.

You know, but the case of the Holy Land Foundation, we're talking about top officers accused of raising money for the terrorist group Hamas here. These are not insignificant ties or charges or allegations.

EMERSON: Not at all. The documents show that the Islamic Society of North America worked intimately with the Islamic Association for Palestine, which actually sponsored those rallies that you just showed in the beginning of the show, of kids calling for a jihad and martyrdom throughout the United States.

COLMES: By the way, Steve, the Islamic Society of North America has put out statement after statement after almost every incidence of terrorism over the last few years, unqualifyingly condemning those acts of terrorism.

Doesn't unindicted co-conspirator mean that the government just doesn't have enough evidence against a particular group to do anything about it? That's what unindicted co-conspirator means. They can't indict.

EMERSON: Doesn't say can't indict. It said they didn't.

COLMES: They don't have the evidence.

EMERSON: No, it didn't -- no, the government -- sometimes, the government lists people and in the future, they do indict.

COLMES: They're unindicted because they don't have the evidence to indict.

EMERSON: You don't know that, Alan, and I don't know that.

COLMES: Well, they're be indicted if they did. If they had the evidence, they'd indict them, right?

EMERSON: There are sequences, Alan. And you don't know that there couldn't be a sequence here. All I'm suggesting here is that the material and evidence the government has submitted into court overwhelmingly shows that ISNA claims that it's against violence and terrorism are lies. It's deception.

COLMES: Well, they've said that over and over again. Unindicted means they don't have enough evidence to indict. The head of ISNA, by the way...

EMERSON: That's not the -- listen, unindicted co-conspirator is not a clearance for being someone being...

COLMES: Because they have nothing to indict. If they had the evidence to indict, they'd indict. The head of ISNA accuses you, and this is his words, or her words, I should say, being hell-bent on marginalizing Muslim Americans and distorting their image to instill fear in the American public.

Appendix 0074

EMERSON: She's confusing ISNA with the American Islam community. She wants to assume, and she wants you to believe, and the Justice Department believe, that ISNA is the only representative organization of Muslims.

COLMES: That's not what they're saying.

EMERSON: She is saying -- she's saying that my attack on the organization is an attack on Islam. It's not. It's an attack on ISNA.

COLMES: You're attacking 300 organizations. You're attacking them. You're attacking CAIR. You're attacking Holy Land. You're attacking these 300 unindicted co-conspirators.

EMERSON: I am absolutely. All those groups that have ties to terrorism, attacking in the same way that David Duke is a racist. I would attack him. He hasn't been indicted. So don't tell me that unindicted co- conspirator is a sign of...

COLMES: If they had enough evidence, they would shut these charities down, and they haven't done so, correct?

EMERSON: The government is starting to shut them down and has shut down the Holy Land Foundation.

COLMES: They haven't shut down ISNA. They haven't shut down the 300 that you have referenced.

EMERSON: Most -- many of them don't exist any longer, Alan. If you had read the list and you would actually follow the evidence, you would see that.

COLMES: They're unindicted co-conspirators.

EMERSON: Alan, you're fixated on that as a sign of acquittal.

COLMES: I'm putting out the facts. They're unindicted co- conspirators, Steve.

EMERSON: They're guilty of -- they are guilty of sponsoring or being associated with terrorist groups.

HANNITY: We are...

EMERSON: That's why they're unindicted co-conspirators.

HANNITY: All right. Steve, always good to see you.

Thank you for being with us. Appreciate your time.

And coming up next, Hollywood heavyweight Angelina Jolie is fresh off a trip to Iraq. But what was the queen of causes up to? We'll have that story and much more, straight ahead, as we continue.

**LOAD-DATE:** August 30, 2007

**LANGUAGE:** ENGLISH

**TRANSCRIPT:** 082903cb.253

**DOCUMENT-TYPE:** Show

**PUBLICATION-TYPE:** Transcript

Copyright 2007 Fox News Network, LLC.

Appendix 0075

6 of 62 DOCUMENTS

The Washington Times

August 28, 2007 Tuesday

# Connecting the dots

**BYLINE:** By Frank J. Gaffney Jr., THE WASHINGTON TIMES

**SECTION:** COMMENTARY; A16

**LENGTH:** 950 words

What do the following recent news items have in common?

* Sen. John Warner returns from a weeklong excursion to Iraq in the company of inveterate defeatist and Armed Services Committee Chairman Carl Levin to announce the United States must begin withdrawing 5,000 troops from Iraq by Christmas. The Virginia Republican says he wants to use this symbolic step - which he might or might not try to impose legislatively in coming weeks - to pressure the Iraqi government to make more progress on various fronts.

* Director of National Intelligence Michael McConnell revealed to the El Paso Times that the United States had caught Iraqi terrorists trying to get into the country across its still-unfenced southern border. According to a report subsequently published in WorldNetDaily, Adm. McConnell's office revealed that, "During fiscal 2006, there were 14 Iraqi nationals caught trying to enter the U.S. illegally, while so far in 2007, that number is 16." The online publication quoted the DNI as saying, "The goal is for terrorists to gain admittance to the United States, and then produce 'mass casualties.' "

* Outgoing Attorney General Alberto Gonzales' Justice Department is paying the Islamic Society of North America for the privilege of having government lawyers man a booth at ISNA's upcoming annual convention in Chicago. The Washington Times' indefatigable Audrey Hudson broke the story, noting that federal employees at Justice are concerned this "outreach" to the Muslim-American community will jeopardize an important terrorism trial now under way in Dallas. After all, ISNA is one of a large number of Islamist front organizations identified as an unindicted co-conspirator by federal prosecutors in the Holy Land Foundation terror-financing case.

These three developments actually have several things in common:

(1) They each shed light on the magnitude of the threats we face in what truly is a War for the Free World. Mr. Warner's trial balloon is a reminder of the greatest danger we face in waging that war - the prospect of being defeated politically on the home front. Adm. McConnell's revelations make it clear that our enemies overseas are not waiting for such a defeat, and the humiliating withdrawal from Iraq it will precipitate, to try to attack us here at home. And the hash-up by the Justice Department calls attention to the fact that, even if no more foreign-based terrorists get into our country, we already have in our midst organizations that are sympathetic with, if not actually serving the interests of, our Islamofascist foes.

(2) Each of these news items tends, if anything, to understate the problem. Mr. Warner's is not only the latest of congressional demands to begin the surrender of Iraq to those who wish us ill there. It is also perhaps the most modest. The more irresponsible seek the immediate removal of all U.S. forces - a logistical impossibility and strategic disaster. Others envision changing the mission at once, quickly removing some of our troops and putting the rest on remote bases, effectively ceding much of Iraq to the terrorists and their enablers.

For his part, Adm. McConnell's admission raises the obvious question: If we caught more than a dozen Iraqi terrorists slipping into the U.S. during each of the last two years, how many were not intercepted? Typically, the ratio is something like for every one nabbed, 10 get through.

Indeed, WorldNetDaily reports that "the U.S. Customs and Border Protection intercepted 60 Iraqis crossing the nation's southwestern border in 2006 who were seeking asylum in the U.S., while that number so far in 2007 is 178." What is interesting is that the El Paso Times was told by a U.S. intelligence analyst, "There's been evidence that human smugglers, or

coyotes, are telling Iraqis to ask for amnesty if they are caught." How many desiring to do us harm are among those seeking amnesty (caught and uncaught) - and whose wish might be realized if extraordinarily ill-advised legislation like H.R. 2265 recently introduced in Congress is adopted? (For a troubling analysis of this bill, see http://www.vigilantfreedom.org/910blog/2007/08/06/faq-on-hr-2265/).

The problem with the Islamic Society of North America is but the tip of the iceberg. There are dozens of such groups in this country. Most were established by, funded from or otherwise lashed up with Saudi Arabia. They typically are vehicles for promoting the intolerant Wahhabi strain of Islam, inculcating a sense of separateness and grievance among American Muslims and advancing the insidious, even seditious, agenda of the Muslim Brotherhood.

The three headlines also, regrettably, indicate a certain cluelessness in the U.S. government. Congressional figures, intelligence officials and bureaucrats in various governmental departments are neither fulfilling their sworn obligations to defend the Constitution of the United States nor serving the American people well by their failures to recognize - let alone deal effectively with - the great and growing dangers we face, abroad and at home.

It is past time for an honest rendering of the facts suggested by "connecting these dots": America will not be made more secure by surrendering in Iraq. Our porous borders pose an open invitation to terrorists. Our continuing failure to secure them will, in due course, make possible not just "mass casualties" but possibly national calamity. And Islamist organizations may declare themselves the self-appointed leaders of the Muslim-American community, but no good can come from our government associating with or otherwise legitimating them.

Frank J. Gaffney Jr. is president of the Center for Security Policy and a columnist for The Washington Times.

**LOAD-DATE:** August 28, 2007

**LANGUAGE:** ENGLISH

**PUBLICATION-TYPE:** Newspaper

Copyright 2007 The Washington Times LLC
All Rights Reserved

Appendix 0077

2 of 2 DOCUMENTS

The Washington Times

August 27, 2007 Monday

# U.S. sponsors Islamic convention;
# Group linked to terrorist case

**BYLINE:** By Audrey Hudson, THE WASHINGTON TIMES

**SECTION:** PAGE ONE; A 01

**LENGTH:** 679 words

The Justice Department is co-sponsoring a convention held by the Islamic Society of North America (ISNA) - an unindicted co-conspirator in an ongoing federal terrorist funding case - a move that is raising concerns among the Justice's rank and file.

Justice lawyers have objected to the affiliation with ISNA, fearing it will undermine the case against the Holy Land Foundation for Relief and Development in Dallas.

"There is outrage among lawyers that the Department of Justice is funding a group named as a co-conspirator in a terrorist financing case," said a Justice lawyer who spoke to The Washington Times on the condition of anonymity.

According to an e-mail from Susana Lorenzo-Giguere, acting deputy chief of the Voting Rights Division, the sponsorship will involve sending government lawyers to man a booth for the Labor Day weekend event in Illinois.

"This is an important outreach opportunity, and a chance to reach a community that is at once very much discriminated against, and very wary of the national government and its willingness to protect them," Mrs. Lorenzo-Giguere said in an e-mail obtained by The Washington Times.

"It would be a great step forward to break through those barriers. And Chicago is lovely this time of year," Mrs. Lorenzo-Giguere said.

ISNA is one of more than 300 unindicted co-conspirators in a case against the Holy Land Foundation, whose top officers are accused of raising money for Hamas.

Justice spokesman Erik Ablin said the agency participates in the annual convention to educate Muslims about their civil rights.

"The Civil Rights Division will have a table at the ISNA convention over Labor Day weekend to hand out literature and answer questions about the division's work. The ISNA convention attracts more than 30,000 American Muslims every year, and the division has had tables at the convention in previous years," Mr. Ablin said.

The Justice Department declined to say how much the sponsorship will cost.

"This is just staggering, it's outrageous," the lawyer said. "Lawyers from the Civil Rights Division traveling to Chicago on the federal dime. This will cost thousands of dollars."

A second lawyer responded to Mrs. Lorenzo-Giguere's e-mail questioning the participation and said it "seems like an odd time for one part of DOJ to lend credence and visible support to ISNA at the same time DOJ prosecutors will be called on to defend their decision to name ISNA as a conspirator."

"Presumably the prosecutors have determined that they might need that testimony admitted; I hope we don't undermine

Appendix 0078

their position," the second lawyer said. "Needless to say, [the Holy Land Foundation trial] is a very significant case."

Mohamed Elsanousi, director of communications and community outreach for ISNA, says the annual convention is open to anyone who provides services or information of value to convention participants.

"For many years, we have welcomed representatives from U.S. government agencies who wish to share information about their services and have the opportunity to reach out to the Muslim American community," Mr. Elsanousi said.

The convention features book signings, musical entertainment and seminars on family, community service and political activism.

But the first lawyer also pointed to a morning session on "the threat and reality of U.S.-sponsored torture" as contrary to the department's mission. The Justice Department was responsible for signing off on the legality and constitutionality of interrogation techniques.

"The extensive news coverage by the U.S. and international media sources makes it all too clear that the grim abuses in Abu Ghraib, Guantanamo Bay, and the sending of detainees to secret prisons around the world that are known to torture during interrogations, are not isolated incidents, but rather constitute policy of the U.S. government," the schedule of events said.

"This session will describe the nature of U.S.-sponsored torture, the effects of torture on its victims, the efforts of the U.S. religious community, and what you can do to help end U.S.-sponsored torture," the schedule said.

**LOAD-DATE:** August 27, 2007

**LANGUAGE:** ENGLISH

**PUBLICATION-TYPE:** Newspaper

Copyright 2007 The Washington Times LLC
All Rights Reserved

1 of 1 DOCUMENT

The Washington Times

October 11, 2007 Thursday

# Bill would cut Justice aid to suspect groups; Centers on Islamic Society of North America

**BYLINE:** By Audrey Hudson, THE WASHINGTON TIMES

**SECTION:** NATION; A05

**LENGTH:** 526 words

Legislation is moving through Congress to block the Justice Department from providing financial support to participate in conventions held by groups designated by the government as unindicted co-conspirators in federal court cases.

The measure sponsored by Sen. Tom Coburn, Oklahoma Republican, is in response to the department's recent participation in a convention held by the Islamic Society of North America (ISNA).

The Justice Department named ISNA as an unindicted co-conspirator in the Holy Land Foundation, which the government is prosecuting for raising $12 million for Hamas. As the trial proceeded last month, Justice officials sponsored a booth at ISNA's annual convention, angering some Republicans.

"Prohibiting the Justice Department from supporting conferences held by organizations linked to terrorism and capping the overall amount the department can spend on conferences will assist the department to better prioritize both its spending and mission," Mr. Coburn said.

Erik Ablin, Justice Department spokesman, said officials are concerned about the amendment and plan to share those concerns with Congress.

"The department's goal in these efforts was to educate the public about how the department works to protect religious freedom, voting rights, economic opportunity and many other rights," he said. "A variety of other federal agencies participated as well, including the United States military, the FBI, the Department of Homeland Security, the Department of State, the Department of Defense and USAID."

The legislation caps overall conference spending by the Justice Department to $15 million for the next year, an estimated $31 million in savings.

The Justice Department spent $312 million on conferences between 2000 and 2006, according to an inspector general investigation - nearly twice the amount of the State Department, which convenes meetings worldwide for diplomatic purposes.

Justice officials have declined to say how much money was spent to sponsor a booth and send several lawyers from Washington to Chicago for the Labor Day event.

"Clearly, in the post-September 11 world, the tens of millions of dollars spent every year by the Justice Department on conferences would be much better spent investigating and prosecuting terrorists," Mr. Coburn said.

In a letter to then-Attorney General Alberto R. Gonzales, Reps. Peter Hoekstra, Michigan Republican and ranking member of the House Permanent Select Committee on Intelligence, and Sue Myrick, North Carolina Republican, called the Justice Department's involvement a "grave mistake."

"In light of the threat that our nation ... is currently facing from radical jihadists, and because of

Appendix 0080

the president's commitment to fighting the war on terror on all fronts, we believe it is a grave mistake to provide legitimacy to an organization with extremist origins, leadership and a radical agenda," the lawmakers said

The amendment, which was approved by a voice vote to a spending measure, states that "no funds appropriated under this act may be used to support a conference sponsored by any organization named as an unindicted co-conspirator by the government in any criminal prosecution."

**LOAD-DATE:** October 11, 2007

**LANGUAGE:** ENGLISH

**GRAPHIC:** Sen. Tom Coburn is sponsoring legislation to block Justice Department support for groups designated as unindicted co-conspirators in court cases. [Photo by Mary F. Calvert/The Washington Times]

**PUBLICATION-TYPE:** Newspaper

Copyright 2007 The Washington Times LLC
All Rights Reserved

# Appendix B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CR No. 3:04-CR-240-G |
| | § | |
| HOLY LAND FOUNDATION | § | |
| FOR RELIEF AND DEVELOPMENT | § | |
|     also known as the "HLF"(1) | § | |
| SHUKRI ABU BAKER (2) | § | |
| MOHAMED EL-MEZAIN (3) | § | |
| GHASSAN ELASHI (4) | § | |
| MUFID ABDULQADAR (7) | § | |
| ABUDULRAHAM ODEH (8) | § | |

## DECLARATION OF MUZAMMIL H. SIDDIQI

I, Muzammil H. Siddiqi, hereby declare as follows:

1.    I am the chairman of the North American Islamic Trust ("NAIT"). I became a trustee of

NAIT in 1993 and assumed the chairmanship of the organization in February 2007. I submit this

declaration in support of NAIT's motion, filed in the above-captioned case, for equitable relief

from the government's identification of NAIT as an "unindicted co-conspirator."

2.    I am a resident of Fountain Valley, California. I received a Ph.D. in Comparative

Religion from Harvard University in Cambridge, Massachusetts in 1978, an M.A. in Theology

from Birmingham University in the United Kingdom in 1969, and a higher degree in Arabic and

Islamic Studies from the Islamic University of Madina in Saudi Arabia in 1965. I received my

early education at Aligarh Muslim University and Darul Uloom Nadwatul Ulama in Lucknow,

India.

3.    In addition to my position with NAIT, I hold a number of leadership positions in the

American Muslim community. I am Chairman of the Shura Council of Southern California, an

organization that represents the Islamic centers, mosques, and organizations in Southern California. I have been chairman of the Fiqh (Islamic Jurisprudence) Council of North America since December 2004. I am a member of the Board of Directors of the Islamic Society of North America and was also a founding member of the Council of Mosques in the United States and Canada. At various times over the past thirty years, I have been Chairman of the Religious Affairs Committee of the Muslim Students Association in the U.S. and Canada, Director of the Islamic Center of Washington, D.C., and Vice President of the Academy of Judaic-Christian and Islamic Studies in California. At the invitation of President George W. Bush, on the National Day of Prayer and Remembrance in September 2001, I led a Muslim Prayer at the Interfaith Prayer Service at Washington National Cathedral.

4.      Over my career, I have also held a number of academic positions. I am currently an adjunct professor of Islamic Studies at Chapman University in Orange, California. I have taught courses on Islam and world religions at Harvard University in Cambridge, Massachusetts; Essex County College in Newark, New Jersey; Seton Hall University in South Orange, New Jersey; Birmingham University, England; International Islamic University, Islamabad, Pakistan; California State University in Fullerton; and California State University in Long Beach. I have also lectured at universities, colleges and other academic and religious institutions in Saudi Arabia, South Africa, England, Egypt, India, Pakistan, Turkey, Trinidad, Guyana, Grenada, Barbados, Mauritius, New Zealand, Malaysia, Singapore, Hong Kong, Italy, Spain, Gibraltar, Brazil, the United States and Canada.

NAIT

5.      NAIT is a "waqf," the historical Islamic equivalent of an American trust or endowment, serving Muslims in the United States and their institutions. NAIT holds titles to mosques,

Declaration of Muzammil H. Siddiqi, Page 2 of 7

Islamic centers, schools, and other real estate to safeguard and pool the assets of the American Muslim community; develops financial vehicles and products that are compatible with both Islamic principles and U.S. law; and facilitates and coordinates community projects. These activities are described in more detail below.

6.      NAIT is an Indiana nonprofit corporation. It is recognized by the Internal Revenue Service as an organization that is tax-exempt under Internal Revenue Code § 501(c)(3).

7.      NAIT's primary role is to safeguard the properties of Muslim communities and ensure that these community assets are used for the purpose(s) for which their founders established them. NAIT holds titles to approximately 300 properties around the country. NAIT does not administer these institutions or participate in their daily management, but it provides them with advice and support. In some cases, NAIT facilitates the establishment of Islamic centers, mosques, and schools by providing limited interest-free loans from its Islamic Centers Cooperative Fund.

8.      NAIT also develops Islamic financial products that address the investment and financial needs of Muslim organizations, individuals, and their businesses. Over the last two decades, NAIT has established and sponsored SEC-registered mutual funds that invest in companies listed on American stock exchanges that are compliant with Islamic principles.

<u>The Government's Pre-Trial Brief</u>

9.      On May 29, 2007, the government filed a pre-trial brief in the above-captioned case that contained an appendix naming NAIT as one of 246 "unindicted co-conspirators and/or joint venturers." The government did not notify NAIT beforehand that it intended to identify NAIT as an unindicted co-conspirator. To the contrary, during the government's investigation of the HLF defendants, the government told NAIT that it was not suspected of criminal activity and that the

Declaration of Muzammil H. Siddiqi, Page 3 of 7

government had no evidence of wrongdoing on NAIT's part. As a result, I and the other trustees of NAIT were completely shocked when we learned of the government's pre-trial brief. It seemed entirely inconsistent with everything the government had told NAIT previously.

10.     After NAIT learned that the government had named it as an unindicted co-conspirator, NAIT asked its attorney, Daniel S. Reinberg, to contact the lead prosecutor in the case, James Jacks, about the government's conduct. Mr. Jacks informed Mr. Reinberg that the government's conduct was merely a "legal tactic" to address evidentiary issues and it was not intended to indicate that NAIT was part of a criminal conspiracy or that it had criminal intent. In an e-mail dated July 17, 2007, to NAIT's counsel, Mr. Jacks specifically apologized for the harm that the government's actions had caused.

11.     Through Mr. Reinberg, NAIT asked Mr. Jacks to file a pleading with the Court to amend the government's pre-trial brief to state clearly that neither NAIT nor any of its directors, officers, or employees (1) conspired with any of the Holy Land Foundation defendants or anyone else to violate the laws of the United States, (2) facilitated the violation of any laws, (3) engaged in any unlawful behavior, or (4) otherwise acted with criminal intent. Mr. Jacks stated that he was not opposed to filing the requested amendment but that he needed to consult with colleagues first.

12.     On July 13, 2007, Mr. Jacks stated that he would file the amendment as requested.

13.     On July 25, 2007, Mr. Jacks apologized for not having filed the amendment and invited NAIT's counsel to propose a draft. NAIT's counsel provided the requested draft. Despite repeated requests, however, the government has not filed the pleading that it earlier agreed to file.

14.     I was informed by the American Civil Liberties Union, which represents NAIT in

connection with NAIT's motion for equitable relief, that Mr. Reinberg will file a declaration with this Court relating his discussions with Mr. Jacks and attaching relevant exhibits.

<u>The Consequences of the Government's Actions</u>

15.     The government's decision to list NAIT as an unindicted co-conspirator has created the false impression that NAIT, which is a law-abiding organization, has conspired with a designated terrorist organization. This falsity has, in turn, been widely propagated through articles appearing in a variety of national magazines and media outlets. *See, e.g.*, Josh Gerstein, *Islamic Groups Named in Hamas Funding Case*, N.Y. Sun, Jun. 4, 2007; Joe Kaufman, *Reforming Terror*, Front Page Mag., May 26, 2008; Robert Barnes, *Case Against Islamic Charity Opens*, Wash. Post, Jul. 25, 2007. (Articles attached hereto as exhibit A.)

16.     Citing the government's decision to name NAIT as an unindicted co-conspirator, some media outlets and blogs have suggested that NAIT is itself related to, or supportive of, a terrorist organization. *See, e.g.*, Jeff Mosier, *Order Extended Against Muslim Day Protester: Judge Weighs Temporary Injunction After Six Flags Event*, Dallas Morning News, Oct. 30, 2007 (reporting that NAIT had been named as an unindicted co-conspirator and that a Florida-based activist had initiated a campaign to inform the public of NAIT's "connections to Middle East terrorist groups"); Rod Dreher, *Islamophobia: Who are the real victims?*, Dallas Morning News, Jul. 16, 2007 (citing government's naming of NAIT as an unindicted co-conspirator as evidence that NAIT is "closely associated with extremist ideology"); Deroy Murdock, *Jihad With Tailored Suits*, Bucks County Courier Times, Apr. 7, 2008 (stating that NAIT had been named "an unindicted co-conspirator in supporting Hamas' murderous anti-Israel terrorism"). (Articles attached hereto as exhibit B.)

17.     The government's decision to list NAIT as an unindicted co-conspirator has jeopardized

NAIT's reputation, its standing in the American Muslim community, and its ability to fulfill its mission. Though the government's actions have had serious consequences for NAIT, NAIT has no forum in which it can contest them. The government has effectively convicted NAIT – or at least saddled it with an accusation of terrorism – without ever having to charge it with a crime, produce any evidence, or prove its case to a judge or jury.

18.    NAIT has repeatedly asked the government to voluntarily remove NAIT from the list of unindicted co-conspirators. Through its counsel, NAIT reiterated this request again less than a week ago; the government refused. Although the government has never offered any legitimate justification for naming NAIT as an unindicted co-conspirator, and although it agreed almost a year ago to amend its pre-trial brief to remove NAIT's name, the government has failed to take any action to correct the record or remedy the injury that its actions have caused. NAIT's reputation and good name continue to be under the cloud of an official criminal accusation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: June 17, 2008

Muzammil H. Siddiqi

# Appendix B

Exhibit A



Section: National > Printer-Friendly Version

# Islamic Groups Named in Hamas Funding Case

**By JOSH GERSTEIN, Staff Reporter of the Sun**
**June 4, 2007**
**http://www.nysun.com/national/islamic-groups-named-in-hamas-funding-case/55778/**

FEDERAL PROSECUTORS HAVE NAMED THREE PROMINENT ISLAMIC ORGANIZATIONS IN AMERICA AS PARTICIPANTS in an alleged criminal conspiracy to support a Palestinian Arab terrorist group, Hamas.

Prosecutors applied the label of "unindicted co-conspirator" to the Council on American-Islamic Relations, the Islamic Society of North America, and the North American Islamic Trust in connection with a trial planned in Texas next month for five officials of a defunct charity, the Holy Land Foundation for Relief and Development.

While the foundation was charged in the case, which was filed in 2004, none of the other groups was. However, the co-conspirator designation could be a blow to the credibility of the national Islamic organizations, which often work hand-in-hand with government officials engaged in outreach to the Muslim community.

A court filing by the government last week listed the three prominent groups among about 300 individuals or entities named as co-conspirators. The document gave scant details, but prosecutors described CAIR as a present or past member of "the U.S. Muslim Brotherhood's Palestine Committee and/or its organizations." The government listed the Islamic Society of North America and the North American Islamic Trust as "entities who are and/or were members of the U.S. Muslim Brotherhood."

The secretary-general of the Islamic Society of North America, Muneer Fareed, said his group was surprised to be named in the Texas case. "I can tell you categorically that the current administration of ISNA, as well as its stakeholders, they have no connection to my knowledge with any Holy Land foundations," he said.

Mr. Fareed denied his group has any ties to Hamas, though he said it is difficult to police all 300 mosques under his umbrella. "We might have a kid whose dad was president of Hamas for all I know," he said. "How do you verify these things?"

The Islamic official expressed frustration at the lack of detail in the prosecution's filing. "Perhaps there's some evidence. I just don't really know what it is," he said.

Spokesmen for CAIR did not respond to messages seeking comment yesterday. Efforts to contact the North American Islamic Trust were unsuccessful.

The identification of the alleged co-conspirators could aid prosecutors when the Holy Land Foundation and five of its officials, Shukri Abu-Baker, Mohammad El-Mezain, Ghassan Elashi, Mufid Abdulqader, and Abdulraham Odeh, go to trial on July 16 in Dallas. Statements by and about co-conspirators are exempt from rules barring hearsay.

Judge A. Joe Fish will have to decide whether to accept the government's description of the alleged conspiracy.

The practice of publicly naming unindicted co-conspirators is frowned on by some in the legal community, chiefly because there is no trial or other mechanism for those named to challenge their designation. Justice Department guidelines discourage the public identification of unindicted co-conspirators by the government.

Appendix 0091

"In all public filings and proceedings, federal prosecutors should remain sensitive to the privacy and reputation interests of uncharged third-parties," the Justice Department's manual for prosecutors says. When co-conspirator lists have to be filed in court, prosecutors should seek to file them under seal, the guidelines say.

In practice, the lists are often made public. A list of co-conspirators was released in connection with the federal trial in 2005 of a former college professor, Sami Al-Arian, on terrorism support charges. However, when Enron executives went on trial last year, the list of alleged co-conspirators was kept under seal. Prosecutors on the Holy Land Foundation case could not be reached yesterday and did not respond to an e-mail.

The inclusion of the Islamic groups on the list of alleged conspirators could give ammunition to critics of the organizations. CAIR, in particular, has faced persistent claims that it is soft on terrorism. Critics note that several former CAIR officials have been convicted or deported after being charged with fraud, embargo violations, or aiding terrorist training. Spokesmen for the group have also raised eyebrows for offering generic denunciations of terrorism but refusing to condemn by name specific Islamic terrorist groups such as Hamas or Hezbollah.

In addition, one of the Holy Land Foundation defendants, Ghassan Elashi, founded CAIR's Texas chapter. CAIR's Washington office was also set up in 1994 with $5,000 in seed money from the foundation, according to congressional testimony by a researcher into Islamic extremism, Steven Emerson.

Last year, Senator Boxer of California, a Democrat, withdrew an award she gave to an official at a local CAIR chapter. She said she had concerns about statements by some CAIR officials and about claims of financial links to terrorism. Many FBI officials meet regularly with CAIR representatives and clerics from the Islamic Society of North America.

A New York Times article published in March said unidentified government officials believed that the criticism of CAIR was unwarranted. A former FBI official, Michael Rolince, said yesterday that the co-conspirator designation might prompt CAIR to be more direct in denouncing terrorism but was no reason to cut off all contact with the group.

"People could say the same thing about the FBI. They're not all choirboys," he said. "We don't go into this with blinders on."

Separately, a reporter for the Dallas Morning News, Steve McGonigle, is fighting the prosecution's efforts to call him as a witness at the Holy Land Foundation trial.

In filing to quash the subpoena last week, Mr. McGonigle said prosecutors want to question him about an interview that he conducted in 1999 with the spiritual leader of Hamas, Sheikh Ahmad Yassin. Yassin, who was killed in an Israeli airstrike in 2004, denied any connection between Holy Land Foundation and Hamas.

However, Mr. McGonigle reported that records showed that the foundation sometimes singled out the families of Hamas "martyrs" for assistance.

Mr. McGonigle's lawyer said his client could be targeted by terrorists if he forced to testify. "A journalist who is perceived to have acted as an agent for the U.S. Government will almost inevitably be placed at a substantially greater risk when on assignment in the Middle East," the attorney, Paul Watler, wrote.

Appendix 0092

# Reforming Terror

By Joe Kaufman
**FrontPageMagazine.com | 5/26/2008**

Over time, an obvious rift has formed between members of the Islamic and Jewish faiths, mostly due to an intense hatred of Israel and not-so-subtle anti-Semitism emanating from the Muslim community. One fairly large group of Jews, the Reform Jewish Movement, has sought to change this, by extending an olive branch to its enemies. The result has been a strange partnership between the Jewish group and the Islamic Society of North America (ISNA), an organization with a dangerous past – and present.

On the top of the "Interfaith" section of the ISNA website, one finds a picture of the National Director of ISNA, Sayyid Mohammad Syeed, shaking the hand of the President of the Union of Reform Judaism (URJ), Eric Yoffie. It's no different than the handshake that took place between Yasser Arafat, the deceased ex-terrorist leader of the PLO, and Yitzhak Rabin, the deceased former Israeli Prime Minister, on the White House Lawn, in September of 1993. And like the '93 handshake, its purported show of friendship is meaningless, if not offensive and dangerous.

In July of 1981, the Islamic Society of North America (ISNA) was incorporated in the state of Indiana. At the time, it shared its incorporating address with the Muslim Students Association (MSA), a group created by members of the Muslim Brotherhood (MB) in 1963, and the Holy Land Foundation for Relief and Development (HLF), a Hamas financing center.

ISNA's founders included a group of MSA alumni, who were looking for a social habitat following graduation. One of those founders was Sayyid Syeed, a former National President of the MSA.

Besides the MSA and ISNA, Syeed has been involved in a number of other radical Muslim organizations. He was Director of Academic Outreach for the International Institute of Islamic Thought (IIIT) and Editor-in-Chief of IIIT's quarterly publication, the *American Journal of Islamic Social Sciences* (AJISS). He sat on the National Board of Advisors of the Council on American-Islamic Relations (CAIR), the Executive Board of the American Muslim Council (AMC), and the Board of Advisory Editors of the *Middle East Affairs Journal*, a publication of the United Association for Studies and Research (UASR).

Also helping to found ISNA was a teaching assistant from North Carolina State University (NCSU) named Sami Al-Arian, who, two years prior, assisted in the creation of the violent Palestinian Islamic Jihad (PIJ).

As stated on MB scholar Yusuf Qaradawi's *Islam Online*, Al-Arian "helped establish the largest grass roots organization in the U.S., the Islamic Society of North America (ISNA) in 1981, and its many affiliates such as the Muslim Arab Youth Association (1977), the Islamic Association for Palestine (1981), Islamic Committee for Palestine (I.C.P), Islamic

Appendix 0093

Community of Tampa (1987) and Islamic Academy of Florida (1992)."  [The Islamic Association for Palestine (IAP) that is spoken of later became the American propaganda wing of Hamas, and the Islamic Committee for Palestine (ICP) and Islamic Academy of Florida (IAF) that are mentioned were PIJ fronts.]

The website *Free Sami Al-Arian*, which is run by Al-Arian's wife, Nahla, echoes this, stating, "In 1981, he [Al-Arian] helped establish the Islamic Society of North America (ISNA), the largest Muslim grassroots organization in [the] country."

Nearly 25 years later, in April of 2006, Al-Arian would plead guilty to conspiring to provide services to PIJ.

On August 31, 2007, Reform Rabbi Eric Yoffie spoke at ISNA's 44th Annual Conference, held in Chicago, Illinois.  The presence of such a high level Jewish leader speaking at one of ISNA's functions was unprecedented.

During his speech, Yoffie stated, "Anti-Semitism is not native to Islamic tradition, but a virulent form of it is found today in a number of Islamic societies, and we urgently require your assistance in mobilizing Muslims here and abroad to delegitimize and combat it."  But while the rabbi stated these words, ISNA was spreading the same anti-Semitism he was calling on the group to denounce, right on its website.

Some quotes from ISNA National's website, which are still found on it today, include:

- "The Hour will not be established until you fight with the Jews, and the stone behind which a Jew will be hiding will say. 'O Muslim! There is a Jew hiding behind me, so kill him.'"
- "May Allah fight the jews and the christians. They took the graves of their Prophets as places of prostration. Two deens [religions] shall not co-exist in the land of the Arabs."
- "I will expel the Jews and Christians from the Arabian Peninsula and will not leave any but Muslim."
- "The Dajjal [Devil, Antichrist] would be followed by seventy thousand Jews of Isfahan wearing Persian shawls."
- "Ibn Umar reported that Allah's Messnger (may peace be upon him) stoned to death the Jews, both male and female, who had committed adultery."

The conference had taken place at the same time a federal trial concerning Hamas fundraising was being conducted in Texas, in which ISNA and its sister organization, the North American Islamic Trust (NAIT), were named as "unindicted co-conspirators."  During the trial, a Muslim Brotherhood document was entered into evidence that included a list of organizations said to be involved in the future destruction of the United States.  The first name on the list was ISNA.

The document, which was dated May of 1991, stated, "The Ikhwan must understand that their work in America is a kind of grand Jihad in eliminating and destroying the Western

Appendix 0094

civilization from within and 'sabotaging' its miserable house by their hands and the hands of the believers so that it is eliminated and G-d's religion is made victorious over all other religions."

ISNA had previously been investigated for possible financing of terrorism abroad. The investigation was launched in January of 2004 by the U.S. Senate Finance Committee, headed by Senator Charles Grassley, who stated in a letter to the IRS: "Many of these groups not only enjoy tax-exempt status, but their reputations as charities and foundations often allows them to escape scrutiny, making it easier to hide and move their funds to other groups and individuals who threaten our national security."

Before the ISNA conference began, two United States Representatives, Peter Hoekstra of Michigan and Sue Myrick of North Carolina, called on the U.S. Justice Department to cancel *its participation* in the conference. In a letter signed by both legislators, they stated, "[W]e believe it is a grave mistake to provide legitimacy to an organization with extremist origins, leadership and a radical agenda."

On December 16, 2007, President of ISNA, Ingrid Mattson, repaid *Yoffie's legitimization* of her Islamist group by speaking at his Union for Reform Judaism Biennial Convention. A copy of her speech is found on URJ's *Biennial Blog*. There, she stated, "Of course, it is our responsibility to reclaim Islam from the extremists and terrorists." As demonstrated above, this was nothing more than empty rhetoric.

According to Mattson, in the summer of 1987, around the time of her Muslim conversion, she came across a book entitled *Islam*, by Fazlur Rahman. In it, Rahman wrote of an attack on a Jewish tribe that, in his estimation, was "occupying Medina" and that, as punishment for their "Jewish treachery," they were "ruthlessly massacred." He wrote that the "most sinister and heartless role was played by the 'Hypocrites' [Muslim traitors] who were no doubt in league with the Jews." Of the book, Mattson stated, "His book sparked in me a keen desire to study the classical heritage of Islamic theology and law."

Evidently, Rahman's book had "sparked" much more in her, as she soon after would leave for Peshawar, Pakistan to do "relief" work. Peshawar, at the time, was the home base of the organization that would later become Al-Qaeda. For one year, from 1987 thru 1988, Mattson was the Director of Projects for Afghan Refugee Women. She operated out of Akora Khattak, a small town where dozens of Taliban leaders, including Taliban Commander Mullah Mohammed Omar, were educated at Darul Uloom Haqqania a.k.a. "University of Jihad."

Today, Mattson continues to surround herself with radicals. Aside from her current role as President of a group tied to the extremist Muslim Brotherhood, in December of 2006 and January of 2007, Mattson participated in 'Live Dialogues' on *Islam Online*, a website that supports suicide bombings, mandates attacks against American troops, prescribes murder for homosexuals, and discusses how to behead human beings.

Appendix 0095

Besides speaking at each others' functions, ISNA and URJ seem to have forged a close bond with one another. URJ is listed on ISNA's website as a "Partner" organization. As well, both groups have created a forum together, titled 'Children of Abraham: Muslims and Jews in Conversation.' Information about the function, including introductory letters from Mattson and Yoffie, is found on ISNA's site. According to Yoffie, the two groups "must share equally the costs of the program."

On the same web pages as these, one also discovers a link to information for ISNA's 2008 Annual Convention. Speakers for the event, whose pictures don the top of the convention page, include:

- Jamal Badawi. Like ISNA, Badawi was named by the U.S. government as an "unindicted co-conspirator" for the Holy Land Foundation (HLF) trial that began in July 2007, which dealt with millions of dollars in fundraising for Hamas. Badawi has authored a book entitled *Gender Equity in Islam*, in which he justifies the beating of women by their husbands.
- Siraj Wahhaj. Wahhaj was named by the U.S. government as an "unindicted co-conspirator" for the 1993 bombing of the World Trade Center. During the bombing trial, Wahhaj served as a witness for the spiritual leader of the attack, "The Blind Sheikh," Omar Abdel-Rahman.
- Muzammil Siddiqi. Siddiqi stated shortly after the 9/11 attacks, regarding the United States' relationship with Israel, "America has to learn. If you remain on the side of injustice, the wrath of G-d will come." As a Sharia Scholar for *Islam Online*, Siddiqi has advocated wife beatings and polygamy and has said that Muslims should not befriend homosexuals.

Also appearing on every ISNA web page concerning URJ is a graphic advertisement for Guidance Residential, containing the slogan, "Home Ownership the Sharia Way." The "Sharia" or Islamic law that is alluded to, here, is the same Sharia that would render Jews and other non-Muslims as second-class citizens or worse.

As stated by Ingrid Mattson, in her speech to URJ, "By confronting the differences, we became aware that sometimes the Islam that was been taught in Muslim societies was not in harmony with the ethical teachings of the Qur'an and the Prophet Muhammad, but were, in fact, misogynistic, authoritarian or extremist views antithetical to true Islam." Yet, these troublesome behaviors are the very things that are being portrayed and propagated by Mattson's ISNA and those associated with it.

The Union of Reform Judaism prides itself on its liberal attitude of inclusiveness and diversity – the direct opposite of that of the Islamic Society of North America. And while ISNA's top leader is female, she clearly does not represent the best interests of women or anyone else who is not a radical Muslim.

If URJ wishes to do anything with respect to ISNA, it should only be to denounce the group – a group that is working towards its destruction – not legitimize it by speaking at its

Appendix 0096

functions or seeking its approval. The handshake between Eric Yoffie and Sayyid Syeed can never be removed from the annals of history, but the false premise upon which it is based should be repudiated immediately and abandoned forever – or at least until ISNA is finally shut down.

*Beila Rabinowitz, Director of Militant Islam Monitor, assisted with this report.*

---

Joe Kaufman is the Chairman of Americans Against Hate, the founder of CAIR Watch, and the spokesman for Terror-Free Oil Initiative.

# washingtonpost.com

## Case Against Islamic Charity Opens

Advertisement

Now-Shuttered Organization Funneled Money to Militants, Prosecutors Say

By Robert Barnes
Washington Post Staff Writer
Wednesday, July 25, 2007; A06

Federal prosecutors opened their case yesterday against what was once the nation's largest Islamic charity, arguing in a Dallas courtroom that the organization funneled at least $12 million to Palestinian militants.

The Texas-based Holy Land Foundation was shut down by President Bush three months after the Sept. 11, 2001, attacks. It is accused of knowing that the money it sent to charities in the Middle East benefited Hamas, the militant Palestinian group officially designated as a terrorist organization by the U.S. government. Administration officials say the trial is an important battle in the fight to cut off funding to terrorists.

But the case is also drawing intense scrutiny in the American Muslim community because of a listing of 300 individuals and groups named in the indictment as unindicted co-conspirators, including established organizations such as the Council on American-Islamic Relations.

Parvez Ahmed, chairman of CAIR's national board, called the unusual list a "broad smear" and added, "We're being accused of something, but what we're being accused of, I don't know."

Prosecutors told jurors yesterday that the foundation and five organizers -- all but one are U.S. citizens -- sent at least $12 million to "zakat" committees controlled by Hamas. Zakat is a required form of the charitable giving that is one of the pillars of Islam.

The indictment charges that the foundation in part directed the money to take care of the families of suicide bombers, an action to "effectively reward past, and encourage future, suicide bombings and terrorist activities."

Assistant U.S. Attorney James Jacks said the 14-year investigation of the group revealed defendants phoning one another to describe Hamas suicide bombing attacks as "beautiful operations." He said the foundation and defendants shared Hamas's goal of the destruction of Israel. One of the men participated in a skit at a fundraiser that purported to show a Palestinian killing an Israeli, he said.

The organization's leaders lied about their real purpose "because to tell the truth would reveal what they were all about -- the destruction of the state of Israel and replacing it with a Palestinian Islamic state," Jacks said, the Associated Press reported.

But defense attorney Nancy Hollander said the foundation and the men on trial did nothing more than contribute money to charities, none of which are marked as terrorist organizations by the U.S. government.

"Holy Land had nothing to do with politics," said Hollander, the AP reported. "Its focus was on children in need." Hollander represents Shukri Abu Baker, who is on trial along with Mohammed El-Mezain, Mufid Abdulqader, Ghassan Elashi and Abdulraham Odeh.

Appendix 0098

Prosecutors have told the court it will take at least three months to present the complicated case. It relies on a mountain of documents, years of intercepted phone conversations, information from Israeli intelligence agencies and disputed transcripts that contain conversations translated from Arabic to Hebrew to English.

Judge A. Joe Fish has said he will allow two Israeli agents to testify in a closed courtroom with their identities concealed.

"It's an extremely important case for the government to win," said Dennis M. Lormel, a former Justice Department official who created the FBI's Terrorist Financing Operations Section. But he added that it is also "a very complex case, and a difficult case to bring."

The government has had mixed success in such prosecutions. A jury in Illinois acquitted a defendant accused of funneling money to militants overseas, and a Florida college professor who had long been a target of federal prosecutors was found not guilty of terrorism-related charges.

But a Georgia imam pleaded guilty last fall to supporting Hamas with donations passed through the Holy Land Foundation; Mohamed Shorbagi is on the witness list in the Dallas case. And one of the Holy Land defendants has already been convicted on separate charges of supplying computers to Syria and Libya.

Even without convictions, Lormel said, the government's actions have had a "chilling effect" on the kind of contributions that he believes are going to aid Hamas and others. "In the long run, the government has taken major steps in stopping the flow of money to terrorists," he said.

Lormel said he could not speculate on prosecutors' reasons for the list of unindicted co-conspirators and acknowledged that it has resulted in accusations that "the Islamic community is being picked on." But he said Muslim leaders do a "disservice" to their community to not acknowledge the Holy Land Foundation's ties to Hamas.

Muneer Fareed, secretary general of the Islamic Society of North America, said his organization's inclusion on the list of 300 unindicted co-conspirators is "perplexing and somewhat disappointing" and said it harms the goal of ensuring that charitable giving goes to the right organizations.

"How do we build trust and work with law enforcement when there is this cloud hanging over our heads?" he asked.

CAIR's Ahmed added, "What is the crime?" He said the foundation's contributions "went to charities -- all approved charities -- and at least one of them has received aid from the U.S. government."

The ACLU and some nonprofit organizations have objected to what they called in a June letter "the Department of Treasury's continued unfounded allegation that charities are a 'significant source of alleged terrorist activities.' "

But the Bush administration moved yesterday against two other charities -- the Martyrs Foundation and Goodwill Charitable Organization of Dearborn, Mich. -- for allegedly providing support to the terrorist group Hezbollah.

"We will not allow organizations that support terrorism to raise money in the United States," said Stuart Levey, the Treasury Department's undersecretary for terrorism and financial intelligence.

Appendix 0099

*Research editor Alice Crites contributed to this report.*

<u>View all comments</u> that have been posted about this article.

---

**Post a Comment**

<u>View all comments</u> that have been posted about this article.

---

You must be logged in to leave a comment. <u>Login</u> | <u>Register</u>



[ Submit ]

Comments that include profanity or personal attacks or other inappropriate comments or material will be removed from the site. Additionally, entries that are unsigned or contain "signatures" by someone other than the actual author will be removed. Finally, we will take steps to block users who violate any of our posting standards, terms of use or privacy policies or any other policies governing this site. Please review the <u>full rules</u> governing commentaries and discussions. You are fully responsible for the content that you post.

© 2007 The Washington Post Company

**Ads by Google**

<u>Identify Chemical Agents</u>
Ahura Scientific for immediate ID of explosives and chemical agents.
www.ahurascientific.com

<u>Hugh Downs Reports</u>
Little known heart attack symptom many people tragically ignore.
www.bottomlinesecrets.com

<u>Counter-Terror Training</u>
The only DHS approved Homeland Security training in Israel
www.homelandsecurityssi.com/

Appendix 0100

# **Appendix B**

# Exhibit B

Case 3:04-cr-00240   Document 1062-2   Filed 06/18/08   Page 102 of 121   PageID 14799



# Order extended against Muslim Day protester

Judge weighs temporary injunction after Six Flags event

**12:00 AM CDT on Tuesday, October 30, 2007**

**By JEFF MOSIER / The Dallas Morning News**
jmosier@dallasnews.com

FORT WORTH – A judge extended a temporary restraining order against the organizer of a protest at the Six Flags Over Texas Muslim Family Day while he considers a request for a temporary injunction.

Both sides made their cases in state District Judge Ken Curry's court Monday afternoon as supporters of the injunction, most of them Muslim, watched. The protest of the special event at the Arlington theme park Oct. 14 was organized by Joe Kaufman, president of the Florida-based Americans Against Hate. He argued that the organizers of the Muslim event have connections to Middle East terrorist groups.

The plaintiff's attorney, Don Fulton, said those claims are wrong and dangerous.

"This clearly is an invitation to violence," he argued to the judge.

Some Tarrant County Muslims who attended the event at Six Flags testified they were fearful the protests would turn violent and they would be targeted. At least two attendees said they arrived early and left early to avoid the protests.

The temporary restraining order prohibits Mr. Kaufman from threatening, causing bodily injury or inciting violence against the plaintiffs.

Mr. Kaufman said he traveled to Arlington to inform the public that the event's sponsor, the Islamic Circle of North America, was affiliated with the North American Islamic Trust. That group was listed as an unindicted co-conspirator in the Holy Land Foundation terrorism financing case. The judge in that case declared a mistrial last week on most of the 197 counts after the jury deadlocked.

The plaintiffs in the case against Mr. Kaufman have also filed a lawsuit accusing him of libel and inflicting "emotional distress."

Mr. Kaufman's attorney, Thomas Brandon, said there is no point to the temporary restraining order or the injunction now. He said that the arguments are based on the Six Flags event, which happened two weeks ago, and that his client never urged violence against local mosques or Muslim groups.

In court filings, Mr. Brandon also argued that the Texas courts do not have jurisdiction in the case because Mr. Kaufman lives in a different state, does not have a business here and was in Tarrant County for only a brief stay.

Mr. Brandon also told the judge that an injunction against his client would have a "chilling effect" on his

Appendix 0102

Case 3:04-cr-00240   Document 1062-2   Filed 06/18/08   Page 103 of 121   PageID 14800

First Amendment rights.

Mr. Fulton said the case goes beyond the Six Flags protest. He said his clients are still being targeted on Mr. Kaufman's Web site, which shows photos and addresses of local mosques affiliated with the North American Islamic Trust.

He said it was similar to tactics used by some activists who posted photos, names and addresses of doctors who performed abortions on the Internet. In some cases, the doctors were killed.

Mr. Kaufman said some of those postings were taken from the Tarrant Appraisal District Web site and are there to show that the trust owns the mosque properties. His site also includes an excerpt from the *New York Sun* describing the trust as an unindicted co-conspirator.

Appendix 0103

Case 3:04-cr-00240   Document 1062-2   Filed 06/18/08   Page 104 of 121   PageID 14801



# Rod Dreher: Who are the real victims? It's time Muslims and the media confront the theologically sanctioned violence in Islam

**09:00 AM CDT on Monday, July 16, 2007**

According to witnesses, what did one of the Glasgow would-be terror bombers scream as he emerged out of his burning SUV?

(a) "Freebird! Freebird!"

(b) "Allah! Allah!"

(c) "How dare you ask such an Islamophobic question?!"

The correct answer is, of course, (b), as the accused terrorists fancied themselves holy warriors. But as far as the Muslim victim lobby and its media fellow travelers are concerned, the answer is now and ever shall be (c). In their self-pitying view, only bigots notice such things.

"To see what is in front of one's nose needs a constant struggle," said George Orwell. Obviously – and, six years after 9/11, bizarrely – we aren't struggling hard enough.

With the Holy Land Foundation trial getting under way in Dallas, the usual suspects are dragging out the baseless Islamophobia accusations again. No one can deny that there are people who hate Muslims – and shame on them for it. The Islamophobia mantra, though, is intended not to inform public discussion but to discourage it through moral bullying and blunderbuss.

You, too, would want to discourage critical inquiry and discussion if you were a member of the Council on American-Islamic Relations, the Islamic Society of North America, the North American Islamic Trust – all named by federal prosecutors as unindicted co-conspirators in the Holy Land case. Not only have leading members of these organizations been closely associated with extremist ideology, all three groups have deep roots in the Muslim Brotherhood, a powerful movement working globally to establish Islamic rule.

The Brotherhood's motto? "Allah is our goal; the Messenger is our model; the Koran is our constitution; jihad is our means; and martyrdom in the way of Allah is our inspiration."

A 2004 *Chicago Tribune* investigation turned up documents and interviews revealing the extent of the Brotherhood's presence in America and showing how its front groups hide a disturbing agenda behind a benign public mask.

Dallas CAIR official Khalil Meek recently said that his group and others linked by the Justice Department to the Brotherhood are "as mainstream as they come." If that's true, then CAIR has no right to criticize anyone for doubting Muslims.

Appendix 0104

Case 3:04-cr-00240   Document 1062-2   Filed 06/18/08   Page 105 of 121   PageID 14802

Happily, CAIR might speak for just a tiny number of American Muslims. Last month, the *Washington Times* examined CAIR's tax records, and concluded that the organization's membership roll has suffered a 90 percent falloff since 9/11. According to the report, hotly disputed by CAIR, the advocacy outfit has fewer than 1,700 paid members.

Two things give CAIR and similar Islamic organizations legitimacy: the unwillingness of the mainstream media to ask critical questions about their ideology and funding, and President Bush's continuing public embrace of these groups – even as his administration marginalizes Muslims trying to warn the American public that these Islamist organizations are bad news.

Zuhdi Jasser, one of these brave Muslim dissenters, faults the press and politicians for giving these agents of political Islam a free pass. Dr. Jasser also criticizes fellow American Muslims for not standing up to Islamists controlling their mosques and institutions. This can only be done, he says, by confronting the ideas fueling political Islam.

Along the same lines, former British jihad recruiter Hassan Butt recently wrote that his former job was made much easier by public responses to terrorism that "helped to draw away any critical examination from the real engine of our violence: Islamic theology."

Mr. Butt does not disavow his religion. He says, though, that we must understand that extremist views are not fringe phenomena but rather "have validity within the broad canon of Islam." Dr. Jasser and Mr. Butt are right: Muslims have to confront the theologically sanctioned violence and oppression in Islam and reform it using resources within their own tradition – just as believers in other religions have done.

As for the rest of us, it's time to call off this politically correct, walking-on-eggshells charade, in which fewer and fewer non-Muslims really believe. Crediting empty slogans like "Islam is a religion of peace" and indulging groundless accusations of Islamophobia is dangerous self-deception. It's also a form of civic cowardice that enables our Muslim neighbors to shirk their responsibility to make hard, necessary choices.

*Rod Dreher is an editorial columnist for The Dallas Morning News. This column reflects his personal opinion. E-mail him at rdreher@dallasnews.com.*

Appendix 0105

phillyBurbs.com                                              Burlington County Times

# Jihad with tailored suits

By:   **Date:** April 7, 2008 **Page:** A5 **Section:** EDITORIAL

Wall St. financing

barbaric orthodoxy

BY DEROY MURDOCK

T

urn your clock back 70 years. Imagine that Wall Street banks and brokerages sold Nuremberg-compliant bonds and stock funds in 1938. American Nazi sympathizers bought financial instruments certified by Berlin-based advisors as free of "Jewish profits" from, say, Salomon Brothers and Bloomingdale's.

In turn, a percentage of such funds' gains underwrote pro-Nazi charities, like the German-American Bund, and similar organizations in the Fatherland, like the Hitler Youth.

Seventy years hence, an analogous outrage grows on Wall Street, only this time for real.

Sharia-compliant finance (SCF) is expanding among banks and securities houses eager to absorb the hundreds of billions of petrodollars cascading into the Middle East, thanks to $100-per-barrel oil. To lure this cash, financial companies increasingly offer vehicles that neither pay interest nor benefit from gambling, entertainment, alcohol, pork or anything considered "haram" or "un-kosher" in Islam. Bahrain's International Islamic Financial Market (IIFM) counts $97 billion in Islamic bonds in circulation **with** another $66 billion forecast through 2008 - and SCF is not limited to the bond market.

SCF goes far beyond marketing to Muslims and Middle Easterners. IIFM lists "wider sharia acceptance" among its goals. Selling sharia-compliant investments legitimizes a barbaric theocratic orthodoxy that should be defeated, not promoted.

Turn your clock back 1,300 years. According to the Koran, sharia means that, **with** disobedient women, men should "admonish them, and send them to their beds and beat them" (Koran 4:34). For those having sex outside marriage: "The fornicatress and the fornicator, flog each of them **with** a hundred stripes" (24:2). "Cut off the hands of thieves, whether they are male or female, as punishment for what they have done" (5:38). Instead of celebrating gay sex **with** parades and rainbow flags, "kill the one who does it, and the one to whom it is done" ("Reliance of the Traveler" - Abu Dawud 4447). How do you handle an adulteress? "Khalid Walid came forward **with** a stone which he threw at her head, and when the blood spurted on his face, he cursed her" ("Reliance" - Muslim 4206).

Western financiers have no business complying **with** this.

Appendix 0106

Nevertheless, SCF advisers help these funds remain sharia-compliant. Unfortunately, these authorities often are Muslim extremists who appear mainstream by consulting for such powerhouses as Deutsche Bank and Standard & Poor's. And:

*In 2002, Caribou Coffee had to explain the ties between its Atlanta-based sharia-compliant owner, Arcapita Inc., and Arcapita's sharia adviser, Yusuf Al-Qaradawi. He had defended "our brothers and children in Al-Aqsa and the blessed land of Palestine generously sacrificing their blood, giving their souls willingly in the way of Allah." Qaradawi eventually resigned from Arcapita.

*Sheik Muhammad Taqi Usmani advises the Dow Jones Islamic Index. He has written: "The purpose of **Jihad**...aims at breaking the grandeur of unbelievers and establish(ing) that of Muslims."

*The North American Islamic Trust owns 69.8 percent of the Dow Jones Islamic Fund. The Justice Department identified NAIT last June as an un-indicted co-conspirator in supporting Hamas' murderous anti-Israeli terrorism. NAIT also owns the Masjid As-Salam mosque in Albany, N.Y. In April 2007, its founder, Mohammed Mosharref Hossain, and imam, Yassin Muhiddin Aref, received 15-year prison sentences for assisting an FBI sting operation to assassinate a Pakistani diplomat in Manhattan **with** a shoulder-fired missile.

Sharia-compliant funds usually donate 2.5 percent of profits as "zakat." While such money assists peaceful Muslim causes, some of it has gone ka-boom.

*The Holy Land Foundation, Benevolence International Foundation and Global Relief Foundation, all major Muslim charities, were shuttered in December 2001 for allegedly supporting Islamic terrorism.

*According to "The Tax Lawyer," Yasin al-Qadi - an investor in one Hamas-connected, sharia-compliant company called BMI (not the perfectly legitimate Broadcast Music Inc.) - transmitted $820,000 to Chicago's Quranic Literacy Institute in 1991. QLI employee Mohammad Salah confessed in 1995 that he trained recruits to handle assorted toxins and "basic chemical materials for the preparation of bombs and explosives."

"This is bad for America, bad for capitalism and good for **jihad**," says Frank Gaffney, president of the Center for Security Policy, which is sounding the anti-SCF claxons. CSP's legal analysis by David Yerushalmi richly details SCF's dangers.

The last thing America needs is **jihad with tailored suits** and Excel spreadsheets. It's time to stop the clock on this deadly idea.

Deroy Murdock is a columnist **with** Scripps Howard News Service and a media fellow **with** the Hoover Institution on War, Revolution and Peace at Stanford University. E-mail: deroy.Murdock@gmail.com.

THIS STORY HAS BEEN FORMATTED FOR EASY PRINTING

---

The article you requested is displayed below. [ Search again ]

**Techical problems**: If you have a technical problem with your account please contact Newsbank at 1-800-896-5587 or by e-mail at newslibrary@newsbank.com.

Return to the home page

Appendix 0107

of the phillyBurbs.com

? 2004 Copyright Calkins Media, Inc. All rights reserved.

Appendix 0108

# Appendix C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## <u>DALLAS DIVISION</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CR No. 3:04-CR-240-G |
| | § | |
| HOLY LAND FOUNDATION | § | |
| FOR RELIEF AND DEVELOPMENT | § | |
|    also known as the "HLF"(1) | § | |
| SHUKRI ABU BAKER (2) | § | |
| MOHAMED EL-MEZAIN (3) | § | |
| GHASSAN ELASHI (4) | § | |
| MUFID ABDULQADAR (7) | § | |
| ABUDULRAHAM ODEH (8) | § | |

### <u>DECLARATION OF DANIEL S. REINBERG</u>

I, Daniel S. Reinberg, hereby declare as follows:

1.    I was counsel to the Islamic Society of North America ("ISNA") and the North American Islamic Trust ("NAIT") in discussions with the government regarding its designation of ISNA and NAIT as unindicted co-conspirators in the above-captioned case. I submit this declaration in support of ISNA's and NAIT's instant petition for equitable relief.

2.    I am a partner in the Chicago office of Foley & Lardner LLP, and practice with the firm's White Collar Defense & Corporate Compliance Practice and the Health Care and Life Sciences Industry Teams. I joined Foley & Lardner in February 2001, and have been a partner since February 2003.

3.    Before joining the firm, I was an Assistant U.S. Attorney in the United States Attorney's Office for the Northern District of Illinois from May 1996 through January 2001. My responsibilities at the U.S. Attorney's Office included the investigation and prosecution of federal crimes involving, among other matters, police corruption, money laundering, health-care

fraud, tax fraud, securities fraud, and other white-collar fraud.

4.       During the government's investigation of the HLF case in 2004, IRS Special Agent Alan Hampton specifically represented that neither ISNA, nor NAIT, nor any of their directors, officers or employees were subjects or targets of the investigation. He also stated that the government possessed no evidence of wrongdoing by ISNA or NAIT. It was a surprise, therefore, that the government designated ISNA and NAIT as unindicted co-conspirators on May 29, 2007, in a publicly-filed exhibit to its pre-trial brief in this case.

5.       On behalf of ISNA and NAIT, on June 27, 2007, I called First Assistant U.S. Attorney James T. Jacks, the lead prosecutor in the case, to discuss the designation. During our conversation, Mr. Jacks told me that ISNA and NAIT were not subjects or targets in the HLF prosecution or in any other pending investigation. Instead, Mr. Jacks said, the government's public designation of ISNA and NAIT was a legal tactic. Mr. Jacks explained the government sought to include ISNA and NAIT in the category of "joint venturers" for the purposes of invoking an exception to the hearsay rule. Mr. Jacks further said that he interprets the "joint venturer" category of the co-conspirator exception to the hearsay rule to include individuals and entities who did not act with criminal intent.

6.       When Mr. Jacks told me the government did not consider ISNA and NAIT to be criminal conspirators, I asked him to file a pleading with the Court to publicly make that clarification. Specifically, I asked him to file an amendment to the government's pre-trial brief to state clearly that neither ISNA or NAIT, or any of their directors, officers, or employees (1) conspired with any of the Holy Land Foundation defendants or anyone else to violate the laws of the United States, (2) facilitated the violation of any laws, (3) engaged in any unlawful behavior, or (4) otherwise acted with criminal intent. Mr. Jacks stated that he was not opposed to filing the

requested amendment but that he needed to consult with colleagues first.

7.      On July 13, 2007, I again spoke with Mr. Jacks and emphasized to him the harm the government's public designation of ISNA and NAIT was causing to the reputations of the organizations. I added that the false impression created by the government – that these law-abiding organizations supported a designated terrorist group – had been widely propagated in mainstream media and other outlets.

8.      During our July 13 conversation, Mr. Jacks agreed to file with the Court an amendment to the government's pre-trial brief stating that ISNA and NAIT were not co-conspirators in the HLF case and clarifying that they did not violate, or facilitate the violation of, any criminal laws. Our conversation took place on a Friday afternoon and Mr. Jacks undertook to make the filing on the following Monday, and to let me see the language in advance. Shortly after our conversation, I sent Mr. Jacks an email confirming the substance of our discussion. That email is included in a chain of emails between Mr. Jacks and me ("Email Chain"), attached hereto as Exhibit A.

9.      Four days later, the following Tuesday, Mr. Jacks responded to me with an apology for the delay. He wrote that, "I am sorry for the problems for your clients. I hope to get something to you or file something with the court as soon as I get some free time." Email Chain, Ex. A.

10.     On July 25, 2007, Mr. Jacks sent me another email apologizing for his delay and invited me to draft the pleading for the Court. Email Chain, Ex. A. I provided a draft on August 7, 2007. I did not hear back from Mr. Jacks in response to the draft.

11.     On August 17, 2007, I sent Mr. Jacks a letter summarizing our discussions to that point, and renewing my request that he immediately file with the Court a pleading that would

remedy the public's misperception that ISNA and NAIT were criminal conspirators. A copy of my August 17, 2007, letter is attached hereto as Exhibit B. App. 00__-00__. Mr. Jacks responded the same day that an exhibit had been entered into evidence during the HLF trial that made reference to the defendants in the case and to other entities the government alleged were co-conspirators and joint venturers. Mr. Jacks said he was attempting to determine how he would be able to refer to those entities if he filed the amended pleading requested by ISNA and NAIT. When I did not hear back from Mr. Jacks, I sent follow up emails in August and September 2007, and again in April 2008, reiterating my request that the government redress the harm to ISNA's and NAIT's reputation with a court filing that cleared their names. Mr. Jacks has not replied to date.

I declare under penalty of perjury that the foregoing is true and correct.

**Daniel S. Reinberg**

Executed at Chicago, Illinois
this 15th day of June, 2008.

Appendix 0113

# Appendix C

## Exhibit A

**Reinberg, Daniel S.**

| | |
|---|---|
| **From:** | Jacks, Jim (USATXN) [Jim.Jacks@usdoj.gov] |
| **Sent:** | Wednesday, July 25, 2007 10:08 PM |
| **To:** | Reinberg, Daniel S. |
| **Subject:** | RE: ISNA and NAIT |

Dan,
I apologize for not getting back to you sooner. As you said, I am pretty swamped right now. If you want to send me a draft of what you think you think should be filed go ahead. I will look at it and get back to you.

Jim Jacks

Sent by Good Messaging (www.good.com)


-----Original Message-----
From:     Reinberg, Daniel S. [mailto:DReinberg@foley.com]
Sent: Monday, July 23, 2007 10:54 AM Eastern Standard Time
To:   Jacks, Jim (USATXN)
Subject:   RE: ISNA and NAIT

Jim:

Thank you again for your response. I recognize that you are in the midst of trial and thus very busy. Everyday that goes by, however, makes it more difficult for ISNA and NAIT to restore its reputations which were unfairly harmed by incorrectly being labeled a co-conspirator/joint venturer. Do you have a better estimate of when you will make the public filing on their behalf? Is there anything I can do to help the process. Given your schedule, I would not mind preparing a first draft for you if that would be helpful. Let me know.

Dan

---

From: Jacks, Jim (USATXN) [mailto:Jim.Jacks@usdoj.gov]
Sent: Tuesday, July 17, 2007 8:44 PM
To: Reinberg, Daniel S.
Subject: RE: ISNA and NAIT


Dan,


I am sorry I have not gotten back to you. We are in the middle of jury selection and it is a very tedious process as I am sure you know. I am sorry for the problems for your clients. I hope to get something to you or file something with the court as soon as I get some free time.


Jim


James T. Jacks

First Asst. U.S. Attorney

1

Appendix 0115

Northern Dist. of TX.

1100 Commerce St., Suite 300

Dallas, TX.  75242

214.659.8637 (tel.)

214.767.2898 (fax)


From: Reinberg, Daniel S. [mailto:DReinberg@foley.com]
Sent: Friday, July 13, 2007 2:55 PM
To: Jacks, Jim (USATXN)
Subject: ISNA and NAIT


<http://mm1.lettermark.net/foleylaw/card/RHOB_2.map>


Jim:


It was a pleasure speaking with you this afternoon.  Both ISNA and NAIT appreciate your willingness to correct any public mis-perceptions with a court filing indicating that neither ISNA nor NAIT are co-conspirators in the HLF case, nor acted in or facilitated the violation of any criminal laws.  We also appreciate your willingness to have such a filing made on Monday, and to let us see the language prior to its filing.  My contact information appears below.


Regards,


Dan


<http://mm1.lettermark.net/foleylaw/card/RHOB.map>

<http://www.lettermark.net/emailhelp.asp?id=Foley%20&%20%0d%0aLardner%20LLP>


The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or

2

Appendix 0116

marketing of any transaction or matter discussed herein.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

Appendix 0117

# Appendix C

## Exhibit B

**Reinberg, Daniel S.**

| | |
|---|---|
| **From:** | Reinberg, Daniel S. |
| **Sent:** | Friday, August 17, 2007 8:56 AM |
| **To:** | 'Jacks, Jim (USATXN)' |
| **Cc:** | Reinberg, Daniel S.; George, LaDale K.; Stephenson, Robert M. |
| **Subject:** | ISNA and NAIT |
| **Attachments:** | DOC.PDF |

**From the Desk of:** Daniel S. Reinberg



Jim:

Please see the attached letter.

Regards,

Dan Reinberg





Appendix 0119

10/18/2007



**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60610-4764
312.832.4500 TEL
312.832.4700 FAX
www.foley.com

WRITER'S DIRECT LINE
312.832.5167
dreinberg@foley.com EMAIL

CLIENT/MATTER NUMBER
089494-0101

August 17, 2007

<u>**VIA E-MAIL AND FEDERAL EXPRESS**</u>

James T. Jacks
First Assistant U.S. Attorney
Northern District of Texas
1100 Commerce Street
Suite 300
Dallas, TX 75242

Re:   <u>Islamic Society of North America and North American Islamic Trust</u>

Dear Mr. Jacks:

As we have discussed now for well over a month and a half, your public designation of our clients -- the Islamic Society of North America ("ISNA") and the North American Islamic Trust ("NAIT") – as "unindicted co-conspirators and/or joint venturers" in the Holy Land Foundation case was unfair and unsupported by any evidence whatsoever. As you well know, neither ISNA nor NAIT have conspired with anyone to violate any of the laws of the United States, nor have they facilitated the violation of any laws, engaged in any unlawful conduct, or otherwise acted with criminal intent. Neither ISNA nor NAIT condone any acts of terrorism.

When we first spoke on June 27, 2007, you confirmed that neither ISNA nor NAIT were subjects or targets of the current prosecution or any other pending investigation. Moreover, you indicated that your intent for including ISNA and NAIT in the exhibit to the government's trial brief was not to imply that either NAIT or ISNA was part of a criminal conspiracy or acted with criminal intent, but rather as a legal tactic to try to fit them in the category of "joint venturers" for purposes of the hearsay exception. It is our understanding that you view the category of "joint venturers" to include innocent actors.

Your statement was consistent with previous representations ISNA and NAIT have had with the government surrounding the investigation and prosecution of Holy Land Foundation. Specifically, when IRS Special Agent Alan Hampton interviewed officials from both ISNA and NAIT in 2004, he specifically represented that neither ISNA, nor NAIT, nor any of their directors, officers or employees were subjects or targets of your investigation and that the government possessed no evidence of wrongdoing on the part of our clients.

Through the designation of ISNA and NAIT as unindicted co-conspirators in a public attachment to the government's trial brief in the Holy Land Foundation case, you have created a false impression that these law-abiding organizations support a designated terrorist organization.

BOSTON
BRUSSELS
CHICAGO
DETROIT
JACKSONVILLE

LOS ANGELES
MADISON
MILWAUKEE
NEW YORK
ORLANDO

SACRAMENTO
SAN DIEGO
SAN DIEGO/DEL MAR
SAN FRANCISCO
SILICON VALLEY

TALLAHASSEE
TAMPA
TOKYO
WASHINGTON, D.C.

Appendix 0120

CHIC_1615263.1

# ∎FOLEY

FOLEY & LARDNER LLP

AUSA James T. Jacks
August 17, 2007
Page 2

This falsity has, in turn, been widely propagated through several articles appearing in a variety of national magazines and media outlets. There can be no doubt that the designation of ISNA and NAIT has caused substantial harm to their reputations and lawful business interests. Indeed, in an e-mail dated July 17, 2007, you specifically apologized for the harm caused to ISNA and NAIT.

In order to remedy the undeserved harm caused to ISNA and NAIT, during our telephone conversation on June 27, 2007, we requested that you file a pleading with the Court amending the government's trial brief to clearly state that neither ISNA, nor NAIT, nor any of its directors, officers or employees (1) conspired with any of the Holy Land Foundation defendants or anyone else to violate the laws of the United States, (2) facilitated the violation of any laws, (3) engaged in any unlawful behavior, or (4) otherwise acted with criminal intent. At that time, you stated that you were not opposed to filing the requested amendment, but that you needed to consult with your colleagues first. When we spoke again on July 13, 2007, you stated that you would file the amendment as requested.

On July 25, you sent me an e-mail apologizing for your delay in responding and inviting us to send you a draft of the pleading that we would like to be filed. In accordance with your instruction, we forwarded you a draft of the pleading to be filed with the Court, a copy of which is enclosed with this letter. Since then, and even after sending several follow-up emails and leaving voicemail messages, we have not heard back from you.

Having created a widely held misperception of ISNA and NAIT, it is incumbent upon you to remedy this situation. As such, we renew our request that you immediately file the draft pleading we previously provided to you. If you do not intend to do so, we would appreciate a prompt explanation as to why you have changed your mind on this subject.

Very truly yours,

Daniel S. Reinberg

DSR:dsr

Enclosure

Appendix 0121

CHIC_1615263.1